COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
TINA JENSEN (331764)
(tjensen@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   +1 858 550 6000
Facsimile:    +1 858 550-6420

JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
1144 15th Street, Suite 2300
Denver, CO 80202
Telephone: +1 720 566-4000
Facsimile: +1 720 566-4099

Attorneys for Defendants Illumina, Inc.,
Francis A. deSouza, and John Thompson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02082-LL-MMP<br><br>**NOTICE OF RELATED CASES** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendants Illumina, Inc. ("Illumina"), Francis A. deSouza, and John Thompson (collectively, "Defendants"), through their counsel of record, file this Notice of Related Cases pursuant to Civil Local Rules 40.1(e) and 40.1(f).

The following cases are related as defined in Civil Local Rule 40.1(e):

- *Anand Roy v. Illumina, Inc., et al.* Case No. 3:23-cv-02327-BEN-BGS (filed on December 21, 2023) (the "Roy Action");

- *Louisiana Sheriffs' Pension & Relief Fund v. Illumina, Inc., et al.* Case No. 3:23-cv-02328-MMA-AHG (filed on December 21, 2023) (the "Louisiana Sheriffs' Action").[1]

Civil Local Rule 40.1(f) provides that, whenever counsel has reason to believe that a pending action is related to another pending action on file in this or any other federal or state court, "counsel must promptly file and serve on all known parties to each related action or proceeding a notice of related case, stating the title, number and filing date of each action or proceeding believed to be related, together with a brief statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies."

Civil Local Rule 40.1(e) provides, in part, that an action is related to another where both: (1) "arise from the same or substantially identical transactions, happenings, or events"; (2) "call for determination of the same or substantially identical questions of law"; or (3) "involve substantial duplication of labor if heard by different judges."

---

[1] The Louisiana Sheriffs' Action also includes Sam A. Samad and Joydeep Goswami as named defendants.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

These cases are related as defined in Civil Local Rule 40.1(e) because all three cases involve some of the same parties, are based on the same alleged transactions and events, and call for determination of the same questions of law.  First, Illumina, Inc., Francis A. deSouza, and John Thompson are named defendants in all three actions.  Second, all three actions assert claims against Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, and against Francis A. deSouza and John Thompson under Section 20(a) of the Exchange Act.[2]  Third, all three cases arise from the same events; namely, Illumina's acquisition of GRAIL, Inc.

Courts in this district routinely relate similarly situated cases.  *See e.g., Quarford v. Dermtech, Inc., et al.*, Case No. 3:23-cv-2221, Dkt. No. 6; *Duffy v. Maxwell Tech., Inc., et al.*, Case No. 3:19-cv-01094, Dkt No. 10.  Relation of the cases will conserve judicial and party resources and avoid potentially overlapping or conflicting rulings regarding the same questions of fact and law.  Defendants therefore respectfully ask the Court to assign both the Roy Action and the Louisiana Sheriffs' Action to the Honorable Linda Lopez, the judge currently assigned to the low-numbered case, pursuant to Civil Local Rule 40.1(j).

Dated:        December 27, 2023            **COOLEY LLP**


By:*/s/ Ryan E. Blair*
         Ryan E. Blair

Attorneys for Defendants

---

[2] The Louisiana Sheriffs' Action also asserts claims against Sam A. Samad and Joydeep Goswami under Section 10(b) and 20(a) of the Exchange Act.