Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Camelot Event Driven Fund, A Series of Frank Funds Trust*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> **NOTICE OF MOTION AND MOTION OF CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> Judge: Linda Lopez <br> Date: February 13, 2024 <br> Crtrm.: 5D <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02327-BEN-BGS |

[Caption continues on next page]

LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,

Plaintiff,

v.

ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,

Defendants.

Case No. 3:23-cv-02328-LL-MMP

2

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Camelot Event Driven Fund, A Series of Frank Funds Trust ("Camelot"), hereby sets a hearing date of February 13 before the Honorable Linda Lopez, in Courtroom 5D, 221 West Broadway, San Diego, CA 92101, for its motion for entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Camelot as Lead Plaintiff pursuant to the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78-u(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Camelot's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Camelot seeks consolidation of the above-captioned actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Robert V. Prongay, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

1

DATED: January 9, 2024      Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Robert V. Prongay*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Counsel for Lead Plaintiff Movant Camelot Event Driven Fund, A Series of Frank Funds Trust*

2