Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Camelot Event Driven Fund, A Series of Frank Funds Trust*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> **DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF THE MOTION OF CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02327-BEN-BGS |

[Caption continues on next page]

LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,

Plaintiff,

v.

ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,

Defendants.

Case No. 3:23-cv-02328-LL-MMP

Case No. 3:23-cv-02328-LL-MMP

I, Robert V. Prongay, declare as follows:

1. I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Camelot Event Driven Fund, A Series of Frank Funds Trust ("Camelot") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of Camelot's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:  Notice published in *Business Wire* on November 10, 2023, announcing the pendency of the first-filed class action against the Defendants herein;

Exhibit B:  Signed PSLRA Certifications of Camelot;

Exhibit C:  Analysis of Camelot's financial interest; and

Exhibit D:  Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of January 2024, at Los Angeles, California.

s/ Robert V. Prongay
Robert V. Prongay

1