**SWORN CERTIFICATION OF PLAINTIFF**
**ILLUMINA, INC. (ILMN) SECURITIES LITIGATION**

I, Brian J. Frank, as President and Trustee of the Frank Funds Trust of which Camelot Event Driven Fund is a Series (together "Camelot"), hereby certify that:

1. I am fully authorized to enter into and execute this Certification on behalf of Camelot. I have reviewed the Complaint and authorize its filing and/or the filing of Lead Plaintiff motion on Camelot's behalf.

2. Camelot did not purchase the Illumina, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. Camelot is willing to serve as a representative party on behalf of a class, and will provide testimony at deposition and trial, if necessary.

4. Camelot's transactions in Illumina, Inc. securities during the period set forth in the Complaint are as follows:

   (See attached transactions)

5. Camelot has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

   *Camelot Event Driven Fund, A Series of Frank Funds Trust v. Morgan Stanley & Co. LLC, et al.*, Index No. 654959/2021 (Sup. Ct. N.Y. Cnty.)

   *Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corp. II et al.*, Case No. 4:19-cv-957 (S.D. Tex.)

6. Camelot will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

_____
Date   1/3/24

_____
Brian J. Frank
President and Trustee of the Frank Funds Trust of which Camelot Event Driven Fund is a Series

### Camelot's Transactions in Illumina, Inc. (ILMN) Common Stock

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/22/2023 | Bought | 5,000 | $197.7047 |
| 6/26/2023 | Bought | 10,000 | $196.9000 |
| 6/27/2023 | Bought | 10,000 | $185.0000 |

### Camelot's Transactions in Illumina, Inc. Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price |
|---|---|---|---|---|---|
| 6/22/2023 | Sold | Call | Sept 2023 / $195 | 50 | $17.5200 |
| 6/26/2023 | Bought | Put | Jan 2024 / $190 | 100 | $18.7500 |
| 6/26/2023 | Sold | Call | Jan 2024 / $200 | -100 | $25.6500 |
| 6/27/2023 | Bought | Put | Jan 2024 / $185 | 100 | $21.1500 |
| 6/27/2023 | Sold | Call | Jan 2024 /$195 | -100 | $21.8500 |
| 9/21/2023 | Sold | Put | Jan 2024 / $115 | -200 | $4.4500 |