# Financial Interest Analysis

**Company Name:** Illumina, Inc.
**Ticker:** ILMN
**Class Period:** 9/21/2020 - 11/9/2023
**Name:** Camelot

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/22/2023 | 5,000 | $197.7047 | -$988,523.5000 | | $0.0000 | -$988,523.50 |
| 6/26/2023 | 10,000 | $196.9000 | -$1,969,000.0000 | | $0.0000 | -$1,969,000.00 |
| 6/27/2023 | 10,000 | $185.5000 | -$1,855,000.0000 | | $0.0000 | -$1,855,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **25,000** | | | | **Subtotal:** | **-$4,812,523.50** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $2,906,075.88 |
| | | | $116.2430 | 25,000 | **Total:** | **-$1,906,447.62** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between October 18, 2023 and January 8, 2024.

## Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/22/2023 | Sold | Call | Sept 2023 / $195 | -50 | $17.5200 | $87,600.00 |
| 9/15/2023 | Expired | Call | Sept 2023 / $195 | 50 | $0.0000 | $0.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$87,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/26/2023 | Bought | Put | Jan 19, 2024 / $190 | 100 | $18.7500 | -$187,500.00 |
| 11/29/2023 | Sold | Put | Jan 19, 2024 / $190 | -100 | $90.2100 | $902,100.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$714,600.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/26/2023 | Sold | Call | Jan 19, 2024 / $200 | -100 | $25.6500 | $256,500.00 |
| 11/29/2023 | Bought | Call | Jan 19, 2024 / $200 | 100 | $0.0500 | -$500.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$256,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/27/2023 | Bought | Put | Jan 19, 2024 / $185 | 100 | $21.1500 | -$211,500.00 |
| 11/29/2023 | Sold | Put | Jan 19, 2024 / $185 | -100 | $84.8100 | $848,100.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$636,600.00** |

## Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/27/2023 | Sold | Call | Jan 19, 2024 /$195 | -100 | $21.8500 | $218,500.00 |
| 11/29/2023 | Bought | Call | Jan 19, 2024 /$195 | 100 | $0.0500 | -$500.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$218,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 9/21/2023 | Sold | Put | Jan 19, 2024 / $115 | -200 | $4.4500 | $89,000.00 |
| 11/29/2023 | Bought | Put | Jan 19, 2024 / $115 | 200 | $17.8000 | -$356,000.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$267,000.00** |

**Options Total:** **$1,645,800.00**

| Camelot Financial Interest Summary | |
|---|---|
| Common Stock: | -$1,906,447.62 |
| Options: | $1,645,800.00 |
| **Total:** | **-$260,647.62** |