**SAXENA WHITE P.A.**
DAVID R. KAPLAN (Bar No. 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel: (858) 997-0860

*Local Counsel for Proposed Lead Plaintiff*

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice* forthcoming)
glevin@motleyrice.com
CHRISTOPHER F. MORIARTY (*pro hac vice* forthcoming)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> **NOTICE OF MOTION AND MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL** <br><br> Date: February 13, 2024 <br> Courtroom: 5D <br> Judge: Hon. Linda Lopez <br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

ANAND ROY, Individually and on Behalf of All Others Similarly Situated,

                                        Plaintiff,

    v.

ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,

                                        Defendants.

Case No. 3:23-cv-02327-BEN-BGS

LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,

                                        Plaintiff,

    v.

ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,

                                        Defendants.

Case No. 3:23-cv-02328-LL-MMP

NOTICE OF MOT. AND MOT.
FOR APPOINTMENT AS LEAD PL.
Case No. 3:23-cv-02082-LL-MMP

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that KBC Asset Management NV ("KBC") will respectfully move this Court, on February 13, 2024, in Courtroom 5D of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, for entry of an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) consolidating the above-captioned related securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing KBC as Lead Plaintiff; (3) approving KBC's selection of Motley Rice LLC ("Motley Rice") as Lead Counsel for the class; and (4) for any such further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that KBC believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, KBC timely filed this Motion and believe that it has the "largest financial interest" in the relief sought by the class in this action by virtue of, among other things, the $16,783,785 in losses KBC's fund incurred on its purchases of 257,028 shares of Illumina common stock during the Class Period. KBC also meets the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of the claims of other members of the class, and KBC will adequately and fairly represent the class.

Further, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), KBC seeks this Court's approval of its selection of Motley Rice to serve as Lead Counsel for the class.

---

[1] While the first-filed action was referred to Magistrate Judge Michelle M. Pettit, counsel was informed by Judge Pettit's clerk that Judge Linda Lopez will decide this motion.

-1-

In support of this Motion, KBC submit herewith the accompanying Memorandum of Points and Authorities, the Declaration of David R. Kaplan, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, KBC respectfully requests that the Court: (i) consolidate the Related Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appoint KBC as Lead Plaintiff pursuant to the PSLRA; (iii) approve its selection of Motley Rice to serve as Lead Counsel for the class; and (iv) grant any such further relief as the Court may deem just and proper.

## COMPLIANCE WITH CHAMBERS RULE 3.A

Pursuant to Chambers Rule 3.A, counsel for KBC states that they have been unable to confer with counsel for any opposing movants prior to the filing of this Motion, and respectfully requests that the conference requirement of Chambers Rule 3.A be waived for this motion.  This Motion has been filed pursuant to the Exchange Act, as amended by the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B).  The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed Class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action.  Consequently, at the time of filing this motion, counsel for KBC has no way of knowing who the competing lead plaintiff candidates are at this time.  As a result, counsel for KBC has been unable to confer with counsel for any opposing movants as prescribed in Chambers Rule 3.A, and respectfully requests that the conference requirement of Chambers Rule 3.A be waived for this Motion.

-2-

Dated:  January 9, 2024

Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ David R. Kaplan*
David R. Kaplan (Bar No. 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel:   (858) 997-0860
Fax:   (858) 369-0096

*Local Counsel for Proposed Lead
Plaintiff*

**MOTLEY RICE LLC**
Gregg S. Levin (*pro hac vice*
forthcoming)
glevin@motleyrice.com
Christopher F. Moriarty (*pro hac vice*
forthcoming)
cmoriarty@motleyrice.com
Andrew P. Arnold (*pro hac vice*
forthcoming)
aarnold@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:   (843) 216-9000
Fax:  (843) 216-9450

*Counsel for Proposed Lead Plaintiff and
Proposed Lead Counsel for the Class*

NOTICE OF MOT. AND MOT.
FOR APPOINTMENT AS LEAD PL.
Case No. 3:23-cv-02082-LL-MMP

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 9, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court for the United States District Court for the Southern District of California using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2024.

<i>s/ David R. Kaplan</i><br>
David R. Kaplan

NOTICE OF MOT. AND MOT.
FOR APPOINTMENT AS LEAD PL.
Case No. 3:23-cv-02082-LL-MMP