**SAXENA WHITE P.A.**
DAVID R. KAPLAN (Bar No. 230144)
dkaplan@saxenawhite.com
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92130
Tel:   (858) 997-0860

*Local Counsel for Proposed Lead Plaintiff*

**MOTLEY RICE LLC**
GREGG S. LEVIN (*pro hac vice* forthcoming)
glevin@motleyrice.com
CHRISTOPHER F. MORIARTY (*pro hac vice* forthcoming)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:   (843) 216-9000

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02082-LL-MMP<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date: February 13, 2024<br>Courtroom: 5D<br>Judge: Hon. Linda Lopez |

DECLARATION OF DAVID R. KAPLAN
ISO MOT. FOR APPOINTMENT AS LEAD PL.
Case No. 3:23-cv-02082-LL-MMP

ANAND ROY, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

    v.

ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,

                    Defendants.

Case No. 3:23-cv-02327-BEN-BGS

---

LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,

                    Plaintiff,

v.

ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,

                    Defendants.

Case No. 3:23-cv-02328-LL-MMP

DECLARATION OF DAVID R. KAPLAN ISO MOT. FOR APPOINTMENT AS LEAD PL.
Case No. 3:23-cv-02082-LL-MMP

I, David R. Kaplan, declare as follows:

1.     I am a member in good standing of the bars of the State of California and of this Court. I am a director of the law firm of Saxena White P.A. I submit this Declaration in support of the Motion filed by KBC Asset Management NV ("KBC") for: (1) consolidation of the above-captioned actions; (2) appointment of KBC as Lead Plaintiff; and (3) approval of KBC's selection of Motley Rice LLC ("Motley Rice") to serve as Lead Counsel for the class.

2.     Attached as Exhibits A through H are true and correct copies of the following documents:

Exhibit A:   Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on November 10, 2023;

Exhibit B:   Notice of pendency of class action published in *Newsfile*, a national business-oriented wire service, on December 21, 2023;

Exhibit C:   Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on December 21, 2023;

Exhibit D:   KBC's sworn Certification;

Exhibit E:   Chart of KBC's Fund's Estimated Losses;

Exhibit F:   KBC Equity Fund NV's Declaration of Assignment to KBC;

Exhibit G:   Management Company Agreement Between KBC and KBC Equity Fund NV; and

Exhibit H:   Motley Rice's Shareholder and Securities Fraud Resume.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  January 9, 2024                    Respectfully submitted,

                                           By: */s/ David R. Kaplan*

-1-

DECLARATION OF DAVID R. KAPLAN
ISO MOT. FOR APPOINTMENT LEAD PL.
Case No. 3:23-cv-02082-LL-MMP