# Exhibit B

# Pomerantz Law Firm Announces the Filing of a Class Action Against Illumina, Inc - ILMN

## December 21, 2023 9:34 PM EST | Source: Pomerantz LLP (/company/7611/Pomerantz-LLP)

New York, New York--(Newsfile Corp. - December 21, 2023) - Pomerantz LLP announces that a class action lawsuit has been filed against Illumina, Inc ("Illumina" or the "Company") (NASDAQ: ILMN). The class action, filed in the United States District Court for the Southern District of California, and docketed under 23-cv- 02327, is on behalf of persons and entities that purchased or otherwise acquired Illumina securities between August 18, 2021 and October 16, 2023, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased or otherwise acquired Illumina securities during the Class Period, you have until January 9, 2024, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com (https://api.newsfilecorp.com/redirect/PLoWnFXBP3). To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action] (https://api.newsfilecorp.com/redirect/wWzMatQxYN)

Illumina is a genetic and genomic analysis company with a portfolio of integrated sequencing and microarray systems, consumables, and analysis tools designed to accelerate and simplify genetic analysis. In 2015, Illumina formed GRAIL, Inc. ("GRAIL") as a corporate subsidiary to develop a blood-based cancer detection test. After several capital financing rounds, Illumina spun off GRAIL in February 2017 and retained a stake of approximately 20%

After GRAIL raised $1.9 billion through venture capital and strategic partners, Illumina announced plans to reacquire GRAIL in September 2020 and completed the acquisition on August 18, 2021. However, on September 6, 2022, the European Union's European Commission issued a decision prohibiting the acquisition.

On August 10, 2023, after the market closed, Illumina revealed that the United States Securities and Exchange Commission was investigating the Company's statements regarding GRAIL, including "conduct and compensation of certain members of Illumina and GRAIL management.

On this news, the Company's stock price fell $4.64, or 2.5%, to close at $180.48 per share on August 11, 2023.

October 17, 2023, Carl Icahn ("Icahn") filed a complaint against current and former directors of Illumina, alleging direct and derivative claims of breaches of fiduciary duty. The complaint was filed under seal, but according to Reuters, Icahn "told the 13D Monitor Active-Passive Investor Summit in New York on Tuesday that the lawsuit pertained to Illumina completing its acquisition of cancer diagnostic test maker Grail."

On this news, the Company's stock price fell $7.42, or 5.6%, to close at $124.45 per share on October 18, 2023.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that certain of the Company's insiders had personal financial motives for acquiring GRAIL; (2) that, contrary to Illumina's attempts to discount Icahn's criticism, Icahn had accurately concluded

that insiders' interests did not align with the Company's best interests; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/gOKVySmXQW).

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com (mailto:rswilloughby@pomlaw.com)
888-476-6529 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/192089 (https://api.newsfilecorp.com/redirect/pEkyaUjJe7)

SOURCE: Pomerantz LLP (/company/7611/Pomerantz-LLP)