# Exhibit E

Illumina, Inc. (2023) (ILMN)

KBC Asset Management NV

**Class Period: 9/21/2020 - 11/9/2023**                    **Hold Price: $ 117.3600**

| KBC Equity Fund | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Pre-Class Shares | | 16,867 | | |
| Purchase | 9/21/2020 | 912 | $ 270.1300 | ($ 246,358.56) |
| Purchase | 9/22/2020 | 512 | $ 268.5100 | ($ 137,477.12) |
| Sale | 9/22/2020 | (958) | $ 268.5100 | $ 257,232.58 |
| Purchase | 9/23/2020 | 2,148 | $ 273.0000 | ($ 586,404.00) |
| Sale | 10/13/2020 | (399) | $ 345.1400 | $ 137,710.86 |
| Sale | 10/15/2020 | (2,215) | $ 323.7800 | $ 717,172.70 |
| Sale of Pre-Class Shares | 10/15/2020 | (1,963) | $ 323.7800 | $ 635,580.14 |
| Sale of Pre-Class Shares | 10/28/2020 | (6,858) | $ 309.6900 | $ 2,123,854.02 |
| Sale of Pre-Class Shares | 12/4/2020 | (994) | $ 349.2011 | $ 347,105.89 |
| Sale of Pre-Class Shares | 12/7/2020 | (147) | $ 348.0492 | $ 51,163.23 |
| Sale of Pre-Class Shares | 1/22/2021 | (120) | $ 406.2500 | $ 48,750.00 |
| Purchase | 2/19/2021 | 124 | $ 486.2600 | ($ 60,296.24) |
| Purchase | 2/26/2021 | 55 | $ 439.4100 | ($ 24,167.55) |
| Purchase | 3/9/2021 | 93 | $ 400.8600 | ($ 37,279.98) |
| Purchase | 3/26/2021 | 88 | $ 401.4600 | ($ 35,328.48) |
| Purchase | 5/7/2021 | 3,932 | $ 383.9400 | ($ 1,509,652.08) |
| Purchase | 5/10/2021 | 158 | $ 380.4600 | ($ 60,112.68) |
| Purchase | 5/20/2021 | 2,578 | $ 396.4800 | ($ 1,022,125.44) |
| Purchase | 6/2/2021 | 92 | $ 412.9600 | ($ 37,992.32) |
| Purchase | 6/8/2021 | 57 | $ 433.8700 | ($ 24,730.59) |
| Purchase | 7/7/2021 | 76 | $ 473.4500 | ($ 35,982.20) |
| Purchase | 8/5/2021 | 18,270 | $ 515.6800 | ($ 9,421,473.60) |
| Purchase | 8/16/2021 | 350 | $ 524.8400 | ($ 183,694.00) |
| Purchase | 9/30/2021 | 168 | $ 405.6100 | ($ 68,142.48) |
| Purchase | 10/1/2021 | 367 | $ 394.8400 | ($ 144,906.28) |
| Purchase | 10/21/2021 | 56 | $ 411.5800 | ($ 23,048.48) |
| Purchase | 10/29/2021 | 226 | $ 415.0600 | ($ 93,803.56) |

1

| Purchase | 11/17/2021 | 180 | $ 377.6300 | ($ 67,973.40) |
|---|---|---|---|---|
| Purchase | 12/3/2021 | 204 | $ 347.2800 | ($ 70,845.12) |
| Purchase | 12/16/2021 | 118 | $ 378.8700 | ($ 44,706.66) |
| Sale | 12/16/2021 | (78) | $ 378.8700 | $ 29,551.86 |
| Purchase | 1/6/2022 | 81 | $ 378.9300 | ($ 30,693.33) |
| Purchase | 1/14/2022 | 57 | $ 405.1400 | ($ 23,092.98) |
| Purchase | 1/20/2022 | 163 | $ 380.4400 | ($ 62,011.72) |
| Sale | 1/20/2022 | (279) | $ 380.4400 | $ 106,142.76 |
| Sale | 1/27/2022 | (1,155) | $ 324.3600 | $ 374,635.80 |
| Purchase | 2/17/2022 | 91 | $ 317.8400 | ($ 28,923.44) |
| Sale | 2/24/2022 | (390) | $ 323.9100 | $ 126,324.90 |
| Purchase | 2/25/2022 | 1,519 | $ 329.4900 | ($ 500,495.31) |
| Purchase | 3/3/2022 | 258 | $ 331.9500 | ($ 85,643.10) |
| Sale | 3/8/2022 | (2,229) | $ 313.5200 | $ 698,836.08 |
| Sale | 3/16/2022 | (1,779) | $ 326.6000 | $ 581,021.40 |
| Purchase | 3/30/2022 | 32,908 | $ 351.8158 | ($ 11,577,554.35) |
| Purchase | 4/11/2022 | 30 | $ 351.2800 | ($ 10,538.40) |
| Purchase | 4/29/2022 | 468 | $ 296.6500 | ($ 138,832.20) |
| Purchase | 5/12/2022 | 916 | $ 217.4200 | ($ 199,156.72) |
| Sale | 5/25/2022 | (5,113) | $ 242.4000 | $ 1,239,391.20 |
| Purchase | 6/22/2022 | 1,373 | $ 181.5800 | ($ 249,309.34) |
| Sale | 6/30/2022 | (2,035) | $ 184.3600 | $ 375,172.60 |
| Sale | 7/29/2022 | (1,689) | $ 216.6800 | $ 365,972.52 |
| Purchase | 9/8/2022 | 2,865 | $ 207.3100 | ($ 593,943.15) |
| Purchase | 9/29/2022 | 10,269 | $ 193.8100 | ($ 1,990,234.89) |
| Purchase | 10/18/2022 | 3,021 | $ 215.1218 | ($ 649,882.96) |
| Purchase | 10/31/2022 | 716 | $ 228.8200 | ($ 163,835.12) |
| Sale | 11/10/2022 | (548) | $ 240.0900 | $ 131,569.32 |
| Purchase | 11/14/2022 | 94 | $ 234.5700 | ($ 22,049.58) |
| Sale | 12/1/2022 | (30,671) | $ 220.8600 | $ 6,773,997.06 |
| Purchase | 12/5/2022 | 111 | $ 213.8600 | ($ 23,738.46) |
| Sale | 12/15/2022 | (3,021) | $ 203.6342 | $ 615,178.92 |
| Purchase | 12/19/2022 | 122 | $ 191.5900 | ($ 23,373.98) |

