# Exhibit F

## DECLARATION OF ASSIGNMENT BY KBC EQUITY FUND NV
## <u>TO KBC ASSET MANAGEMENT NV</u>

We, Peter Van Vught and Patrick Dallemagne, hereby declare as follows:

1.    We are the representatives of KBC Equity Fund NV (the "Fund") and we have personal knowledge of all matters stated herein.

2.    The Fund is governed by Belgian law.

3.    On or about January 9, 2024, KBC Asset Management NV ("KBC") will file a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") in an action against Illumina, Inc. (the "Lawsuit").

4.    KBC has authority, under its investment management agreement, to file the Motion, to seek appointment as Lead Plaintiff in the Lawsuit, to pursue the Lawsuit, and to act on behalf of the Fund.

On behalf of the Fund, we hereby execute and submit this declaration: (a) declaring that the Fund will be bound by the result of the Motion and the Lawsuit; and (b) assigning to KBC any and all claims of the Fund and its sub-funds, against the defendants in the Lawsuit.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium this 4th day of January, 2024.

For KBC Equity Fund NV (Assignor):

*Peter van Vught*
Peter van Vught (Jan 4, 2024 17:52 GMT+1)
_____
Peter Van Vught
Assignor

_____
Patrick Dallemagne
Assignor


For KBC Management NV (Assignee):

Jürgen Verschaeve (Jan 4, 2024 17:58 GMT+1)
_____
Jürgen Verschaeve
Executive Director

K Vandewalle (Jan 5, 2024 07:37 GMT+1)
_____
Klaus Vandewalle
Executive Director