ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for
Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> NOTICE OF MOTION OF WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, THE MACOMB COUNTY RETIREMENT SYSTEMS, AND JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL <br><br> DATE:     February 13, 2024 <br> JUDGE:   Hon. Linda Lopez <br> COURTROOM:   5D (Schwartz) <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

4861-5069-1995.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Wayne County Employees' Retirement System, Macomb County Employees' Retirement System, Macomb County Retiree Health Care Fund, Macomb County Intermediate Retirees Medical Benefits Trust, and Jackson County Employees' Retirement System (collectively, the "Retirement Systems"), by and through their counsel, will and do hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) consolidating the Related Actions; (2) appointing the Retirement Systems as Lead Plaintiff; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP and Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.[1]

In support of this motion, the Retirement Systems submit a Memorandum of Points and Authorities, the Declaration of Darren J. Robbins submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

The Retirement Systems are aware of Rule 3.A. of this Court's Civil Chambers Rules ("Rule 3.A."), which provides, in relevant part: "Any party contemplating the filing of any noticed motion before this Court must first contact opposing counsel to discuss thoroughly – preferably in person – the substance of the contemplated motion and any potential resolution." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is January 9, 2024, on which date any member of the putative class may so move. *See* 15 U.S.C. §78u-4(a)(3)(A)(i)(II). The Retirement Systems will thus not know the identities of the other putative class members who intend to file competing Lead Plaintiff motions

---

[1] The Related Actions are: *Kangas v. Illumina, Inc.*, No. 3:23-cv-02082 (S.D. Cal.) (filed Nov. 10, 2023); *Roy v. Illumina, Inc.*, No. 3:23-cv-02327 (S.D. Cal.) (filed Dec. 21, 2023); and *La. Sheriffs' Pension & Relief Fund v. Illumina, Inc.*, No. 3:23-cv-02328 (S.D. Cal. Dec. 21, 2023).

- 1 -                                    3:23-cv-02082-LL-MMP

4861-5069-1995.v1

until January 10, 2024 – the day after the statutory deadline – making conferral with opposing counsel prior to the filing of the Retirement Systems' motion papers impracticable.   Under these circumstances, the Retirement Systems respectfully request that compliance with Rule 3.A. be waived in this instance.

DATED:  January 9, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JASON A. FORGE
DANIELLE S. MYERS

s/ Darren J. Robbins
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

POMERANTZ LLP
JENNIFER PAFITI (282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:  310/405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
JEREMY A. LIEBERMAN
EMMA GILMORE
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  212/661-1100
917/463-1044 (fax)
jalieberman@pomlaw.com
egilmore@pomlaw.com
ahood@pomlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4861-5069-1995.v1

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

4861-5069-1995.v1