ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for
Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br>                              Plaintiff, <br><br>      vs. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br>                              Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF MOTION OF WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, THE MACOMB COUNTY RETIREMENT SYSTEMS, AND JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL <br><br> DATE:     February 13, 2024 <br> JUDGE:   Hon. Linda Lopez <br> COURTROOM:    5D (Schwartz) <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

4876-3049-5899.v1

I, DARREN J. ROBBINS, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Wayne County Employees' Retirement System ("Wayne County ERS"), Macomb County Employees' Retirement System ("Macomb County ERS"), Macomb County Retiree Health Care Fund ("Macomb County Health"), Macomb County Intermediate Retirees Medical Benefits Trust ("Macomb County Trust") (collectively, the "Macomb County Retirement Systems"), and Jackson County Employees' Retirement System ("Jackson County ERS") (collectively, the "Retirement Systems") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Retirement Systems' motion for consolidation of related actions, appointment as lead plaintiff for the class, and approval of the Retirement Systems' selection of Pomerantz LLP and Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:   Chart setting forth the Retirement Systems' financial interest in this litigation (pgs 1-12);

Exhibit B:   Press release published via *Business Wire* on November 10, 2023, announcing the pendency of the first-filed of the Related Actions (pgs. 13-15);

Exhibit C:   Shareholder Certifications executed on behalf of Wayne County ERS, the Macomb County Retirement Systems, and Jackson County ERS (pgs. 16-31);

Exhibit D:   Joint Declaration executed on behalf of Wayne County ERS, the Macomb County Retirement Systems, and Jackson County ERS (pgs. 32-39);

Exhibit E:   Firm resume of Pomerantz (pgs. 40-99); and

4876-3049-5899.v1

- 1 -                          3:23-cv-02082-LL-MMP

Exhibit F:    Firm resume of Robbins Geller (pgs. 100-217).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of January, 2024, at San Diego, California.

s/ Darren J. Robbins
DARREN J. ROBBINS

4876-3049-5899.v1