# EXHIBIT A

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Wayne County Employees' Retirement System** | 10/03/2023 | 413 | $134.36 | $55,490.10 | 12/15/2023 | 413 | $130.21 | $53,777.31 | |
| | 10/02/2023 | 346 | $136.14 | $47,102.99 | 12/15/2023 | 346 | $130.21 | $45,053.14 | |
| | 09/29/2023 | 390 | $137.00 | $53,428.28 | 12/15/2023 | 390 | $130.21 | $50,782.45 | |
| | 09/28/2023 | 129 | $131.66 | $16,983.74 | 12/15/2023 | 129 | $130.21 | $16,797.27 | |
| | 09/28/2023 | 250 | $131.66 | $32,914.23 | held | 250 | $117.36 | $29,340.00 | |
| | 09/28/2023 | 214 | $133.00 | $28,462.00 | held | 214 | $117.36 | $25,115.04 | |
| | 09/27/2023 | 1,124 | $132.01 | $148,375.31 | held | 1,124 | $117.36 | $131,912.64 | |
| | 09/27/2023 | 420 | $131.25 | $55,124.62 | held | 420 | $117.36 | $49,291.20 | |
| | 06/14/2023 | 83 | $203.65 | $16,903.35 | held | 83 | $117.36 | $9,740.88 | |
| | 06/09/2023 | 212 | $200.57 | $42,521.05 | held | 212 | $117.36 | $24,880.32 | |
| | 06/01/2023 | 228 | $198.14 | $45,176.49 | held | 228 | $117.36 | $26,758.08 | |
| | 05/31/2023 | 280 | $195.05 | $54,613.27 | held | 280 | $117.36 | $32,860.80 | |
| | 05/30/2023 | 396 | $194.87 | $77,169.15 | held | 396 | $117.36 | $46,474.56 | |
| | 05/26/2023 | 226 | $195.52 | $44,188.51 | held | 226 | $117.36 | $26,523.36 | |
| | 05/25/2023 | 394 | $193.38 | $76,191.40 | held | 394 | $117.36 | $46,239.84 | |
| | 11/30/2021 | 263 | $366.08 | $96,279.33 | 03/13/2023 | 263 | $227.35 | $59,791.95 | |
| | 11/26/2021 | 108 | $371.53 | $40,125.69 | 03/13/2023 | 108 | $227.35 | $24,553.35 | |
| | 11/24/2021 | 137 | $363.58 | $49,810.50 | 03/13/2023 | 137 | $227.35 | $31,146.37 | |
| | 11/23/2021 | 22 | $366.33 | $8,059.19 | 03/13/2023 | 22 | $227.35 | $5,001.61 | |
| | 11/23/2021 | 222 | $366.33 | $81,324.55 | 03/14/2023 | 222 | $227.81 | $50,573.51 | |
| | 11/22/2021 | 47 | $377.38 | $17,736.93 | 03/14/2023 | 47 | $227.81 | $10,707.00 | |
| | 11/22/2021 | 114 | $377.38 | $43,021.48 | 03/15/2023 | 114 | $223.02 | $25,424.30 | |
| | 11/19/2021 | 74 | $377.02 | $27,899.11 | 03/15/2023 | 74 | $223.02 | $16,503.49 | |
| | 11/19/2021 | 228 | $377.02 | $85,959.42 | 03/29/2023 | 228 | $222.02 | $50,619.72 | |
| | 11/18/2021 | 95 | $374.77 | $35,603.31 | 03/29/2023 | 95 | $222.02 | $21,091.55 | |
| | 10/21/2021 | 38 | $412.10 | $15,659.98 | 03/29/2023 | 38 | $222.02 | $8,436.62 | |
| | 10/21/2021 | 44 | $412.10 | $18,132.61 | 03/30/2023 | 44 | $224.80 | $9,891.34 | |
| | 10/20/2021 | 133 | $412.85 | $54,909.41 | 03/30/2023 | 133 | $224.80 | $29,898.81 | |
| | 10/19/2021 | 66 | $412.23 | $27,207.29 | 03/30/2023 | 66 | $224.80 | $14,837.00 | |
| | 10/18/2021 | 57 | $405.47 | $23,111.52 | 03/30/2023 | 57 | $224.80 | $12,813.78 | |
| | 10/15/2021 | 116 | $409.57 | $47,510.25 | 03/30/2023 | 116 | $224.80 | $26,077.16 | |
| | 10/15/2021 | 73 | $409.57 | $29,898.69 | 04/03/2023 | 73 | $228.50 | $16,680.50 | |
| | 10/14/2021 | 117 | $409.22 | $47,878.31 | 04/03/2023 | 117 | $228.50 | $26,734.50 | |
| | 10/14/2021 | 29 | $409.22 | $11,867.27 | 04/05/2023 | 29 | $231.52 | $6,713.98 | |
| | 10/13/2021 | 57 | $404.88 | $23,078.11 | 04/05/2023 | 57 | $231.52 | $13,196.43 | |
| | 10/12/2021 | 56 | $404.25 | $22,637.88 | 04/05/2023 | 56 | $231.52 | $12,964.92 | |
| | 10/12/2021 | 16 | $404.25 | $6,467.97 | 04/06/2023 | 16 | $230.07 | $3,681.11 | |
| | 10/08/2021 | 22 | $409.33 | $9,005.34 | 04/06/2023 | 22 | $230.07 | $5,061.53 | |
| | 10/08/2021 | 30 | $409.33 | $12,280.01 | 04/10/2023 | 30 | $229.87 | $6,895.98 | |
| | 10/07/2021 | 46 | $403.94 | $18,581.05 | 04/10/2023 | 46 | $229.87 | $10,573.84 | |
| | 10/07/2021 | 41 | $403.94 | $16,561.37 | 04/11/2023 | 41 | $230.96 | $9,469.19 | |
| | 10/07/2021 | 17 | $403.94 | $6,866.91 | 04/12/2023 | 17 | $228.23 | $3,879.98 | |
| | 08/24/2021 | 124 | $476.85 | $59,129.02 | 04/12/2023 | 124 | $228.23 | $28,301.00 | |
| | 08/24/2021 | 203 | $476.85 | $96,799.92 | 04/13/2023 | 203 | $231.76 | $47,047.06 | |
| | 08/23/2021 | 227 | $481.68 | $109,341.38 | 04/13/2023 | 227 | $231.76 | $52,609.27 | |
| | 08/20/2021 | 63 | $485.50 | $30,586.71 | 04/13/2023 | 63 | $231.76 | $14,600.81 | |
| | 08/20/2021 | 131 | $485.50 | $63,600.95 | 04/17/2023 | 131 | $229.53 | $30,068.59 | |

Exhibit A

Movants' Purchases and Losses | Case 3:23-cv-02082-LL-BJW   Document 10-3   Filed 01/09/24   PageID.227   Page 3 of 12   Illumina (Q4 2023)

