# EXHIBIT C

Exhibit C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Gerard Grysko, as Deputy Director of the Wayne County Employees' Retirement System (the "Retirement System"), with authority to bind the Retirement System and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint on behalf of investors in the securities of Illumina, Inc. ("Illumina") and authorize the filing of a motion on behalf of the Retirement System for appointment as lead plaintiff.

3.      The Retirement System did not purchase or acquire Illumina securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      The Retirement System is willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired Illumina securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of the Retirement System's transactions in the Illumina securities that are the subject of this litigation during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, the Retirement System has sought to serve as a representative party on behalf of a class under the federal securities laws, and was appointed, in the following actions:

- *In re Sotera Health Company Securities Litigation*, 1:23-cv-00143 (N.D. Ohio);

- *Ciarciello v. Bioventus, Inc.*, 1:23-cv-00032 (M.D.N.C.);

Exhibit C

- *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc.*, 1:22-cv-06339 (S.D.N.Y.);

- *Genesee County Employees' Retirement System v. FirstCash Holdings, Inc.*, 4:22-cv-00033 (N.D. Tex.); and

- *In re AstraZeneca plc Securities Litigation*, 1:21-cv-00722 (S.D.N.Y.).

7.    During the three-year period preceding the date on which this Certification is signed, the Retirement System has sought to serve as a representative party on behalf of a class under the federal securities laws, and was not appointed, its motion remains pending, or its motion was denied as moot in the following actions:

- *Treasurer of the State of North Carolina et al. v. Leslie's Incorporated et al.*, 2:23-cv-01887 (D. Ariz.);

- *United Association of Plumbers and Pipefitters, Journeymen, Local #38 Defined Benefit Pension Plan v. Syneos Health, Inc. et al.*, 1:23-cv-06548 (S.D.N.Y.);

- *Schaeffer v. Signature Bank et al.*, 1:23-cv-01921 (E.D.N.Y.);

- *City of Warwick Retirement System v. Catalent, Inc.*, 3:23-cv-01108 (D.N.J.);

- *In re Paypal Holdings Inc. Securities Litigation*, 3:22-cv-05864 (D.N.J.);

- *Ohio Public Employees Retirement System et al. v. Discovery, Inc. et al.*, 1:22-cv-08171 (S.D.N.Y.); and

- *City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*, 0:21-cv-62380 (S.D. Fla.).

8.    The Retirement System agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

Exhibit C

9.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed ___December 7, 2023___
         **(Date)**

_____
**(Illumina)**
**Gerard Grysko**
**Deputy Director**
**Wayne County Employees' Retirement System**

019

Exhibit C

**Illumina, Inc. (ILMN)**                                                                              **Wayne County Employees' Retirement System**

