**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Counsel for Proposed Lead Plaintiff
Universal and ACATIS, and
Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>      v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>              Defendants. | Case No. 3:23-cv-02082-LL-MMP<br><br>CLASS ACTION<br><br>**MOTION OF UNIVERSAL AND ACATIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date:  February 13, 2024<br>Dept.: Courtroom 5D, 5th Floor<br>Judge: Hon. Linda Lopez<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

*Caption continued on next page*

| | |
|---|---|
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:23-cv-02327-BEN-BGS |
| Plaintiff, | CLASS ACTION |
| v. | |
| ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, | |
| Defendants. | |
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated, | Case No. 3:23-cv-02328-LL-MMP |
| Plaintiff, | CLASS ACTION |
| v. | |
| ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 13, 2024, or as soon thereafter as the matter may be heard, in Courtroom 5D of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California, Movants Universal-Investment-Gesellschaft mbH ("Universal Gesellschaft") and UI BVK Kapitalverwaltungsgesellschaft mbH ("UI BVK" and, together with Universal Gesellschaft, "Universal") and ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order: (i) appointing Universal and ACATIS as Lead Plaintiff; (ii) approving Universal's and ACATIS's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the proposed Class; (iii) consolidating the above-captioned related securities class actions (the "Related Actions"); and (iv) granting such other and further relief as the Court may deem just and proper.[1]

PLEASE BE ADVISED THAT PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT.

This Motion is made on the grounds that Universal and ACATIS believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Universal and ACATIS timely filed this Motion and believe that they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $35

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed Cass may apply to the Court to be appointed as Lead Plaintiff. Consequently, counsel for Universal and ACATIS cannot determine who the competing lead plaintiff candidates are at this time. As a result, proposed Lead Counsel has been unable to confer with opposing counsel as prescribed in Rule 3(A) of this Court's Civil Chambers Rules, and respectfully requests that this requirement be waived for this Motion.

million in losses, as calculated on a last-in, first-out basis, that they incurred on their purchases of over 290,000 shares of Illumina, Inc. common stock between September 21, 2020, and November 9, 2023, inclusive.  Universal and ACATIS also meet the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of the claims of other members of the Class, and Universal and ACATIS will adequately and fairly represent the Class.  Moreover, Universal and ACATIS are sophisticated institutional investors with a substantial financial stake in the litigation—precisely the sort of investors Congress intended to supervise securities litigation when it enacted the PSLRA.

In support of this Motion, Universal and ACATIS submit herewith the accompanying Memorandum of Points and Authorities, the Declaration of Jonathan D. Uslaner, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Universal and ACATIS respectfully request that the Court enter an order: (i) appointing them as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz to serve as Lead Counsel for the Class; (iii) consolidating the Related Actions; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated:  January 9, 2024                              Respectfully submitted,

                                                     **BERNSTEIN LITOWITZ BERGER
                                                       & GROSSMANN LLP**

                                                     */s/ Jonathan D. Uslaner*
                                                     Jonathan D. Uslaner (Bar No. 256898)
                                                     (jonathanu@blbglaw.com)
                                                     2121 Avenue of the Stars, Suite 2575
                                                     Los Angeles, CA 90067
                                                     Tel: (310) 819-3470

                                                     -and-

                                                     Gerald H. Silk (*pro hac vice forthcoming*)
                                                     (jerry@blbglaw.com)
                                                     Avi Josefson (*pro hac vice forthcoming*)
                                                     (avi@blbglaw.com)

Scott R. Foglietta (*pro hac vice forthcoming*)
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Proposed Lead Plaintiff Universal and ACATIS, and Proposed Lead Counsel for the Class*