**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Counsel for Proposed Lead Plaintiff Universal and ACATIS, and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02082-LL-MMP<br><br>CLASS ACTION<br><br>**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF THE MOTION OF UNIVERSAL AND ACATIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: February 13, 2024<br>Dept.: Courtroom 5D, 5th Floor<br>Judge: Hon. Linda Lopez<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

*Caption continued on next page*

| | |
|---|---|
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02327-BEN-BGS<br><br>CLASS ACTION |
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,<br><br>Defendants. | Case No. 3:23-cv-02328-LL-MMP<br><br>CLASS ACTION |

DECLARATION OF JONATHAN D. USLANER
CASE NO. 3:23-CV-02082-LL-MMP

I, Jonathan D. Uslaner, declare as follows:

1.     I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), proposed Lead Counsel for the Class.  I respectfully submit this declaration in support of the motion of Universal-Investment-Gesellschaft mbH ("Universal Gesellschaft") and UI BVK Kapitalverwaltungsgesellschaft mbH ("UI BVK" and, together with Universal Gesellschaft, "Universal") and ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS") for entry of an order: (i) appointing Universal and ACATIS as Lead Plaintiff; (ii) approving Universal's and ACATIS's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the proposed Class; (iii) consolidating the above-captioned related securities class actions; and (iv) granting such other and further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through H are true and correct copies of the following documents:

EXHIBIT A:   Sworn Certifications of Universal and ACATIS;

EXHIBIT B:   Charts of transactions and losses of Universal and ACATIS;

EXHIBIT C:   Joint Declaration of Titus Noltenius, Stefan Rockel, and Thomas Bosch in Support of the Motion of Universal and ACATIS for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel, and Consolidation of Related Actions;

EXHIBIT D:   Notice of pendency of *Kangas v. Illumina, Inc.*, No. 3:23-cv-02082-LL-MMP (S.D. Cal.), published on November 10, 2023;

EXHIBIT E:    Notice of pendency of *Louisiana Sheriffs' Pension & Relief Fund v. Illumina, Inc.*, No. 3:23-cv-02328-LL-MMP (S.D. Cal.), published on December 21, 2023;

EXHIBIT F:    Firm résumé of Bernstein Litowitz;

EXHIBIT G:    Order re Conflict Dispute, *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) (the "*Symantec* Order"); and

EXHIBIT H:    List of cases in which courts have appointed Bernstein Litowitz as lead or class counsel after being apprised of the *Symantec* Order, and Exhibits 1 through 11 appended thereto.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of January, 2024.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)

DECLARATION OF JONATHAN D. USLANER          2
CASE NO. 3:23-CV-02082-LL-MMP