| | | | | |
|---|---|---|---|---|
| Purchase | 12/20/2022 | 1,901 | $ 191.4600 | ($ 363,965.46) |
| Purchase | 12/21/2022 | 10,403 | $ 197.4600 | ($ 2,054,176.38) |
| Purchase | 1/9/2023 | 121 | $ 207.3100 | ($ 25,084.51) |
| Sale | 1/13/2023 | (1,585) | $ 201.1100 | $ 318,759.35 |
| Sale | 1/19/2023 | (2,532) | $ 196.3800 | $ 497,234.16 |
| Purchase | 1/23/2023 | 122 | $ 216.3800 | ($ 26,398.36) |
| Sale | 1/26/2023 | (389) | $ 212.7800 | $ 82,771.42 |
| Purchase | 2/9/2023 | 33,467 | $ 195.5526 | ($ 6,544,558.86) |
| Purchase | 2/15/2023 | 180 | $ 214.0500 | ($ 38,529.00) |
| Purchase | 3/2/2023 | 6,653 | $ 206.5200 | ($ 1,373,977.56) |
| Purchase | 3/15/2023 | 95 | $ 228.1500 | ($ 21,674.25) |
| Sale | 3/31/2023 | (73) | $ 232.5500 | $ 16,976.15 |
| Sale | 4/13/2023 | (23,673) | $ 232.6700 | $ 5,507,996.91 |
| Purchase | 4/18/2023 | 4,148 | $ 228.2800 | ($ 946,905.44) |
| Sale | 4/27/2023 | (2,396) | $ 204.3900 | $ 489,718.44 |
| Purchase | 5/11/2023 | 6,890 | $ 208.2100 | ($ 1,434,566.90) |
| Sale | 6/8/2023 | (22,753) | $ 202.7200 | $ 4,612,488.16 |
| Purchase | 6/28/2023 | 359 | $ 184.5100 | ($ 66,239.09) |
| Sale | 7/6/2023 | (607) | $ 182.4800 | $ 110,765.36 |
| Purchase | 7/20/2023 | 280 | $ 184.1700 | ($ 51,567.60) |
| Purchase | 8/10/2023 | 106,192 | $ 185.5499 | ($ 19,703,914.98) |
| Purchase | 8/18/2023 | 130 | $ 167.2200 | ($ 21,738.60) |
| Sale | 8/23/2023 | (3,307) | $ 163.9400 | $ 542,149.58 |
| Purchase | 8/24/2023 | 261 | $ 159.6000 | ($ 41,655.60) |
| Sale | 9/7/2023 | (83,120) | $ 158.8620 | $ 13,204,609.44 |
| Sale | 10/5/2023 | (1,316) | $ 139.4327 | $ 183,493.43 |
| Sale | 10/5/2023 | (33,026) | $ 139.4328 | $ 4,604,907.65 |
| Sale | 10/5/2023 | (1,727) | $ 139.4329 | $ 240,800.62 |
| Sale | 10/12/2023 | (5,240) | $ 130.4000 | $ 683,296.00 |
| Sale | 10/18/2023 | (484) | $ 124.4500 | $ 60,233.80 |
| Sale | 10/26/2023 | (1,483) | $ 111.6300 | $ 165,547.29 |
| *Lookback Period Purchase* | *11/16/2023* | *2,243* | *$ 95.2000* | *($ 213,533.60)* |
| **Net Proceeds of Transactions** | | | | **($ 19,173,104.12)** |

3

| | |
|---|---|
| Value of 20,758 retained shares @ $ 117.3600  per share | $ 2,436,158.88 |
| (Loss)/Gain for KBC Equity Fund[b] | ($ 16,736,945.24) |

[a] Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

[b] Losses calculated on a last-in first-out (LIFO) basis.

4