Class Period: 09/21/2020 - 11/09/2023

| | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 08/19/2021 | 18 | $471.30 | $8,483.42 | 04/17/2023 | 18 | $229.53 | $4,131.56 | |
| | 08/19/2021 | 12 | $471.30 | $5,655.61 | 04/18/2023 | 12 | $229.83 | $2,758.01 | |
| | 08/19/2021 | 123 | $471.30 | $57,970.01 | held | 123 | $117.36 | $14,435.28 | |
| | 12/15/2020 | 98 | $353.14 | $34,608.12 | 01/08/2021 | 98 | $379.90 | $37,230.14 | |
| | 12/15/2020 | 73 | $353.14 | $25,779.52 | 01/11/2021 | 73 | $380.37 | $27,767.34 | |
| | 12/15/2020 | 7 | $353.14 | $2,472.01 | 02/12/2021 | 7 | $539.63 | $3,777.39 | |
| | 12/15/2020 | 93 | $353.14 | $32,842.40 | 02/12/2021 | 93 | $505.00 | $46,965.33 | |
| | 12/15/2020 | 193 | $353.14 | $68,156.81 | 02/16/2021 | 193 | $494.26 | $95,392.45 | |
| | 12/15/2020 | 42 | $353.14 | $14,832.05 | 02/17/2021 | 42 | $493.17 | $20,713.30 | |
| | 12/07/2020 | 105 | $346.81 | $36,414.63 | 02/17/2021 | 105 | $493.17 | $51,783.24 | |
| | 12/07/2020 | 68 | $346.81 | $23,582.81 | 02/18/2021 | 68 | $486.07 | $33,052.65 | |
| | 12/07/2020 | 32 | $346.81 | $11,097.79 | 02/19/2021 | 32 | $486.86 | $15,579.40 | |
| | 12/07/2020 | 28 | $346.81 | $9,710.57 | 02/22/2021 | 28 | $476.92 | $13,353.66 | |
| | 12/07/2020 | 7,672 | $346.81 | $2,660,695.63 | held | 7,672 | $117.36 | $900,385.92 | |
| | | **16,685** | | **$5,023,877.34** | | **16,685** | | **$2,568,718.79** | **($2,455,158.54)** |
| **Wayne County Employees' Retirement System (2.55%-03/23/2031, 452327AM1)** | 09/16/2021 | 70,000 | $102.48 | $71,735.30 | 02/23/2022 | 70,000 | $93.86 | $65,699.20 | |
| | 09/16/2021 | 80,000 | $102.48 | $81,983.20 | 03/01/2022 | 80,000 | $94.76 | $75,805.60 | |
| | | **150,000** | | **$153,718.50** | | **150,000** | | **$141,504.80** | **($12,213.70)** |
| **Macomb County Employees' Retirement System** | 10/03/2023 | 415 | $134.36 | $55,758.82 | held | 415 | $117.36 | $48,704.40 | |
| | 10/02/2023 | 347 | $136.14 | $47,239.12 | held | 347 | $117.36 | $40,723.92 | |
| | 09/29/2023 | 391 | $137.00 | $53,565.28 | held | 391 | $117.36 | $45,887.76 | |
| | 09/28/2023 | 754 | $131.66 | $99,269.30 | held | 754 | $117.36 | $88,489.44 | |
| | 09/28/2023 | 427 | $133.00 | $56,791.00 | held | 427 | $117.36 | $50,112.72 | |
| | 09/27/2023 | 2,238 | $132.01 | $295,430.55 | held | 2,238 | $117.36 | $262,651.68 | |
| | 09/27/2023 | 836 | $131.25 | $109,724.25 | held | 836 | $117.36 | $98,112.96 | |
| | 06/14/2023 | 165 | $203.65 | $33,603.04 | held | 165 | $117.36 | $19,364.40 | |
| | 06/09/2023 | 424 | $200.57 | $85,042.10 | held | 424 | $117.36 | $49,760.64 | |
| | 06/01/2023 | 454 | $198.14 | $89,956.70 | held | 454 | $117.36 | $53,281.44 | |
| | 05/31/2023 | 559 | $195.05 | $109,031.50 | held | 559 | $117.36 | $65,604.24 | |
| | 05/30/2023 | 789 | $194.87 | $153,753.69 | held | 789 | $117.36 | $92,597.04 | |
| | 05/26/2023 | 451 | $195.52 | $88,181.50 | held | 451 | $117.36 | $52,929.36 | |
| | 05/25/2023 | 785 | $193.38 | $151,802.67 | held | 785 | $117.36 | $92,127.60 | |
| | 11/30/2021 | 547 | $366.08 | $200,246.36 | 12/13/2021 | 547 | $374.64 | $204,927.15 | |
| | 11/26/2021 | 225 | $371.53 | $83,595.20 | 12/13/2021 | 225 | $374.64 | $84,293.62 | |
| | 11/24/2021 | 190 | $363.58 | $69,080.26 | 12/13/2021 | 190 | $374.64 | $71,181.28 | |
| | 11/24/2021 | 96 | $363.58 | $34,903.71 | 03/13/2023 | 96 | $227.35 | $21,825.20 | |
| | 11/23/2021 | 509 | $366.33 | $186,460.34 | 03/13/2023 | 509 | $227.35 | $115,719.01 | |
| | 11/22/2021 | 337 | $377.38 | $127,177.53 | 03/13/2023 | 337 | $227.35 | $76,615.53 | |
| | 11/19/2021 | 142 | $377.02 | $53,536.13 | 03/13/2023 | 142 | $227.35 | $32,283.10 | |
| | 11/19/2021 | 489 | $377.02 | $184,360.34 | 03/14/2023 | 489 | $227.81 | $111,398.41 | |
| | 11/18/2021 | 58 | $374.77 | $21,736.76 | 03/14/2023 | 58 | $227.81 | $13,212.90 | |
| | 11/18/2021 | 140 | $374.77 | $52,468.04 | 03/15/2023 | 140 | $223.02 | $31,222.83 | |
| | 10/21/2021 | 171 | $412.10 | $70,469.92 | 03/15/2023 | 171 | $223.02 | $38,136.45 | |
| | 10/20/2021 | 71 | $412.85 | $29,312.54 | 03/15/2023 | 71 | $223.02 | $15,834.43 | |