**List of Purchases and Sales**

| Account | Security | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|---|
| Account 1 | US4523271090 | Purchase | 12/7/2020 | 7,905 | $346.8100 |
| Account 1 | US4523271090 | Purchase | 12/15/2020 | 506 | $353.1441 |
| Account 1 | US4523271090 | Purchase | 8/19/2021 | 153 | $471.3009 |
| Account 1 | US4523271090 | Purchase | 8/20/2021 | 194 | $485.5034 |
| Account 1 | US4523271090 | Purchase | 8/23/2021 | 227 | $481.6801 |
| Account 1 | US4523271090 | Purchase | 8/24/2021 | 327 | $476.8469 |
| Account 1 | US4523271090 | Purchase | 10/7/2021 | 104 | $403.9358 |
| Account 1 | US4523271090 | Purchase | 10/8/2021 | 52 | $409.3335 |
| Account 1 | US4523271090 | Purchase | 10/12/2021 | 72 | $404.2479 |
| Account 1 | US4523271090 | Purchase | 10/13/2021 | 57 | $404.8792 |
| Account 1 | US4523271090 | Purchase | 10/14/2021 | 146 | $409.2163 |
| Account 1 | US4523271090 | Purchase | 10/15/2021 | 189 | $409.5711 |
| Account 1 | US4523271090 | Purchase | 10/18/2021 | 57 | $405.4653 |
| Account 1 | US4523271090 | Purchase | 10/19/2021 | 66 | $412.2317 |
| Account 1 | US4523271090 | Purchase | 10/20/2021 | 133 | $412.8527 |
| Account 1 | US4523271090 | Purchase | 10/21/2021 | 82 | $412.1048 |
| Account 1 | US4523271090 | Purchase | 11/18/2021 | 95 | $374.7717 |
| Account 1 | US4523271090 | Purchase | 11/19/2021 | 302 | $377.0150 |
| Account 1 | US4523271090 | Purchase | 11/22/2021 | 161 | $377.3814 |
| Account 1 | US4523271090 | Purchase | 11/23/2021 | 244 | $366.3268 |
| Account 1 | US4523271090 | Purchase | 11/24/2021 | 137 | $363.5803 |
| Account 1 | US4523271090 | Purchase | 11/26/2021 | 108 | $371.5342 |
| Account 1 | US4523271090 | Purchase | 11/30/2021 | 263 | $366.0811 |
| Account 1 | US4523271090 | Purchase | 5/25/2023 | 394 | $193.3792 |
| Account 1 | US4523271090 | Purchase | 5/26/2023 | 226 | $195.5244 |
| Account 1 | US4523271090 | Purchase | 5/30/2023 | 396 | $194.8716 |
| Account 1 | US4523271090 | Purchase | 5/31/2023 | 280 | $195.0474 |
| Account 1 | US4523271090 | Purchase | 6/1/2023 | 228 | $198.1425 |
| Account 1 | US4523271090 | Purchase | 6/9/2023 | 212 | $200.5710 |
| Account 1 | US4523271090 | Purchase | 6/14/2023 | 83 | $203.6548 |
| Account 1 | US4523271090 | Purchase | 9/27/2023 | 1,124 | $132.0065 |
| Account 1 | US4523271090 | Purchase | 9/27/2023 | 420 | $131.2491 |
| Account 1 | US4523271090 | Purchase | 9/28/2023 | 379 | $131.6569 |
| Account 1 | US4523271090 | Purchase | 9/28/2023 | 214 | $133.0000 |
| Account 1 | US4523271090 | Purchase | 9/29/2023 | 390 | $136.9956 |
| Account 1 | US4523271090 | Purchase | 10/2/2023 | 346 | $136.1358 |
| Account 1 | US4523271090 | Purchase | 10/3/2023 | 413 | $134.3586 |
| Account 1 | US4523271090 | Sale | 1/8/2021 | (98) | $379.8994 |
| Account 1 | US4523271090 | Sale | 1/11/2021 | (73) | $380.3745 |
| Account 1 | US4523271090 | Sale | 2/12/2021 | (7) | $539.6272 |
| Account 1 | US4523271090 | Sale | 2/12/2021 | (93) | $505.0035 |
| Account 1 | US4523271090 | Sale | 2/16/2021 | (193) | $494.2614 |
| Account 1 | US4523271090 | Sale | 2/17/2021 | (147) | $493.1737 |
| Account 1 | US4523271090 | Sale | 2/18/2021 | (68) | $486.0684 |
| Account 1 | US4523271090 | Sale | 2/19/2021 | (32) | $486.8564 |
| Account 1 | US4523271090 | Sale | 2/22/2021 | (28) | $476.9163 |
| Account 1 | US4523271090 | Sale | 3/13/2023 | (530) | $227.3458 |
| Account 1 | US4523271090 | Sale | 3/14/2023 | (269) | $227.8086 |
| Account 1 | US4523271090 | Sale | 3/15/2023 | (188) | $223.0202 |
| Account 1 | US4523271090 | Sale | 3/29/2023 | (361) | $222.0163 |
| Account 1 | US4523271090 | Sale | 3/30/2023 | (416) | $224.8031 |
| Account 1 | US4523271090 | Sale | 4/3/2023 | (190) | $228.5000 |
| Account 1 | US4523271090 | Sale | 4/5/2023 | (142) | $231.5164 |
| Account 1 | US4523271090 | Sale | 4/6/2023 | (38) | $230.0695 |
| Account 1 | US4523271090 | Sale | 4/10/2023 | (76) | $229.8660 |
| Account 1 | US4523271090 | Sale | 4/11/2023 | (41) | $230.9559 |
| Account 1 | US4523271090 | Sale | 4/12/2023 | (141) | $228.2339 |
| Account 1 | US4523271090 | Sale | 4/13/2023 | (493) | $231.7589 |
| Account 1 | US4523271090 | Sale | 4/17/2023 | (149) | $229.5312 |
| Account 1 | US4523271090 | Sale | 4/18/2023 | (12) | $229.8339 |
| Account 2 | US452327AM11 | Purchase | 9/16/2021 | 150,000 | $102.4790 |
| Account 2 | US452327AM11 | Sale | 2/23/2022 | (70,000) | $93.8560 |
| Account 2 | US452327AM11 | Sale | 3/1/2022 | (80,000) | $94.7570 |

Exhibit C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Macomb County Employees' Retirement System ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*, No. 0:21-cv-62380 (S.D. Fla.)
*Collinsville Police Pension Board v. Discovery, Inc.*, No. 1:22-cv-08171 (S.D.N.Y.)
*Schaeffer v. Signature Bank*, No. 1:23-cv-01921 (E.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __3rd__ day of January, 2024.