Exhibit A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 10/20/2021 | 206 | $412.85 | $85,047.66 | 03/29/2023 | 206 | $222.02 | $45,735.36 |
| | 10/19/2021 | 137 | $412.23 | $56,475.74 | 03/29/2023 | 137 | $222.02 | $30,416.23 |
| | 10/18/2021 | 119 | $405.47 | $48,250.37 | 03/29/2023 | 119 | $222.02 | $26,419.94 |
| | 10/15/2021 | 258 | $409.57 | $105,669.34 | 03/29/2023 | 258 | $222.02 | $57,280.21 |
| | 10/15/2021 | 136 | $409.57 | $55,701.67 | 03/30/2023 | 136 | $224.80 | $30,573.22 |
| | 10/14/2021 | 305 | $409.22 | $124,810.97 | 03/30/2023 | 305 | $224.80 | $68,564.95 |
| | 10/13/2021 | 118 | $404.88 | $47,775.75 | 03/30/2023 | 118 | $224.80 | $26,526.77 |
| | 10/12/2021 | 150 | $404.25 | $60,637.19 | 03/30/2023 | 150 | $224.80 | $33,720.47 |
| | 10/08/2021 | 109 | $409.33 | $44,617.35 | 03/30/2023 | 109 | $224.80 | $24,503.54 |
| | 10/07/2021 | 11 | $403.94 | $4,443.29 | 03/30/2023 | 11 | $224.80 | $2,472.83 |
| | 10/07/2021 | 206 | $403.94 | $83,210.77 | 04/03/2023 | 206 | $228.50 | $47,071.00 |
| | 08/24/2021 | 747 | $476.85 | $356,204.63 | 09/20/2021 | 747 | $440.57 | $329,106.01 |
| | 08/23/2021 | 517 | $481.68 | $249,028.61 | 09/20/2021 | 517 | $440.57 | $227,774.85 |
| | 08/20/2021 | 410 | $485.50 | $199,056.39 | 09/20/2021 | 410 | $440.57 | $180,633.82 |
| | 08/20/2021 | 32 | $485.50 | $15,536.11 | 04/03/2023 | 32 | $228.50 | $7,312.00 |
| | 08/19/2021 | 140 | $471.30 | $65,982.13 | 04/03/2023 | 140 | $228.50 | $31,990.00 |
| | 08/19/2021 | 209 | $471.30 | $98,501.89 | 04/05/2023 | 209 | $231.52 | $48,386.93 |
| | 09/21/2020 | 787 | $277.10 | $218,076.20 | 12/21/2020 | 787 | $359.50 | $282,923.82 |
| *Opening position of 23,140 shares. | | **16,607** | | **$4,461,522.72** | | **16,607** | | **$3,378,409.45** | **($1,083,113.27)** |
| **Jackson County Employees' Retirement System** | 05/10/2023 | 190 | $205.69 | $39,080.42 | 11/17/2023 | 190 | $96.39 | $18,314.10 |
| | 09/29/2022 | 530 | $196.19 | $103,979.32 | 11/17/2023 | 530 | $96.39 | $51,086.70 |
| | 09/29/2022 | 75 | $195.00 | $14,625.12 | 11/17/2023 | 75 | $96.39 | $7,229.25 |
| | 09/29/2022 | 35 | $195.21 | $6,832.18 | 11/17/2023 | 35 | $96.39 | $3,373.65 |
| | 09/28/2022 | 5 | $198.60 | $993.01 | 11/17/2023 | 5 | $96.39 | $481.95 |
| | 09/28/2022 | 23 | $198.60 | $4,567.85 | 11/20/2023 | 23 | $96.56 | $2,220.98 |
| | 09/28/2022 | 126 | $198.60 | $25,023.85 | 11/20/2023 | 126 | $96.56 | $12,167.10 |
| | 09/28/2022 | 162 | $198.60 | $32,173.52 | 11/20/2023 | 162 | $96.56 | $15,643.42 |
| | 09/27/2022 | 110 | $187.17 | $20,588.55 | 11/20/2023 | 110 | $96.56 | $10,622.07 |
| | 09/27/2022 | 360 | $187.17 | $67,380.70 | 11/20/2023 | 360 | $96.56 | $34,763.15 |
| | 10/06/2020 | 12 | $319.49 | $3,833.92 | 02/03/2021 | 12 | $421.47 | $5,057.64 |
| | 10/06/2020 | 152 | $319.49 | $48,562.97 | 07/28/2021 | 152 | $493.89 | $75,071.81 |
| | 10/06/2020 | 31 | $319.49 | $9,904.29 | 11/10/2021 | 31 | $388.45 | $12,041.84 |
| | 10/06/2020 | 64 | $318.94 | $20,412.38 | 11/10/2021 | 64 | $388.45 | $24,860.58 |
| | 10/05/2020 | 42 | $317.69 | $13,343.15 | 11/10/2021 | 42 | $388.45 | $16,314.75 |
| | 10/05/2020 | 111 | $317.69 | $35,264.05 | 11/20/2023 | 111 | $96.56 | $10,718.64 |
| | 10/05/2020 | 103 | $317.02 | $32,653.22 | 11/20/2023 | 103 | $96.56 | $9,946.12 |
| | 10/05/2020 | 38 | $316.27 | $12,018.07 | 11/20/2023 | 38 | $96.56 | $3,669.44 |
| | 10/02/2020 | 218 | $307.92 | $67,125.80 | 11/29/2023 | 218 | $96.56 | $21,051.02 |
| | 10/02/2020 | 156 | $306.82 | $47,863.92 | 11/20/2023 | 156 | $96.56 | $15,064.03 |
| | 10/01/2020 | 266 | $310.09 | $82,482.66 | 11/20/2023 | 266 | $96.56 | $25,686.10 |
| | 10/01/2020 | 249 | $310.75 | $77,376.75 | 11/20/2023 | 249 | $96.56 | $24,044.51 |
| | 10/01/2020 | 157 | $309.16 | $48,537.79 | 11/20/2023 | 157 | $96.56 | $15,160.60 |
| | 10/01/2020 | 65 | $309.81 | $20,137.34 | 11/20/2023 | 65 | $96.56 | $6,276.68 |
| | 09/30/2020 | 56 | $307.90 | $17,242.50 | 11/20/2023 | 56 | $96.56 | $5,407.60 |
| | | **3,336** | | **$852,003.32** | | **3,336** | | **$426,273.73** | **($425,729.58)** |

Exhibit A

Movants' Purchases and Losses    Case 3:23-cv-02082-LL-BJW    Document 10-3    Filed 01/09/24    PageID.229    Page 5     Illumina (Q4 2023)