Macomb County Employees' Retirement System

By: _____

Its:      Mark F. Deldin, Chair
_____

ILLUMINA

Exhibit C

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/21/2020 | 787 | $277.10 |
| 08/19/2021 | 349 | $471.30 |
| 08/20/2021 | 442 | $485.50 |
| 08/23/2021 | 517 | $481.68 |
| 08/24/2021 | 747 | $476.85 |
| 10/07/2021 | 217 | $403.94 |
| 10/08/2021 | 109 | $409.33 |
| 10/12/2021 | 150 | $404.25 |
| 10/13/2021 | 118 | $404.88 |
| 10/14/2021 | 305 | $409.22 |
| 10/15/2021 | 394 | $409.57 |
| 10/18/2021 | 119 | $405.47 |
| 10/19/2021 | 137 | $412.23 |
| 10/20/2021 | 277 | $412.85 |
| 10/21/2021 | 171 | $412.10 |
| 11/18/2021 | 198 | $374.77 |
| 11/19/2021 | 631 | $377.02 |
| 11/22/2021 | 337 | $377.38 |
| 11/23/2021 | 509 | $366.33 |
| 11/24/2021 | 286 | $363.58 |
| 11/26/2021 | 225 | $371.53 |
| 11/30/2021 | 547 | $366.08 |
| 05/25/2023 | 785 | $193.38 |
| 05/26/2023 | 451 | $195.52 |
| 05/30/2023 | 789 | $194.87 |
| 05/31/2023 | 559 | $195.05 |
| 06/01/2023 | 454 | $198.14 |
| 06/09/2023 | 424 | $200.57 |
| 06/14/2023 | 165 | $203.65 |
| 09/27/2023 | 836 | $131.25 |
| 09/27/2023 | 2,238 | $132.01 |
| 09/28/2023 | 427 | $133.00 |
| 09/28/2023 | 754 | $131.66 |
| 09/29/2023 | 391 | $137.00 |
| 10/02/2023 | 347 | $136.14 |
| 10/03/2023 | 415 | $134.36 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/21/2020 | 4,750 | $359.50 |
| 01/08/2021 | 220 | $379.90 |
| 01/11/2021 | 165 | $380.37 |
| 02/12/2021 | 17 | $539.63 |
| 02/12/2021 | 212 | $505.00 |

Exhibit C

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/16/2021 | 437 | $494.26 |
| 02/17/2021 | 335 | $493.17 |
| 02/18/2021 | 153 | $486.07 |
| 02/19/2021 | 73 | $486.86 |
| 02/22/2021 | 64 | $476.92 |
| 09/20/2021 | 1,674 | $440.57 |
| 12/13/2021 | 962 | $374.64 |
| 03/13/2023 | 1,084 | $227.35 |
| 03/14/2023 | 547 | $227.81 |
| 03/15/2023 | 382 | $223.02 |
| 03/29/2023 | 720 | $222.02 |
| 03/30/2023 | 829 | $224.80 |
| 04/03/2023 | 378 | $228.50 |
| 04/05/2023 | 284 | $231.52 |
| 04/06/2023 | 74 | $230.07 |
| 04/10/2023 | 152 | $229.87 |
| 04/11/2023 | 80 | $230.96 |
| 04/12/2023 | 282 | $228.23 |
| 04/13/2023 | 984 | $231.76 |
| 04/17/2023 | 298 | $229.53 |
| 04/18/2023 | 26 | $229.83 |

Prices listed are rounded to two decimal places.

*Opening position of 23,140 shares.

Exhibit C

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Macomb County Retiree Health Care Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Schaeffer v. Signature Bank*, No. 1:23-cv-01921 (E.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  4th  day of January, 2024.