Class Period: 09/21/2020 - 11/09/2023 of 12

| | Date | Amount | Price | Cost | Date | Amount | Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Jackson County Employees' Retirement System (0.0%-08/15/2023, 452327AK5)** | 01/20/2021 | 105,000 | $117.93 | $123,828.50 | 02/03/2021 | 105,000 | $122.25 | $128,362.50 | |
| | 01/20/2021 | 530,000 | $117.93 | $625,039.07 | 09/30/2022 | 530,000 | $96.00 | $508,800.00 | |
| | 10/12/2020 | 605,000 | $110.34 | $667,581.20 | 09/30/2022 | 605,000 | $96.00 | $580,800.00 | |
| *Opening position of 535,000 notes for 0.0%-08/15/2023, 452327AK5. | | 1,240,000 | | $1,416,448.77 | | 1,240,000 | | $1,217,962.50 | ($198,486.27) |
| **Jackson County Employees' Retirement System (0.5%-06/15/2021, 452327AH2)** | 09/21/2020 | 480,000 | $119.93 | $575,676.00 | 10/12/2020 | 480,000 | $140.18 | $672,847.20 | |
| | 09/21/2020 | 20,000 | $119.93 | $23,986.50 | 01/20/2021 | 20,000 | $158.05 | $31,609.56 | |
| *Opening position of 460,000 notes for 0.5%-06/15/2021, 452327AH2. | | 500,000 | | $599,662.50 | | 500,000 | | $704,456.76 | $104,794.26 |
| **Macomb County Retiree Health Care Fund** | 10/03/2023 | 261 | $134.36 | $35,067.59 | held | 261 | $117.36 | $30,630.96 | |
| | 10/02/2023 | 219 | $136.14 | $29,813.74 | held | 219 | $117.36 | $25,701.84 | |
| | 09/29/2023 | 246 | $137.00 | $33,700.92 | held | 246 | $117.36 | $28,870.56 | |
| | 09/28/2023 | 240 | $131.66 | $31,597.66 | held | 240 | $117.36 | $28,166.40 | |
| | 09/28/2023 | 136 | $133.00 | $18,088.00 | held | 136 | $117.36 | $15,960.96 | |
| | 09/27/2023 | 711 | $132.01 | $93,856.62 | held | 711 | $117.36 | $83,442.96 | |
| | 09/27/2023 | 265 | $131.25 | $34,781.01 | held | 265 | $117.36 | $31,100.40 | |
| | 06/14/2023 | 52 | $203.65 | $10,590.05 | held | 52 | $117.36 | $6,102.72 | |
| | 06/09/2023 | 134 | $200.57 | $26,876.51 | held | 134 | $117.36 | $15,726.24 | |
| | 06/01/2023 | 143 | $198.14 | $28,334.38 | held | 143 | $117.36 | $16,782.48 | |
| | 05/31/2023 | 176 | $195.05 | $34,328.34 | held | 176 | $117.36 | $20,655.36 | |
| | 05/30/2023 | 249 | $194.87 | $48,523.03 | held | 249 | $117.36 | $29,222.64 | |
| | 05/26/2023 | 142 | $195.52 | $27,764.46 | held | 142 | $117.36 | $16,665.12 | |
| | 05/25/2023 | 248 | $193.38 | $47,958.04 | held | 248 | $117.36 | $29,105.28 | |
| | 11/30/2021 | 166 | $366.08 | $60,769.46 | 03/13/2023 | 166 | $227.35 | $37,739.40 | |
| | 11/26/2021 | 68 | $371.53 | $25,264.33 | 03/13/2023 | 68 | $227.35 | $15,459.51 | |
| | 11/24/2021 | 87 | $363.58 | $31,631.49 | 03/13/2023 | 87 | $227.35 | $19,779.08 | |
| | 11/23/2021 | 15 | $366.33 | $5,494.90 | 03/13/2023 | 15 | $227.35 | $3,410.19 | |
| | 11/23/2021 | 140 | $366.33 | $51,285.75 | 03/14/2023 | 140 | $227.81 | $31,893.20 | |
| | 11/22/2021 | 30 | $377.38 | $11,321.44 | 03/14/2023 | 30 | $227.81 | $6,834.26 | |
| | 11/22/2021 | 72 | $377.38 | $27,171.46 | 03/15/2023 | 72 | $223.02 | $16,057.45 | |
| | 11/19/2021 | 46 | $377.02 | $17,342.69 | 03/15/2023 | 46 | $223.02 | $10,258.93 | |
| | 11/19/2021 | 146 | $377.02 | $55,044.19 | 03/29/2023 | 146 | $222.02 | $32,414.38 | |
| | 11/18/2021 | 60 | $374.77 | $22,486.30 | 03/29/2023 | 60 | $222.02 | $13,320.98 | |
| | 10/21/2021 | 23 | $412.10 | $9,478.41 | 03/29/2023 | 23 | $222.02 | $5,106.37 | |
| | 10/21/2021 | 29 | $412.10 | $11,951.04 | 03/30/2023 | 29 | $224.80 | $6,519.29 | |
| | 10/20/2021 | 84 | $412.85 | $34,679.63 | 03/30/2023 | 84 | $224.80 | $18,883.46 | |
| | 10/19/2021 | 42 | $412.23 | $17,313.73 | 03/30/2023 | 42 | $224.80 | $9,441.73 | |
| | 10/18/2021 | 36 | $405.47 | $14,596.75 | 03/30/2023 | 36 | $224.80 | $8,092.91 | |
| | 10/15/2021 | 72 | $409.57 | $29,489.12 | 03/30/2023 | 72 | $224.80 | $16,185.82 | |
| | 10/15/2021 | 47 | $409.57 | $19,249.84 | 04/03/2023 | 47 | $228.50 | $10,739.50 | |
| | 10/14/2021 | 73 | $409.22 | $29,872.79 | 04/03/2023 | 73 | $228.50 | $16,680.50 | |
| | 10/14/2021 | 20 | $409.22 | $8,184.33 | 04/05/2023 | 20 | $231.52 | $4,630.33 | |
| | 10/13/2021 | 36 | $404.88 | $14,575.65 | 04/05/2023 | 36 | $231.52 | $8,334.59 | |
| | 10/12/2021 | 34 | $404.25 | $13,744.43 | 04/05/2023 | 34 | $231.52 | $7,871.56 | |

Movants' Purchases and Losses    Case 3:23-cv-02082-LL-BJW    Document 10-3    Filed 01/09/24    PageID.230    Page 6    Illumina (Q4 2023)

Class Period: 09/21/2020 - 11/09/2023 of 12

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/12/2021 | 11 | $404.25 | $4,446.73 | 04/06/2023 | 11 | $230.07 | $2,530.76 | |
| 10/08/2021 | 13 | $409.33 | $5,321.34 | 04/06/2023 | 13 | $230.07 | $2,990.90 | |
| 10/08/2021 | 20 | $409.33 | $8,186.67 | 04/10/2023 | 20 | $229.87 | $4,597.32 | |
| 10/07/2021 | 28 | $403.94 | $11,310.20 | 04/10/2023 | 28 | $229.87 | $6,436.25 | |
| 10/07/2021 | 26 | $403.94 | $10,502.33 | 04/11/2023 | 26 | $230.96 | $6,004.85 | |
| 10/07/2021 | 12 | $403.94 | $4,847.23 | 04/12/2023 | 12 | $228.23 | $2,738.81 | |
| 08/24/2021 | 78 | $476.85 | $37,194.06 | 04/12/2023 | 78 | $228.23 | $17,802.24 | |
| 08/24/2021 | 127 | $476.85 | $60,559.56 | 04/13/2023 | 127 | $231.76 | $29,433.38 | |
| 08/23/2021 | 142 | $481.68 | $68,398.57 | 04/13/2023 | 142 | $231.76 | $32,909.76 | |
| 08/20/2021 | 44 | $485.50 | $21,362.15 | 04/13/2023 | 44 | $231.76 | $10,197.39 | |
| 08/20/2021 | 78 | $485.50 | $37,869.27 | 04/17/2023 | 78 | $229.53 | $17,903.43 | |
| 08/19/2021 | 16 | $471.30 | $7,540.81 | 04/17/2023 | 16 | $229.53 | $3,672.50 | |
| 08/19/2021 | 8 | $471.30 | $3,770.41 | 04/18/2023 | 8 | $229.83 | $1,838.67 | |
| 08/19/2021 | 72 | $471.30 | $33,933.66 | held | 72 | $117.36 | $8,449.92 | |
| 09/21/2020 | 72 | $277.10 | $19,951.06 | 01/08/2021 | 72 | $379.90 | $27,352.76 | |
| 09/21/2020 | 54 | $277.10 | $14,963.30 | 01/11/2021 | 54 | $380.37 | $20,540.22 | |
| 09/21/2020 | 80 | $277.10 | $22,167.85 | 01/11/2021 | 80 | $379.93 | $30,394.34 | |
| *Opening position of 6,041 shares. | **5,429** | | **$1,384,553.28** | | **5,429** | | **$903,580.89** | **($480,972.39)** |
| **Macomb County Intermediate Retirees Medical Benefits Trust** | | | | | | | | |
| | 10/03/2023 | 235 | $134.36 | $31,574.27 | 12/07/2023 | 235 | $116.98 | $27,490.84 |