Macomb County Retiree Health Care Fund

By: _____

Its:   Chair _____

ILLUMINA

024

Exhibit C

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/21/2020 | 206 | $277.10 |
| 08/19/2021 | 96 | $471.30 |
| 08/20/2021 | 122 | $485.50 |
| 08/23/2021 | 142 | $481.68 |
| 08/24/2021 | 205 | $476.85 |
| 10/07/2021 | 66 | $403.94 |
| 10/08/2021 | 33 | $409.33 |
| 10/12/2021 | 45 | $404.25 |
| 10/13/2021 | 36 | $404.88 |
| 10/14/2021 | 93 | $409.22 |
| 10/15/2021 | 119 | $409.57 |
| 10/18/2021 | 36 | $405.47 |
| 10/19/2021 | 42 | $412.23 |
| 10/20/2021 | 84 | $412.85 |
| 10/21/2021 | 52 | $412.10 |
| 11/18/2021 | 60 | $374.77 |
| 11/19/2021 | 192 | $377.02 |
| 11/22/2021 | 102 | $377.38 |
| 11/23/2021 | 155 | $366.33 |
| 11/24/2021 | 87 | $363.58 |
| 11/26/2021 | 68 | $371.53 |
| 11/30/2021 | 166 | $366.08 |
| 05/25/2023 | 248 | $193.38 |
| 05/26/2023 | 142 | $195.52 |
| 05/30/2023 | 249 | $194.87 |
| 05/31/2023 | 176 | $195.05 |
| 06/01/2023 | 143 | $198.14 |
| 06/09/2023 | 134 | $200.57 |
| 06/14/2023 | 52 | $203.65 |
| 09/27/2023 | 265 | $131.25 |
| 09/27/2023 | 711 | $132.01 |
| 09/28/2023 | 136 | $133.00 |
| 09/28/2023 | 240 | $131.66 |
| 09/29/2023 | 246 | $137.00 |
| 10/02/2023 | 219 | $136.14 |
| 10/03/2023 | 261 | $134.36 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 01/08/2021 | 72 | $379.90 |
| 01/11/2021 | 54 | $380.37 |
| 01/11/2021 | 648 | $379.93 |
| 02/12/2021 | 6 | $539.63 |
| 02/12/2021 | 64 | $505.00 |

Exhibit C

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/16/2021 | 132 | $494.26 |
| 02/17/2021 | 102 | $493.17 |
| 02/18/2021 | 46 | $486.07 |
| 02/19/2021 | 22 | $486.86 |
| 02/22/2021 | 20 | $476.92 |
| 06/10/2021 | 217 | $448.02 |
| 03/13/2023 | 336 | $227.35 |
| 03/14/2023 | 170 | $227.81 |
| 03/15/2023 | 118 | $223.02 |
| 03/29/2023 | 229 | $222.02 |
| 03/30/2023 | 263 | $224.80 |
| 04/03/2023 | 120 | $228.50 |
| 04/05/2023 | 90 | $231.52 |
| 04/06/2023 | 24 | $230.07 |
| 04/10/2023 | 48 | $229.87 |
| 04/11/2023 | 26 | $230.96 |
| 04/12/2023 | 90 | $228.23 |
| 04/13/2023 | 313 | $231.76 |
| 04/17/2023 | 94 | $229.53 |
| 04/18/2023 | 8 | $229.83 |

Prices listed are rounded to two decimal places.

*Opening position of 6,041 shares.

Exhibit C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Macomb County Intermediate Retirees Medical Benefits Trust ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __4th__ day of January, 2024.

Macomb County Intermediate Retirees
Medical Benefits Trust

By:  ___Don Brown_____

Its:     Chairman_____

ILLUMINA

Exhibit C

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/21/2020 | 217 | $277.10 |
| 08/19/2021 | 96 | $471.30 |
| 08/20/2021 | 122 | $485.50 |
| 08/23/2021 | 142 | $481.68 |
| 08/24/2021 | 205 | $476.85 |
| 10/07/2021 | 66 | $403.94 |
| 10/08/2021 | 33 | $409.33 |
| 10/12/2021 | 45 | $404.25 |
| 10/13/2021 | 36 | $404.88 |
| 10/14/2021 | 93 | $409.22 |
| 10/15/2021 | 119 | $409.57 |
| 10/18/2021 | 36 | $405.47 |
| 10/19/2021 | 42 | $412.23 |
| 10/20/2021 | 84 | $412.85 |
| 10/21/2021 | 52 | $412.10 |
| 11/18/2021 | 60 | $374.77 |
| 11/19/2021 | 192 | $377.02 |
| 11/22/2021 | 102 | $377.38 |
| 11/23/2021 | 155 | $366.33 |
| 11/24/2021 | 87 | $363.58 |
| 11/26/2021 | 68 | $371.53 |
| 11/30/2021 | 166 | $366.08 |
| 04/26/2022 | 5 | $301.44 |
| 05/25/2023 | 224 | $193.38 |
| 05/26/2023 | 129 | $195.52 |
| 05/30/2023 | 225 | $194.87 |
| 05/31/2023 | 159 | $195.05 |
| 06/01/2023 | 129 | $198.14 |
| 06/09/2023 | 121 | $200.57 |
| 06/14/2023 | 47 | $203.65 |
| 09/27/2023 | 238 | $131.25 |
| 09/27/2023 | 638 | $132.01 |
| 09/28/2023 | 122 | $133.00 |
| 09/28/2023 | 215 | $131.66 |
| 09/29/2023 | 222 | $137.00 |
| 10/02/2023 | 196 | $136.14 |
| 10/03/2023 | 235 | $134.36 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/18/2020 | 2 | $366.06 |
| 12/22/2020 | 1,102 | $375.54 |
| 01/08/2021 | 63 | $379.90 |
| 01/11/2021 | 47 | $380.37 |