**Macomb County Intermediate Retirees Medical Benefits Trust**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/03/2023 | 235 | $134.36 | $31,574.27 | 12/07/2023 | 235 | $116.98 | $27,490.84 |
| 10/02/2023 | 171 | $136.14 | $23,279.22 | 12/07/2023 | 171 | $116.98 | $20,003.97 |
| 10/02/2023 | 25 | $136.14 | $3,403.40 | held | 25 | $117.36 | $2,934.00 |
| 09/29/2023 | 222 | $137.00 | $30,413.02 | held | 222 | $117.36 | $26,053.92 |
| 09/28/2023 | 215 | $131.66 | $28,306.23 | held | 215 | $117.36 | $25,232.40 |
| 09/28/2023 | 122 | $133.00 | $16,226.00 | held | 122 | $117.36 | $14,317.92 |
| 09/27/2023 | 638 | $132.01 | $84,220.15 | held | 638 | $117.36 | $74,875.68 |
| 09/27/2023 | 238 | $131.25 | $31,237.29 | held | 238 | $117.36 | $27,931.68 |
| 06/14/2023 | 47 | $203.65 | $9,571.78 | held | 47 | $117.36 | $5,515.92 |
| 06/09/2023 | 121 | $200.57 | $24,269.09 | held | 121 | $117.36 | $14,200.56 |
| 06/01/2023 | 129 | $198.14 | $25,560.38 | held | 129 | $117.36 | $15,139.44 |
| 05/31/2023 | 159 | $195.05 | $31,012.54 | held | 159 | $117.36 | $18,660.24 |
| 05/30/2023 | 225 | $194.87 | $43,846.11 | held | 225 | $117.36 | $26,406.00 |
| 05/26/2023 | 129 | $195.52 | $25,222.65 | held | 129 | $117.36 | $15,139.44 |
| 05/25/2023 | 224 | $193.38 | $43,316.94 | held | 224 | $117.36 | $26,288.64 |
| 04/26/2022 | 5 | $301.44 | $1,507.20 | 08/01/2022 | 5 | $215.61 | $1,078.05 |
| 11/30/2021 | 10 | $366.08 | $3,660.81 | 12/09/2021 | 10 | $371.34 | $3,713.40 |
| 11/30/2021 | 156 | $366.08 | $57,108.65 | 12/09/2021 | 156 | $374.52 | $58,425.07 |
| 11/26/2021 | 68 | $371.53 | $25,264.33 | 12/09/2021 | 68 | $374.52 | $25,467.34 |
| 11/24/2021 | 87 | $363.58 | $31,631.49 | 12/09/2021 | 87 | $374.52 | $32,583.21 |
| 11/23/2021 | 155 | $366.33 | $56,780.65 | 12/09/2021 | 155 | $374.52 | $58,050.55 |
| 11/22/2021 | 102 | $377.38 | $38,492.90 | 12/09/2021 | 102 | $374.52 | $38,201.01 |
| 11/19/2021 | 123 | $377.02 | $46,372.85 | 12/09/2021 | 123 | $374.52 | $46,065.92 |
| 11/19/2021 | 5 | $377.02 | $1,885.08 | 08/01/2022 | 5 | $215.61 | $1,078.05 |
| 11/19/2021 | 10 | $377.02 | $3,770.15 | 12/16/2022 | 10 | $199.54 | $1,995.40 |
| 11/19/2021 | 54 | $377.02 | $20,358.81 | 03/13/2023 | 54 | $227.35 | $12,276.67 |
| 11/18/2021 | 60 | $374.77 | $22,486.30 | 03/13/2023 | 60 | $227.35 | $13,640.75 |
| 10/21/2021 | 52 | $412.10 | $21,429.45 | 03/13/2023 | 52 | $227.35 | $11,821.98 |
| 10/20/2021 | 84 | $412.85 | $34,679.63 | 03/13/2023 | 84 | $227.35 | $19,097.05 |

Exhibit A

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | |
|---|---|---|---|---|---|---|---|---|
| 10/19/2021 | 42 | $412.23 | $17,313.73 | 03/13/2023 | 42 | $227.35 | $9,548.52 | |
| 10/18/2021 | 17 | $405.47 | $6,892.91 | 03/13/2023 | 17 | $227.35 | $3,864.88 | |
| 10/18/2021 | 19 | $405.47 | $7,703.84 | 03/14/2023 | 19 | $227.81 | $4,328.36 | |
| 10/15/2021 | 119 | $409.57 | $48,738.96 | 03/14/2023 | 119 | $227.81 | $27,109.22 | |
| 10/14/2021 | 18 | $409.22 | $7,365.89 | 03/14/2023 | 18 | $227.81 | $4,100.55 | |
| 10/14/2021 | 75 | $409.22 | $30,691.22 | 03/15/2023 | 75 | $223.02 | $16,726.52 | |
| 10/13/2021 | 34 | $404.88 | $13,765.89 | 03/15/2023 | 34 | $223.02 | $7,582.69 | |
| 10/13/2021 | 2 | $404.88 | $809.76 | 03/29/2023 | 2 | $222.02 | $444.03 | |
| 10/12/2021 | 45 | $404.25 | $18,191.16 | 03/29/2023 | 45 | $222.02 | $9,990.73 | |
| 10/08/2021 | 33 | $409.33 | $13,508.01 | 03/29/2023 | 33 | $222.02 | $7,326.54 | |
| 10/07/2021 | 66 | $403.94 | $26,659.76 | 03/29/2023 | 66 | $222.02 | $14,653.08 | |
| 08/24/2021 | 59 | $476.85 | $28,133.97 | 03/29/2023 | 59 | $222.02 | $13,098.96 | |
| 08/24/2021 | 146 | $476.85 | $69,619.65 | 03/30/2023 | 146 | $224.80 | $32,821.25 | |
| 08/23/2021 | 90 | $481.68 | $43,351.21 | 03/30/2023 | 90 | $224.80 | $20,232.28 | |
| 08/23/2021 | 52 | $481.68 | $25,047.37 | 04/03/2023 | 52 | $228.50 | $11,882.00 | |
| 08/20/2021 | 56 | $485.50 | $27,188.19 | 04/03/2023 | 56 | $228.50 | $12,796.00 | |
| 08/20/2021 | 66 | $485.50 | $32,043.22 | 04/05/2023 | 66 | $231.52 | $15,280.08 | |
| 08/19/2021 | 15 | $471.30 | $7,069.51 | 04/05/2023 | 15 | $231.52 | $3,472.75 | |
| 08/19/2021 | 21 | $471.30 | $9,897.32 | 04/06/2023 | 21 | $230.07 | $4,831.46 | |
| 08/19/2021 | 43 | $471.30 | $20,265.94 | 04/10/2023 | 43 | $229.87 | $9,884.24 | |
| 08/19/2021 | 17 | $471.30 | $8,012.12 | 04/11/2023 | 17 | $230.96 | $3,926.25 | |
| 09/21/2020 | 2 | $277.10 | $554.20 | 12/18/2020 | 2 | $366.06 | $732.12 | |
| 09/21/2020 | 215 | $277.10 | $59,576.09 | 12/22/2020 | 215 | $375.54 | $80,741.10 | |
| *Opening position of 6,473 shares. | **5,123** | | **$1,339,287.26** | | **5,123** | | **$979,058.73** | **($360,228.53)** |
| **Movants' Total** | **1,937,180** | | **$15,231,073.68** | | **1,937,180** | | **$10,319,965.66** | **($4,911,108.02)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
during the 90 calendar days after the end of the class period.  The price used is $117.36 as of January 08, 2024 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