Exhibit C

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/11/2021 | 26 | $451.22 |
| 02/12/2021 | 5 | $539.63 |
| 02/12/2021 | 61 | $505.00 |
| 02/16/2021 | 125 | $494.26 |
| 02/17/2021 | 96 | $493.17 |
| 02/18/2021 | 44 | $486.07 |
| 02/19/2021 | 21 | $486.86 |
| 02/22/2021 | 19 | $476.92 |
| 06/10/2021 | 160 | $448.11 |
| 12/09/2021 | 10 | $371.34 |
| 12/09/2021 | 691 | $374.52 |
| 08/01/2022 | 10 | $215.61 |
| 12/16/2022 | 10 | $199.54 |
| 03/13/2023 | 309 | $227.35 |
| 03/14/2023 | 156 | $227.81 |
| 03/15/2023 | 109 | $223.02 |
| 03/29/2023 | 205 | $222.02 |
| 03/30/2023 | 236 | $224.80 |
| 04/03/2023 | 108 | $228.50 |
| 04/05/2023 | 81 | $231.52 |
| 04/06/2023 | 21 | $230.07 |
| 04/10/2023 | 43 | $229.87 |
| 04/11/2023 | 23 | $230.96 |
| 04/12/2023 | 80 | $228.23 |
| 04/13/2023 | 281 | $231.76 |
| 04/17/2023 | 85 | $229.53 |
| 04/18/2023 | 8 | $229.83 |

Prices listed are rounded to two decimal places.

*Opening position of 6,473 shares.

Exhibit C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Jackson County Employees' Retirement System ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Jastram v. NextEra Energy, Inc.,* No. 9:23-cv-80833 (S.D. Fla.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __08__ day of January, 2024.

Jackson County Employees' Retirement System

By: _James E. Shotwell_
DocuSigned by:
665FF7C8E1D04BA...
_____

James Shotwell, Chairperson

ILLUMINA

030

Exhibit C

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/30/2020 | 56 | $307.90 |
| 10/01/2020 | 65 | $309.81 |
| 10/01/2020 | 157 | $309.16 |
| 10/01/2020 | 249 | $310.75 |
| 10/01/2020 | 266 | $310.09 |
| 10/02/2020 | 156 | $306.82 |
| 10/02/2020 | 218 | $307.92 |
| 10/05/2020 | 38 | $316.27 |
| 10/05/2020 | 103 | $317.02 |
| 10/05/2020 | 153 | $317.69 |
| 10/06/2020 | 64 | $318.94 |
| 10/06/2020 | 195 | $319.49 |
| 09/27/2022 | 470 | $187.17 |
| 09/28/2022 | 316 | $198.60 |
| 09/29/2022 | 35 | $195.21 |
| 09/29/2022 | 75 | $195.00 |
| 09/29/2022 | 530 | $196.19 |
| 05/10/2023 | 190 | $205.69 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/03/2021 | 12 | $421.47 |
| 07/28/2021 | 152 | $493.89 |
| 11/10/2021 | 137 | $388.45 |

**Bond**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 10/12/2020 | 0.0% due 08/15/2023 | 605,000 | $110.34 |
| 01/20/2021 | 0.0% due 08/15/2023 | 635,000 | $117.93 |
| 09/21/2020 | 0.5% due 06/15/2021 | 500,000 | $119.93 |

| Date Disposed | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 09/21/2020 | 0.0% due 08/15/2023 | 535,000 | $103.00 |
| 02/03/2021 | 0.0% due 08/15/2023 | 105,000 | $122.25 |
| 09/30/2022 | 0.0% due 08/15/2023 | 1,135,000 | $96.00 |
| 10/12/2020 | 0.5% due 06/15/2021 | 480,000 | $140.18 |
| 01/20/2021 | 0.5% due 06/15/2021 | 480,000 | $158.05 |

*Opening position of 535,000 notes for 0.0%-08/15/2023, 452327AK5.
*Opening position of 460,000 notes for 0.5%-06/15/2021, 452327AH2.

Prices listed are rounded to two decimal places.

Exhibit C