Exhibit A

Movants' Purchases and Losses     Case 3:23-cv-02082-LL-BJW    Document 10-3    Filed 01/09/24    PageID.232    Page 8      Illumina (Q4 2023)

Class Period: 09/21/2020 - 11/09/2023 of 12

| Name | Date | Amount Acquired | Price | Total Cost | Date | Amount Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Macomb County Employees' Retirement System** | 09/21/2020 | 787 | $277.10 | $218,076.20 | held | 16,607 | $117.36 | $1,948,997.52 | |
| | 08/19/2021 | 349 | $471.30 | $164,484.01 | | | | | |
| | 08/20/2021 | 442 | $485.50 | $214,592.50 | | | | | |
| | 08/23/2021 | 517 | $481.68 | $249,028.61 | | | | | |
| | 08/24/2021 | 747 | $476.85 | $356,204.63 | | | | | |
| | 10/07/2021 | 217 | $403.94 | $87,654.07 | | | | | |
| | 10/08/2021 | 109 | $409.33 | $44,617.35 | | | | | |
| | 10/12/2021 | 150 | $404.25 | $60,637.19 | | | | | |
| | 10/13/2021 | 118 | $404.88 | $47,775.75 | | | | | |
| | 10/14/2021 | 305 | $409.22 | $124,810.97 | | | | | |
| | 10/15/2021 | 394 | $409.57 | $161,371.01 | | | | | |
| | 10/18/2021 | 119 | $405.47 | $48,250.37 | | | | | |
| | 10/19/2021 | 137 | $412.23 | $56,475.74 | | | | | |
| | 10/20/2021 | 277 | $412.85 | $114,360.20 | | | | | |
| | 10/21/2021 | 171 | $412.10 | $70,469.92 | | | | | |
| | 11/18/2021 | 198 | $374.77 | $74,204.80 | | | | | |
| | 11/19/2021 | 631 | $377.02 | $237,896.47 | | | | | |
| | 11/22/2021 | 337 | $377.38 | $127,177.53 | | | | | |
| | 11/23/2021 | 509 | $366.33 | $186,460.34 | | | | | |
| | 11/24/2021 | 286 | $363.58 | $103,983.97 | | | | | |
| | 11/26/2021 | 225 | $371.53 | $83,595.20 | | | | | |
| | 11/30/2021 | 547 | $366.08 | $200,246.36 | | | | | |
| | 05/25/2023 | 785 | $193.38 | $151,802.67 | | | | | |
| | 05/26/2023 | 451 | $195.52 | $88,181.50 | | | | | |
| | 05/30/2023 | 789 | $194.87 | $153,753.69 | | | | | |
| | 05/31/2023 | 559 | $195.05 | $109,031.50 | | | | | |
| | 06/01/2023 | 454 | $198.14 | $89,956.70 | | | | | |
| | 06/09/2023 | 424 | $200.57 | $85,042.10 | | | | | |
| | 06/14/2023 | 165 | $203.65 | $33,603.04 | | | | | |
| | 09/27/2023 | 836 | $131.25 | $109,724.25 | | | | | |
| | 09/27/2023 | 2,238 | $132.01 | $295,430.55 | | | | | |
| | 09/28/2023 | 427 | $133.00 | $56,791.00 | | | | | |
| | 09/28/2023 | 754 | $131.66 | $99,269.30 | | | | | |
| | 09/29/2023 | 391 | $137.00 | $53,565.28 | | | | | |
| | 10/02/2023 | 347 | $136.14 | $47,239.12 | | | | | |
| | 10/03/2023 | 415 | $134.36 | $55,758.82 | | | | | |
| *Opening position of 23,140 shares. | | **16,607** | | **$4,461,522.72** | | **16,607** | | **$1,948,997.52** | **($2,512,525.20)** |
| | | | | | | | | | |
| **Wayne County Employees' Retirement System** | 12/07/2020 | 7,905 | $346.81 | $2,741,501.43 | 01/08/2021 | 98 | $379.90 | $37,230.14 | |
| | 12/15/2020 | 506 | $353.14 | $178,690.91 | 01/11/2021 | 73 | $380.37 | $27,767.34 | |
| | 08/19/2021 | 153 | $471.30 | $72,109.04 | 02/12/2021 | 7 | $539.63 | $3,777.39 | |
| | 08/20/2021 | 194 | $485.50 | $94,187.66 | 02/12/2021 | 93 | $505.00 | $46,965.33 | |
| | 08/23/2021 | 227 | $481.68 | $109,341.38 | 02/16/2021 | 193 | $494.26 | $95,392.45 | |
| | 08/24/2021 | 327 | $476.85 | $155,928.94 | 02/17/2021 | 147 | $493.17 | $72,496.53 | |
| | 10/07/2021 | 104 | $403.94 | $42,009.32 | 02/18/2021 | 68 | $486.07 | $33,052.65 | |

Exhibit A

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 10/08/2021 | 52 | $409.33 | $21,285.34 | 02/19/2021 | 32 | $486.86 | $15,579.40 | |
| 10/12/2021 | 72 | $404.25 | $29,105.85 | 02/22/2021 | 28 | $476.92 | $13,353.66 | |
| 10/13/2021 | 57 | $404.88 | $23,078.11 | 03/13/2023 | 530 | $227.35 | $120,493.27 | |
| 10/14/2021 | 146 | $409.22 | $59,745.58 | 03/14/2023 | 269 | $227.81 | $61,280.51 | |
| 10/15/2021 | 189 | $409.57 | $77,408.94 | 03/15/2023 | 188 | $223.02 | $41,927.80 | |
| 10/18/2021 | 57 | $405.47 | $23,111.52 | 03/29/2023 | 361 | $222.02 | $80,147.88 | |
| 10/19/2021 | 66 | $412.23 | $27,207.29 | 03/30/2023 | 416 | $224.80 | $93,518.09 | |
| 10/20/2021 | 133 | $412.85 | $54,909.41 | 04/03/2023 | 190 | $228.50 | $43,415.00 | |
| 10/21/2021 | 82 | $412.10 | $33,792.59 | 04/05/2023 | 142 | $231.52 | $32,875.33 | |
| 11/18/2021 | 95 | $374.77 | $35,603.31 | 04/06/2023 | 38 | $230.07 | $8,742.64 | |
| 11/19/2021 | 302 | $377.02 | $113,858.53 | 04/10/2023 | 76 | $229.87 | $17,469.82 | |
| 11/22/2021 | 161 | $377.38 | $60,758.41 | 04/11/2023 | 41 | $230.96 | $9,469.19 | |
| 11/23/2021 | 244 | $366.33 | $89,383.74 | 04/12/2023 | 141 | $228.23 | $32,180.98 | |
| 11/24/2021 | 137 | $363.58 | $49,810.50 | 04/13/2023 | 493 | $231.76 | $114,257.14 | |
| 11/26/2021 | 108 | $371.53 | $40,125.69 | 04/17/2023 | 149 | $229.53 | $34,200.15 | |
| 11/30/2021 | 263 | $366.08 | $96,279.33 | 04/18/2023 | 12 | $229.83 | $2,758.01 | |
| 05/25/2023 | 394 | $193.38 | $76,191.40 | 12/15/2023 | 1,278 | $130.21 | $166,410.17 | |
| 05/26/2023 | 226 | $195.52 | $44,188.51 | held | 11,622 | $117.36 | $1,363,957.92 | |
| 05/30/2023 | 396 | $194.87 | $77,169.15 | | | | | |
| 05/31/2023 | 280 | $195.05 | $54,613.27 | | | | | |
| 06/01/2023 | 228 | $198.14 | $45,176.49 | | | | | |
| 06/09/2023 | 212 | $200.57 | $42,521.05 | | | | | |
| 06/14/2023 | 83 | $203.65 | $16,903.35 | | | | | |
| 09/27/2023 | 420 | $131.25 | $55,124.62 | | | | | |
| 09/27/2023 | 1,124 | $132.01 | $148,375.31 | | | | | |
| 09/28/2023 | 214 | $133.00 | $28,462.00 | | | | | |
| 09/28/2023 | 379 | $131.66 | $49,897.97 | | | | | |
| 09/29/2023 | 390 | $137.00 | $53,428.28 | | | | | |
| 10/02/2023 | 346 | $136.14 | $47,102.99 | | | | | |
| 10/03/2023 | 413 | $134.36 | $55,490.10 | | | | | |
| | **16,685** | | **$5,023,877.34** | | **16,685** | | **$2,568,718.79** | **($2,455,158.54)** |
| **Wayne County Employees' Retirement System (2.55%-03/23/2031, 452327AM1)** | | | | | | | | |
| 09/16/2021 | 150,000 | $102.48 | $153,718.50 | 02/23/2022 | 70,000 | $93.86 | $65,699.20 | |
| | | | | 03/01/2022 | 80,000 | $94.76 | $75,805.60 | |
| | **150,000** | | **$153,718.50** | | **150,000** | | **$141,504.80** | **($12,213.70)** |
| **Macomb County Retiree Health Care Fund** | | | | | | | | |
| 09/21/2020 | 206 | $277.10 | $57,082.21 | held | 5,429 | $117.36 | $637,147.44 | |
| 08/19/2021 | 96 | $471.30 | $45,244.89 | | | | | |
| 08/20/2021 | 122 | $485.50 | $59,231.41 | | | | | |
| 08/23/2021 | 142 | $481.68 | $68,398.57 | | | | | |
| 08/24/2021 | 205 | $476.85 | $97,753.61 | | | | | |
| 10/07/2021 | 66 | $403.94 | $26,659.76 | | | | | |
| 10/08/2021 | 33 | $409.33 | $13,508.01 | | | | | |
| 10/12/2021 | 45 | $404.25 | $18,191.16 | | | | | |
| 10/13/2021 | 36 | $404.88 | $14,575.65 | | | | | |
| 10/14/2021 | 93 | $409.22 | $38,057.12 | | | | | |
| 10/15/2021 | 119 | $409.57 | $48,738.96 | | | | | |

Movants' Purchases and Losses    Case 3:23-cv-02082-LL-BJW    Document 10-3    Filed 01/09/24    PageID.234    Page 10      Illumina (Q4 2023)

Class Period: 09/21/2020 - 11/09/2023
of 12

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 10/18/2021 | 36 | $405.47 | $14,596.75 | | | | |
| | 10/19/2021 | 42 | $412.23 | $17,313.73 | | | | |
| | 10/20/2021 | 84 | $412.85 | $34,679.63 | | | | |
| | 10/21/2021 | 52 | $412.10 | $21,429.45 | | | | |
| | 11/18/2021 | 60 | $374.77 | $22,486.30 | | | | |
| | 11/19/2021 | 192 | $377.02 | $72,386.88 | | | | |
| | 11/22/2021 | 102 | $377.38 | $38,492.90 | | | | |
| | 11/23/2021 | 155 | $366.33 | $56,780.65 | | | | |
| | 11/24/2021 | 87 | $363.58 | $31,631.49 | | | | |
| | 11/26/2021 | 68 | $371.53 | $25,264.33 | | | | |
| | 11/30/2021 | 166 | $366.08 | $60,769.46 | | | | |
| | 05/25/2023 | 248 | $193.38 | $47,958.04 | | | | |
| | 05/26/2023 | 142 | $195.52 | $27,764.46 | | | | |
| | 05/30/2023 | 249 | $194.87 | $48,523.03 | | | | |
| | 05/31/2023 | 176 | $195.05 | $34,328.34 | | | | |
| | 06/01/2023 | 143 | $198.14 | $28,334.38 | | | | |
| | 06/09/2023 | 134 | $200.57 | $26,876.51 | | | | |
| | 06/14/2023 | 52 | $203.65 | $10,590.05 | | | | |
| | 09/27/2023 | 265 | $131.25 | $34,781.01 | | | | |
| | 09/27/2023 | 711 | $132.01 | $93,856.62 | | | | |
| | 09/28/2023 | 136 | $133.00 | $18,088.00 | | | | |
| | 09/28/2023 | 240 | $131.66 | $31,597.66 | | | | |
| | 09/29/2023 | 246 | $137.00 | $33,700.92 | | | | |
| | 10/02/2023 | 219 | $136.14 | $29,813.74 | | | | |
| | 10/03/2023 | 261 | $134.36 | $35,067.59 | | | | |
| *Opening position of 6,041 shares. | | **5,429** | | **$1,384,553.28** | | **5,429** | | **$637,147.44** | **($747,405.84)** |
| **Macomb County Intermediate Retirees Medical Benefits Trust** | 09/21/2020 | 217 | $277.10 | $60,130.29 | held | 5,123 | $117.36 | $601,235.28 | |
| | 08/19/2021 | 96 | $471.30 | $45,244.89 | | | | |
| | 08/20/2021 | 122 | $485.50 | $59,231.41 | | | | |
| | 08/23/2021 | 142 | $481.68 | $68,398.57 | | | | |
| | 08/24/2021 | 205 | $476.85 | $97,753.61 | | | | |
| | 10/07/2021 | 66 | $403.94 | $26,659.76 | | | | |
| | 10/08/2021 | 33 | $409.33 | $13,508.01 | | | | |
| | 10/12/2021 | 45 | $404.25 | $18,191.16 | | | | |
| | 10/13/2021 | 36 | $404.88 | $14,575.65 | | | | |
| | 10/14/2021 | 93 | $409.22 | $38,057.12 | | | | |
| | 10/15/2021 | 119 | $409.57 | $48,738.96 | | | | |
| | 10/18/2021 | 36 | $405.47 | $14,596.75 | | | | |
| | 10/19/2021 | 42 | $412.23 | $17,313.73 | | | | |
| | 10/20/2021 | 84 | $412.85 | $34,679.63 | | | | |
| | 10/21/2021 | 52 | $412.10 | $21,429.45 | | | | |
| | 11/18/2021 | 60 | $374.77 | $22,486.30 | | | | |
| | 11/19/2021 | 192 | $377.02 | $72,386.88 | | | | |
| | 11/22/2021 | 102 | $377.38 | $38,492.90 | | | | |
| | 11/23/2021 | 155 | $366.33 | $56,780.65 | | | | |
| | 11/24/2021 | 87 | $363.58 | $31,631.49 | | | | |
| | 11/26/2021 | 68 | $371.53 | $25,264.33 | | | | |

Exhibit A

| | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 11/30/2021 | 166 | $366.08 | $60,769.46 | | | | | |
| | 04/26/2022 | 5 | $301.44 | $1,507.20 | | | | | |
| | 05/25/2023 | 224 | $193.38 | $43,316.94 | | | | | |
| | 05/26/2023 | 129 | $195.52 | $25,222.65 | | | | | |
| | 05/30/2023 | 225 | $194.87 | $43,846.11 | | | | | |
| | 05/31/2023 | 159 | $195.05 | $31,012.54 | | | | | |
| | 06/01/2023 | 129 | $198.14 | $25,560.38 | | | | | |
| | 06/09/2023 | 121 | $200.57 | $24,269.09 | | | | | |
| | 06/14/2023 | 47 | $203.65 | $9,571.78 | | | | | |
| | 09/27/2023 | 238 | $131.25 | $31,237.29 | | | | | |
| | 09/27/2023 | 638 | $132.01 | $84,220.15 | | | | | |
| | 09/28/2023 | 122 | $133.00 | $16,226.00 | | | | | |
| | 09/28/2023 | 215 | $131.66 | $28,306.23 | | | | | |
| | 09/29/2023 | 222 | $137.00 | $30,413.02 | | | | | |
| | 10/02/2023 | 196 | $136.14 | $26,682.62 | | | | | |
| | 10/03/2023 | 235 | $134.36 | $31,574.27 | | | | | |
| *Opening position of 6,473 shares. | | **5,123** | | **$1,339,287.26** | | **5,123** | | **$601,235.28** | **($738,051.98)** |
| **Jackson County Employees' Retirement System** | 09/30/2020 | 56 | $307.90 | $17,242.50 | 02/03/2021 | 12 | $421.47 | $5,057.64 | |
| | 10/01/2020 | 65 | $309.81 | $20,137.34 | 07/28/2021 | 152 | $493.89 | $75,071.81 | |
| | 10/01/2020 | 157 | $309.16 | $48,537.79 | 11/10/2021 | 137 | $388.45 | $53,217.17 | |
| | 10/01/2020 | 249 | $310.75 | $77,376.75 | 11/17/2023 | 835 | $96.39 | $80,485.65 | |
| | 10/01/2020 | 266 | $310.09 | $82,482.66 | 11/20/2023 | 23 | $96.56 | $2,220.98 | |
| | 10/02/2020 | 156 | $306.82 | $47,863.92 | 11/20/2023 | 126 | $96.56 | $12,167.10 | |
| | 10/02/2020 | 218 | $307.92 | $67,125.80 | 11/20/2023 | 272 | $96.56 | $26,265.49 | |
| | 10/05/2020 | 38 | $316.27 | $12,018.07 | 11/20/2023 | 1,779 | $96.56 | $171,787.89 | |
| | 10/05/2020 | 103 | $317.02 | $32,653.22 | | | | | |
| | 10/05/2020 | 153 | $317.69 | $48,607.20 | | | | | |
| | 10/06/2020 | 64 | $318.94 | $20,412.38 | | | | | |
| | 10/06/2020 | 195 | $319.49 | $62,301.17 | | | | | |
| | 09/27/2022 | 470 | $187.17 | $87,969.24 | | | | | |
| | 09/28/2022 | 316 | $198.60 | $62,758.23 | | | | | |
| | 09/29/2022 | 35 | $195.21 | $6,832.18 | | | | | |
| | 09/29/2022 | 75 | $195.00 | $14,625.12 | | | | | |
| | 09/29/2022 | 530 | $196.19 | $103,979.32 | | | | | |
| | 05/10/2023 | 190 | $205.69 | $39,080.42 | | | | | |
| | | **3,336** | | **$852,003.32** | | **3,336** | | **$426,273.73** | **($425,729.58)** |
| **Jackson County Employees' Retirement System (0.0%-08/15/2023, 452327AK5)** | 10/12/2020 | 605,000 | $110.34 | $667,581.20 | 02/03/2021 | 105,000 | $122.25 | $128,362.50 | |
| | 01/20/2021 | 635,000 | $117.93 | $748,867.57 | 09/30/2022 | 1,135,000 | $96.00 | $1,089,600.00 | |
| *Opening position of 535,000 notes for 0.0%-08/15/2023, 452327AK5. | | **1,240,000** | | **$1,416,448.77** | | **1,240,000** | | **$1,217,962.50** | **($198,486.27)** |
| **Jackson County Employees' Retirement System (0.5%-06/15/2021, 452327AH2)** | 09/21/2020 | 500,000 | $119.93 | $599,662.50 | 10/12/2020 | 20,000 | $140.18 | $28,035.30 | |

| | | | 01/20/2021 | 480,000 | $158.05 | $758,629.44 | |
|---|---|---|---|---|---|---|---|
| *Opening position of 460,000 notes for 0.5%-06/15/2021, 452327AH2. | 500,000 | $599,662.50 | | 500,000 | | $786,664.74 | $187,002.24 |
| | | | | | | | |
| **Movants' Total** | 1,937,180 | $15,231,073.68 | | 1,937,180 | | $8,328,504.80 | (*$6,902,568.87*) |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
during the 90 calendar days after the end of the class period.  The price used is $117.36 as of January 08, 2024 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

Exhibit A