# EXHIBIT A

**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

The undersigned, Titus Noltenius and Frank Eggloff, on behalf of Universal-Investment-Gesellschaft mbH ("Universal Gesellschaft"), on account of the funds listed in the attached Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint filed in this matter.

2. We are duly authorized to institute legal action on behalf of Universal Gesellschaft and the Funds, including litigation against Illumina, Inc. and any other defendants, and file this motion for appointment of Universal Gesellschaft as lead plaintiff.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Universal Gesellschaft is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Universal Gesellschaft fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the Illumina, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

6. Universal Gesellschaft has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Seagate Technology Holdings plc Securities Litigation*,
No. 23-cv-3431 (N.D. Cal.)
*Crain v. Upstart Holdings, Inc.*, No. 22-cv-2935 (S.D. Ohio)
*Joyce v. Amazon.com, Inc.*, No. 22-cv-617 (W.D. Wash.)

7.  Universal Gesellschaft will not accept any payment for serving as a representative party on behalf of the Class beyond Universal Gesellschaft's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of January, 2024.

For Universal-Investment-Gesellschaft mbH:

DocuSigned by:

A8F3DE5225BF433...

Titus Noltenius
Head of Legal Fund Governance

DocuSigned by:

AEFEFE73D3A047E...

Frank Eggloff
Chief Regulatory Officer

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 314900-314945 | Purchase | 2/10/2021 | 11,889 | 450.0000 |
| 314900-314945 | Sale | 11/23/2022 | (192) | 222.1099 |
| 314900-314945 | Sale | 11/28/2022 | (67) | 216.5364 |
| 314900-314945 | Sale | 11/29/2022 | (86) | 209.8542 |
| 314900-314945 | Sale | 11/30/2022 | (410) | 214.2154 |
| 314900-314945 | Sale | 12/1/2022 | (251) | 221.2315 |
| 314900-314945 | Sale | 12/2/2022 | (96) | 211.3291 |
| 314900-314945 | Sale | 12/2/2022 | (193) | 215.9426 |
| 314900-314945 | Sale | 12/5/2022 | (99) | 219.7919 |
| 314900-314945 | Sale | 12/8/2022 | (218) | 211.3314 |
| 314900-314945 | Sale | 12/9/2022 | (15) | 210.4305 |
| 314900-314945 | Sale | 12/12/2022 | (208) | 207.5357 |
| 314900-314945 | Sale | 12/13/2022 | (93) | 219.5063 |
| 314900-314945 | Sale | 12/14/2022 | (93) | 210.5579 |
| 314900-314945 | Sale | 2/22/2023 | (5,212) | 201.0344 |
| 314900-314945 | Sale | 2/23/2023 | (165) | 200.5691 |
| 314900-314945 | Sale | 7/24/2023 | (4,491) | 188.7995 |
|  |  |  |  |  |
| 293500-293501 | Purchase | 1/24/2022 | 4,635 | 356.7395 |
| 293500-293501 | Purchase | 1/31/2022 | 195 | 345.2148 |
| 293500-293501 | Purchase | 4/5/2022 | 6,164 | 366.9738 |
| 293500-293501 | Purchase | 5/17/2022 | 5,948 | 243.1841 |
| 293500-293501 | Purchase | 6/27/2022 | 577 | 192.1784 |
| 293500-293501 | Purchase | 8/9/2022 | 53 | 216.3542 |
| 293500-293501 | Purchase | 8/10/2022 | 52 | 225.3337 |
| 293500-293501 | Purchase | 9/15/2022 | 77 | 196.0000 |
| 293500-293501 | Purchase | 5/17/2023 | 80 | 197.9635 |
| 293500-293501 | Sale | 4/1/2022 | (114) | 358.3601 |
| 293500-293501 | Sale | 6/24/2022 | (12,126) | 194.1444 |
| 293500-293501 | Sale | 8/5/2022 | (3,659) | 223.1156 |
| 293500-293501 | Sale | 9/9/2022 | (2,346) | 208.0000 |
| 293500-293501 | Sale | 11/23/2022 | (122) | 222.1099 |
| 293500-293501 | Sale | 11/28/2022 | (42) | 216.5364 |
| 293500-293501 | Sale | 11/29/2022 | (55) | 209.8542 |
| 293500-293501 | Sale | 11/30/2022 | (261) | 214.2154 |
| 293500-293501 | Sale | 12/1/2022 | (160) | 221.2315 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Illumina, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 293500-293501 | Sale | 12/2/2022 | (61) | 211.3291 |
| 293500-293501 | Sale | 12/2/2022 | (123) | 215.9426 |
| 293500-293501 | Sale | 12/5/2022 | (63) | 219.7919 |
| 293500-293501 | Sale | 12/8/2022 | (139) | 211.3314 |
| 293500-293501 | Sale | 12/9/2022 | (10) | 210.4305 |
| 293500-293501 | Sale | 12/12/2022 | (132) | 207.5357 |
| 293500-293501 | Sale | 12/13/2022 | (41) | 219.5063 |
| 293500-293501 | Sale | 12/14/2022 | (77) | 210.5579 |
| 293500-293501 | Sale | 2/2/2023 | (1,003) | 223.4888 |
| 293500-293501 | Sale | 3/6/2023 | (851) | 218.3185 |
| 293500-293501 | Sale | 6/14/2023 | (4,054) | 204.8787 |
| | | | | |
| 451500-451517 | Purchase | 7/5/2022 | 4,000 | 188.8152 |
| 451500-451517 | Purchase | 10/20/2022 | 5,000 | 205.6480 |
| 451500-451517 | Purchase | 11/3/2022 | 6,000 | 207.5832 |
| 451500-451517 | Purchase | 7/26/2023 | 4,000 | 188.1018 |
| | | | | |
| 375200-375201 | Purchase | 3/15/2021 | 94 | 414.6838 |
| 375200-375201 | Purchase | 3/15/2021 | 121 | 416.9518 |
| 375200-375201 | Purchase | 3/16/2021 | 431 | 419.4367 |
| 375200-375201 | Purchase | 3/16/2021 | 154 | 414.0030 |
| 375200-375201 | Purchase | 3/16/2021 | 865 | 420.2437 |
| 375200-375201 | Purchase | 3/17/2021 | 523 | 416.9018 |
| 375200-375201 | Purchase | 3/17/2021 | 79 | 412.6077 |
| 375200-375201 | Purchase | 3/18/2021 | 470 | 409.3758 |
| 375200-375201 | Purchase | 3/18/2021 | 856 | 409.2215 |
| 375200-375201 | Purchase | 3/19/2021 | 558 | 413.6059 |
| 375200-375201 | Purchase | 3/22/2021 | 343 | 427.7087 |
| 375200-375201 | Purchase | 3/22/2021 | 789 | 429.4526 |
| 375200-375201 | Purchase | 3/31/2021 | 144 | 383.3101 |
| 375200-375201 | Purchase | 3/31/2021 | 69 | 382.5900 |
| 375200-375201 | Purchase | 3/31/2021 | 87 | 378.7504 |
| 375200-375201 | Purchase | 4/1/2021 | 80 | 394.2645 |
| 375200-375201 | Purchase | 3/8/2022 | 67 | 313.5200 |
| 375200-375201 | Purchase | 9/28/2022 | 700 | 195.5547 |
| 375200-375201 | Purchase | 9/28/2022 | 600 | 199.9346 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Illumina, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 375200-375201 | Purchase | 9/28/2022 | 193 | 201.2425 |
| 375200-375201 | Purchase | 2/7/2023 | 491 | 211.5215 |
| 375200-375201 | Purchase | 6/2/2023 | 1,249 | 207.3115 |
| 375200-375201 | Sale | 4/29/2021 | (45) | 399.9300 |
| 375200-375201 | Sale | 7/1/2021 | (212) | 471.1971 |
| 375200-375201 | Sale | 7/1/2021 | (415) | 470.3976 |
| 375200-375201 | Sale | 7/1/2021 | (100) | 470.6273 |
| 375200-375201 | Sale | 7/28/2021 | (50) | 494.3081 |
| 375200-375201 | Sale | 7/28/2021 | (44) | 492.2200 |
| 375200-375201 | Sale | 7/28/2021 | (140) | 492.7292 |
| 375200-375201 | Sale | 7/29/2021 | (246) | 492.3622 |
| 375200-375201 | Sale | 7/29/2021 | (94) | 493.6874 |
| 375200-375201 | Sale | 7/30/2021 | (151) | 493.5674 |
| 375200-375201 | Sale | 7/30/2021 | (82) | 495.8255 |
| 375200-375201 | Sale | 8/17/2021 | (63) | 522.8900 |
| 375200-375201 | Sale | 7/25/2023 | (45) | 189.3500 |
| 576700-576701 | Purchase | 4/26/2021 | 710 | 420.7600 |
| 576700-576701 | Purchase | 8/23/2021 | 830 | 478.3300 |
| 576700-576701 | Purchase | 1/21/2022 | 1,300 | 365.9400 |
| 576700-576701 | Purchase | 7/19/2023 | 3,400 | 184.5300 |
| 136900-136901 | Purchase | 9/24/2020 | 500 | 273.6900 |
| 136900-136901 | Purchase | 1/31/2022 | 1,500 | 330.7900 |
| 136900-136901 | Purchase | 6/13/2022 | 2,500 | 194.7874 |
| 136900-136901 | Purchase | 6/29/2022 | 5,000 | 185.6326 |
| 136900-136901 | Sale | 10/13/2020 | (500) | 341.8700 |
| 242B00-242B01 | Purchase | 1/6/2021 | 350 | 376.5500 |
| 242B00-242B01 | Purchase | 8/4/2021 | 450 | 504.6000 |
| 242B00-242B01 | Purchase | 11/3/2021 | 546 | 419.5700 |
| 242B00-242B01 | Purchase | 3/3/2022 | 1,000 | 331.9500 |
| 242B00-242B01 | Purchase | 11/9/2022 | 1,800 | 215.8500 |
| 023000-023002 | Purchase | 9/23/2020 | 137 | 273.8370 |
| 023000-023002 | Purchase | 9/23/2020 | 320 | 274.0650 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 023000-023002 | Purchase | 9/24/2020 | 136 | 283.6135 |
| 023000-023002 | Purchase | 9/25/2020 | 233 | 298.6625 |
| 023000-023002 | Purchase | 9/25/2020 | 19 | 300.1000 |
| 023000-023002 | Purchase | 9/28/2020 | 196 | 302.8912 |
| 023000-023002 | Purchase | 9/28/2020 | 43 | 301.6307 |
| 023000-023002 | Purchase | 9/29/2020 | 27 | 305.0100 |
| 023000-023002 | Purchase | 9/29/2020 | 252 | 305.1348 |
| 023000-023002 | Purchase | 9/29/2020 | 35 | 306.4673 |
| 023000-023002 | Purchase | 9/30/2020 | 77 | 307.3008 |
| 023000-023002 | Purchase | 9/30/2020 | 209 | 308.0444 |
| 023000-023002 | Purchase | 12/4/2020 | 62 | 348.5782 |
| 023000-023002 | Purchase | 11/5/2021 | 46 | 406.5445 |
| 023000-023002 | Purchase | 12/3/2021 | 47 | 346.9644 |
| 023000-023002 | Purchase | 12/6/2021 | 2 | 343.6533 |
| 023000-023002 | Purchase | 12/6/2021 | 72 | 343.6366 |
| 023000-023002 | Purchase | 12/7/2021 | 227 | 368.1427 |
| 023000-023002 | Purchase | 12/8/2021 | 81 | 370.8740 |
| 023000-023002 | Purchase | 12/9/2021 | 284 | 372.3155 |
| 023000-023002 | Purchase | 12/10/2021 | 57 | 372.5889 |
| 023000-023002 | Purchase | 12/10/2021 | 346 | 372.4895 |
| 023000-023002 | Purchase | 12/14/2021 | 172 | 384.9860 |
| 023000-023002 | Purchase | 4/1/2022 | 52 | 362.1202 |
| 023000-023002 | Purchase | 5/6/2022 | 611 | 248.2714 |
| 023000-023002 | Purchase | 5/6/2022 | 86 | 252.2100 |
| 023000-023002 | Purchase | 6/10/2022 | 125 | 204.6222 |
| 023000-023002 | Purchase | 6/10/2022 | 157 | 204.2385 |
| 023000-023002 | Purchase | 6/13/2022 | 118 | 196.8301 |
| 023000-023002 | Purchase | 6/14/2022 | 55 | 190.3150 |
| 023000-023002 | Purchase | 8/12/2022 | 53 | 202.0144 |
| 023000-023002 | Purchase | 1/10/2023 | 166 | 196.2124 |
| 023000-023002 | Purchase | 1/10/2023 | 488 | 195.5922 |
| 023000-023002 | Purchase | 5/30/2023 | 41 | 194.2821 |
| 023000-023002 | Purchase | 5/30/2023 | 193 | 194.3763 |
| 023000-023002 | Purchase | 5/31/2023 | 102 | 193.3228 |
| 023000-023002 | Purchase | 5/31/2023 | 36 | 193.4648 |
| 023000-023002 | Purchase | 6/27/2023 | 11 | 183.3100 |

**Schedule A**

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 023000-023002 | Purchase | 6/27/2023 | 169 | 183.4419 |
| 023000-023002 | Purchase | 6/28/2023 | 42 | 182.7476 |
| 023000-023002 | Purchase | 6/28/2023 | 111 | 183.3002 |
| 023000-023002 | Purchase | 6/29/2023 | 197 | 183.8273 |
| 023000-023002 | Purchase | 6/29/2023 | 47 | 183.3400 |
| 023000-023002 | Purchase | 7/27/2023 | 20 | 191.3300 |
| 023000-023002 | Purchase | 7/28/2023 | 707 | 188.2519 |
| 023000-023002 | Purchase | 9/29/2023 | 139 | 137.2460 |
| 023000-023002 | Purchase | 10/2/2023 | 43 | 136.0000 |
| 023000-023002 | Purchase | 10/2/2023 | 119 | 135.9363 |
| 023000-023002 | Purchase | 10/3/2023 | 21 | 134.7382 |
| 023000-023002 | Purchase | 10/3/2023 | 177 | 134.1846 |
| 023000-023002 | Purchase | 10/4/2023 | 28 | 133.4846 |
| 023000-023002 | Purchase | 10/4/2023 | 60 | 136.3788 |
| 023000-023002 | Purchase | 10/5/2023 | 36 | 136.7418 |
| 023000-023002 | Purchase | 10/5/2023 | 74 | 138.8398 |
| 023000-023002 | Sale | 10/13/2021 | (17) | 405.1998 |
| 023000-023002 | Sale | 12/8/2021 | (531) | 369.1707 |
| 023000-023002 | Sale | 3/16/2022 | (250) | 323.5049 |
| 023000-023002 | Sale | 3/16/2022 | (73) | 323.7764 |
| 023000-023002 | Sale | 3/18/2022 | (213) | 346.1100 |
| 451900-451901 | Purchase | 11/12/2020 | 1,000 | 307.3875 |
| 451900-451901 | Purchase | 3/15/2022 | 1,200 | 304.9107 |
| 451900-451901 | Purchase | 5/11/2022 | 1,700 | 210.5413 |
| 451900-451901 | Purchase | 1/18/2023 | 1,700 | 209.8539 |
| 451900-451901 | Purchase | 8/22/2023 | 2,600 | 165.7737 |
| 451900-451901 | Sale | 2/8/2023 | (2,700) | 209.2783 |
| 573Q00-573Q01 | Purchase | 5/27/2021 | 1,949 | 408.9900 |
| 573Q00-573Q01 | Purchase | 8/31/2021 | 89 | 457.1600 |
| 573Q00-573Q01 | Purchase | 3/1/2022 | 87 | 330.2500 |
| 573Q00-573Q01 | Purchase | 7/1/2022 | 177 | 191.0400 |
| 573Q00-573Q01 | Purchase | 8/21/2023 | 150 | 166.0500 |
| 573Q00-573Q01 | Sale | 10/21/2021 | (65) | 411.5800 |
| 573Q00-573Q01 | Sale | 11/22/2021 | (60) | 377.1500 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 573Q00-573Q01 | Sale | 12/2/2022 | (400) | 218.7600 |
| 573Q00-573Q01 | Sale | 3/28/2023 | (215) | 213.8400 |
| 573Q00-573Q01 | Sale | 4/25/2023 | (220) | 218.6900 |
| 318000-318001 | Purchase | 6/15/2021 | 600 | 451.8100 |
| 318000-318001 | Purchase | 3/16/2022 | 1,500 | 326.6000 |
| 314900-314909 | Purchase | 4/13/2021 | 3,563 | 403.5874 |
| 314900-314909 | Sale | 10/18/2021 | (1,112) | 410.5300 |
| 314900-314909 | Sale | 8/17/2022 | (2,451) | 213.5481 |
| 321200-321204 | Purchase | 9/24/2020 | 114 | 282.1419 |
| 321200-321204 | Purchase | 9/24/2020 | 88 | 281.2147 |
| 321200-321204 | Purchase | 9/24/2020 | 322 | 286.4099 |
| 321200-321204 | Purchase | 9/25/2020 | 283 | 281.9700 |
| 321200-321204 | Purchase | 9/25/2020 | 449 | 290.5379 |
| 321200-321204 | Purchase | 5/19/2021 | 137 | 384.0544 |
| 321200-321204 | Purchase | 8/23/2021 | 130 | 489.3289 |
| 321200-321204 | Purchase | 10/7/2021 | 120 | 403.5305 |
| 321200-321204 | Purchase | 12/17/2021 | 90 | 385.0175 |
| 321200-321204 | Purchase | 12/20/2021 | 92 | 375.8630 |
| 321200-321204 | Purchase | 12/21/2021 | 94 | 379.1935 |
| 321200-321204 | Purchase | 12/22/2021 | 97 | 377.5414 |
| 321200-321204 | Purchase | 7/27/2022 | 100 | 207.0985 |
| 321200-321204 | Purchase | 7/28/2022 | 51 | 210.9775 |
| 321200-321204 | Purchase | 7/28/2022 | 100 | 211.3360 |
| 321200-321204 | Purchase | 8/12/2022 | 199 | 208.0901 |
| 321200-321204 | Purchase | 9/22/2022 | 193 | 194.3338 |
| 321200-321204 | Purchase | 9/22/2022 | 200 | 193.9279 |
| 321200-321204 | Purchase | 9/28/2022 | 300 | 199.9346 |
| 321200-321204 | Purchase | 9/28/2022 | 73 | 201.2425 |
| 321200-321204 | Purchase | 6/2/2023 | 734 | 207.3115 |
| 321200-321204 | Sale | 5/6/2022 | (367) | 250.8957 |
| 321200-321204 | Sale | 7/25/2022 | (161) | 199.5100 |
| 321200-321204 | Sale | 10/28/2022 | (330) | 234.0403 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 450800-450808 | Purchase | 4/12/2021 | 750 | 398.9085 |
| 450800-450808 | Purchase | 6/22/2022 | 500 | 182.2839 |
| 450800-450808 | Purchase | 1/3/2023 | 1,000 | 201.9014 |
| 450800-450808 | Purchase | 7/26/2023 | 600 | 188.1032 |
| 319900-319903 | Purchase | 3/25/2022 | 2,019 | 341.7200 |
| 319900-319903 | Purchase | 1/27/2023 | 89 | 214.0300 |
| 319900-319903 | Sale | 8/1/2022 | (411) | 215.6100 |
| 319900-319903 | Sale | 1/19/2023 | (614) | 196.3800 |
| 319900-319903 | Sale | 7/7/2023 | (22) | 183.3200 |
| 319900-319903 | Sale | 8/1/2023 | (111) | 189.2900 |
| 572Q00-572Q01 | Purchase | 9/13/2021 | 875 | 452.8300 |
| 572Q00-572Q01 | Purchase | 9/16/2021 | 3 | 449.9200 |
| 572Q00-572Q01 | Purchase | 9/20/2021 | 11 | 438.0000 |
| 572Q00-572Q01 | Purchase | 9/24/2021 | 786 | 432.8200 |
| 572Q00-572Q01 | Purchase | 9/27/2021 | 12 | 425.5800 |
| 572Q00-572Q01 | Purchase | 10/5/2021 | 10 | 387.9800 |
| 572Q00-572Q01 | Purchase | 10/8/2021 | 21 | 410.0000 |
| 572Q00-572Q01 | Purchase | 10/14/2021 | 9 | 408.1000 |
| 572Q00-572Q01 | Purchase | 10/18/2021 | 13 | 410.5300 |
| 572Q00-572Q01 | Purchase | 10/22/2021 | 14 | 409.1500 |
| 572Q00-572Q01 | Purchase | 10/29/2021 | 5 | 415.0600 |
| 572Q00-572Q01 | Purchase | 11/5/2021 | 12 | 408.1400 |
| 572Q00-572Q01 | Purchase | 11/10/2021 | 1 | 385.6500 |
| 572Q00-572Q01 | Purchase | 11/19/2021 | 20 | 379.3400 |
| 572Q00-572Q01 | Purchase | 12/16/2021 | 28 | 378.8700 |
| 572Q00-572Q01 | Purchase | 12/23/2021 | 23 | 382.2900 |
| 572Q00-572Q01 | Purchase | 1/10/2022 | 19 | 362.2800 |
| 572Q00-572Q01 | Purchase | 1/28/2022 | 21 | 331.9600 |
| 572Q00-572Q01 | Purchase | 3/4/2022 | 12 | 323.5700 |
| 572Q00-572Q01 | Purchase | 3/9/2022 | 8 | 324.7100 |
| 572Q00-572Q01 | Purchase | 3/14/2022 | 13 | 306.1100 |
| 572Q00-572Q01 | Purchase | 3/25/2022 | 16 | 341.7200 |
| 572Q00-572Q01 | Purchase | 4/4/2022 | 18 | 365.5500 |
| 572Q00-572Q01 | Purchase | 4/8/2022 | 36 | 362.6800 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 572Q00-572Q01 | Purchase | 4/21/2022 | 17 | 335.7900 |
| 572Q00-572Q01 | Purchase | 5/31/2022 | 12 | 239.4800 |
| 572Q00-572Q01 | Purchase | 6/8/2022 | 27 | 233.5300 |
| 572Q00-572Q01 | Purchase | 7/13/2022 | 627 | 181.1800 |
| 572Q00-572Q01 | Purchase | 9/2/2022 | 25 | 196.0700 |
| 572Q00-572Q01 | Purchase | 11/7/2022 | 49 | 217.1900 |
| 572Q00-572Q01 | Purchase | 12/9/2022 | 18 | 205.6200 |
| 572Q00-572Q01 | Purchase | 12/23/2022 | 5 | 191.2400 |
| 572Q00-572Q01 | Purchase | 3/15/2023 | 3 | 228.1500 |
| 572Q00-572Q01 | Purchase | 3/27/2023 | 2 | 217.8200 |
| 572Q00-572Q01 | Sale | 9/22/2021 | (18) | 434.5900 |
| 572Q00-572Q01 | Sale | 12/8/2021 | (1) | 375.9800 |
| 572Q00-572Q01 | Sale | 12/9/2021 | (41) | 371.3400 |
| 572Q00-572Q01 | Sale | 12/13/2021 | (36) | 379.5400 |
| 572Q00-572Q01 | Sale | 1/12/2022 | (429) | 413.3700 |
| 572Q00-572Q01 | Sale | 3/11/2022 | (3) | 303.8700 |
| 572Q00-572Q01 | Sale | 5/11/2022 | (464) | 213.0500 |
| 572Q00-572Q01 | Sale | 6/2/2022 | (6) | 241.9083 |
| 572Q00-572Q01 | Sale | 6/9/2022 | (3) | 224.4700 |
| 572Q00-572Q01 | Sale | 11/9/2022 | (1,001) | 215.8500 |
| 572Q00-572Q01 | Sale | 12/1/2022 | (356) | 220.8600 |
| 572Q00-572Q01 | Sale | 12/8/2022 | (1) | 209.7900 |
| 572Q00-572Q01 | Sale | 12/30/2022 | (5) | 202.2000 |
| 572Q00-572Q01 | Sale | 1/13/2023 | (5) | 201.1100 |
| 572Q00-572Q01 | Sale | 1/17/2023 | (2) | 206.4400 |
| 572Q00-572Q01 | Sale | 3/9/2023 | (297) | 202.5900 |
| 572Q00-572Q01 | Sale | 4/14/2023 | (103) | 228.0100 |
| 324100-324101 | Purchase | 1/29/2021 | 700 | 426.4400 |
| 324100-324101 | Purchase | 11/30/2021 | 400 | 365.3300 |
| 324100-324101 | Sale | 6/21/2023 | (100) | 199.8700 |
| 316500-316505 | Purchase | 6/8/2022 | 10,475 | 233.5880 |
| 316500-316505 | Sale | 8/2/2022 | (6,394) | 217.0884 |
| 316500-316505 | Sale | 10/13/2022 | (2,408) | 199.5025 |
| 316500-316505 | Sale | 10/14/2022 | (1,053) | 201.3587 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Illumina, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 316500-316505 | Sale | 10/17/2022 | (344) | 207.5326 |
| 316500-316505 | Sale | 10/17/2022 | (276) | 207.9175 |
| 017600-017601 | Purchase | 6/16/2022 | 1,000 | 187.0000 |
| 017600-017601 | Purchase | 7/13/2022 | 500 | 179.8510 |
| 017600-017601 | Purchase | 12/1/2022 | 500 | 218.3800 |
| 017600-017601 | Purchase | 7/27/2023 | 500 | 192.5000 |
| 017600-017601 | Purchase | 8/17/2023 | 500 | 168.8600 |
| 379000-379001 | Purchase | 10/20/2021 | 610 | 417.3800 |
| 379000-379001 | Purchase | 2/3/2022 | 330 | 347.3800 |
| 379000-379001 | Sale | 9/27/2022 | (940) | 188.3520 |
| 451600-451618 | Purchase | 2/23/2023 | 420 | 201.5223 |
| 451600-451618 | Purchase | 5/11/2023 | 380 | 205.6680 |
| 451600-451618 | Purchase | 7/26/2023 | 1,400 | 188.1016 |
| 175600-175625 | Purchase | 10/5/2022 | 1,100 | 218.5200 |
| 175600-175625 | Purchase | 6/26/2023 | 883 | 191.8800 |
| 175600-175625 | Sale | 11/18/2022 | (153) | 220.5600 |
| 22B200-22B201 | Purchase | 1/20/2022 | 145 | 387.9900 |
| 22B200-22B201 | Purchase | 2/1/2022 | 44 | 352.8900 |
| 22B200-22B201 | Purchase | 2/15/2022 | 48 | 336.0600 |
| 22B200-22B201 | Purchase | 3/8/2022 | 63 | 312.6800 |
| 22B200-22B201 | Purchase | 5/4/2022 | 109 | 295.1577 |
| 22B200-22B201 | Purchase | 5/13/2022 | 144 | 226.5667 |
| 22B200-22B201 | Purchase | 6/21/2022 | 145 | 186.1531 |
| 22B200-22B201 | Purchase | 7/8/2022 | 135 | 198.3430 |
| 22B200-22B201 | Purchase | 10/11/2022 | 41 | 205.1100 |
| 22B200-22B201 | Purchase | 12/6/2022 | 59 | 212.6300 |
| 22B200-22B201 | Purchase | 1/5/2023 | 85 | 198.4400 |
| 22B200-22B201 | Purchase | 2/28/2023 | 107 | 196.7600 |
| 22B200-22B201 | Purchase | 5/11/2023 | 200 | 208.3700 |
| 22B200-22B201 | Purchase | 7/24/2023 | 100 | 190.0800 |
| 22B200-22B201 | Purchase | 10/19/2023 | 300 | 124.7300 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 22B200-22B201 | Sale | 5/31/2022 | (114) | 240.5984 |
| 22B200-22B201 | Sale | 9/1/2022 | (126) | 197.4483 |
| | | | | |
| 293300-293315 | Purchase | 9/29/2022 | 1,862 | 193.8100 |
| 293300-293315 | Purchase | 2/27/2023 | 933 | 196.9000 |
| 293300-293315 | Purchase | 5/31/2023 | 612 | 196.6402 |
| 293300-293315 | Sale | 2/28/2023 | (1,092) | 199.2060 |
| 293300-293315 | Sale | 8/31/2023 | (811) | 165.2250 |
| | | | | |
| 217000-217002 | Purchase | 10/7/2021 | 4,000 | 403.7588 |
| 217000-217002 | Sale | 12/7/2021 | (4,000) | 365.9484 |
| | | | | |
| 578200-578203 | Purchase | 11/30/2021 | 394 | 365.3300 |
| 578200-578203 | Purchase | 10/31/2022 | 170 | 231.9300 |
| | | | | |
| 319100-319101 | Purchase | 6/18/2021 | 300 | 456.1600 |
| 319100-319101 | Purchase | 12/17/2021 | 300 | 384.8542 |
| 319100-319101 | Purchase | 9/16/2022 | 200 | 199.8800 |
| 319100-319101 | Purchase | 1/31/2023 | 100 | 213.4764 |
| 319100-319101 | Purchase | 3/17/2023 | 200 | 224.5500 |
| 319100-319101 | Sale | 4/14/2022 | (200) | 336.4900 |
| 319100-319101 | Sale | 6/16/2023 | (17) | 205.8700 |
| 319100-319101 | Sale | 6/16/2023 | (883) | 205.8700 |
| | | | | |
| 22B900-22B901 | Purchase | 9/30/2022 | 875 | 190.7900 |
| 22B900-22B901 | Purchase | 10/10/2022 | 100 | 203.5300 |
| 22B900-22B901 | Purchase | 12/8/2022 | 300 | 210.4200 |
| | | | | |
| 578000-578001 | Purchase | 6/7/2022 | 1,130 | 233.0700 |
| 578000-578001 | Purchase | 4/26/2023 | 300 | 216.3700 |
| 578000-578001 | Sale | 3/29/2022 | (904) | 357.3500 |
| 578000-578001 | Sale | 9/29/2022 | (800) | 193.8100 |
| | | | | |
| 490000-490001 | Purchase | 7/1/2021 | 269 | 473.9861 |
| 490000-490001 | Purchase | 10/24/2023 | 73 | 118.9200 |
| 490000-490001 | Sale | 1/31/2022 | (8) | 330.7900 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Illumina, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 490000-490001 | Sale | 3/23/2023 | (12) | 219.6900 |
| 431D00-431D01 | Purchase | 4/15/2021 | 200 | 403.7600 |
| 431D00-431D01 | Purchase | 9/28/2021 | 100 | 414.4400 |
| 450500-450524 | Purchase | 9/25/2020 | 311 | 299.8900 |
| 450500-450524 | Purchase | 12/17/2021 | 274 | 384.9200 |
| 450500-450524 | Purchase | 10/11/2022 | 450 | 199.1600 |
| 450500-450524 | Purchase | 10/31/2022 | 23 | 228.8200 |
| 450500-450524 | Purchase | 3/17/2023 | 183 | 224.5421 |
| 450500-450524 | Purchase | 9/15/2023 | 185 | 146.1464 |
| 450500-450524 | Sale | 10/22/2021 | (29) | 409.1500 |
| 450500-450524 | Sale | 1/4/2022 | (67) | 372.3600 |
| 450500-450524 | Sale | 10/3/2022 | (1,002) | 187.2400 |
| 450500-450524 | Sale | 12/16/2022 | (11) | 199.5440 |
| 450500-450524 | Sale | 3/14/2023 | (344) | 225.8800 |
| 450500-450524 | Sale | 3/28/2023 | (46) | 213.8400 |
| 450500-450524 | Sale | 4/28/2023 | (95) | 205.5600 |
| 450500-450524 | Sale | 6/16/2023 | (5) | 205.8751 |
| 450500-450524 | Sale | 7/10/2023 | (139) | 183.9400 |
| 450500-450524 | Sale | 8/24/2023 | (471) | 159.6000 |
| 450500-450524 | Sale | 10/17/2023 | (164) | 131.8700 |
| 140800-140801 | Purchase | 3/10/2021 | 2,100 | 399.4500 |
| 140800-140801 | Purchase | 4/28/2021 | 660 | 405.5400 |
| 140800-140801 | Sale | 12/8/2021 | (2,760) | 375.9800 |
| 437200-437201 | Purchase | 11/9/2020 | 125 | 314.3000 |
| 437200-437201 | Purchase | 11/19/2020 | 94 | 298.5540 |
| 437200-437201 | Purchase | 8/16/2021 | 114 | 519.1500 |
| 437200-437201 | Sale | 7/6/2023 | (1,046) | 184.6500 |
| 317900-317901 | Purchase | 9/21/2021 | 200 | 434.7600 |
| 316500-316504 | Purchase | 7/12/2023 | 750 | 187.8700 |
| 316500-316504 | Sale | 7/18/2022 | (300) | 187.2900 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 316500-316504 | Sale | 8/9/2022 | (300) | 214.8000 |
| 316500-316504 | Sale | 8/15/2022 | (400) | 226.5900 |
| 432300-432301 | Purchase | 3/15/2021 | 500 | 414.1384 |
| 432300-432301 | Purchase | 3/19/2021 | 400 | 414.9668 |
| 432300-432301 | Purchase | 8/4/2021 | 400 | 500.5764 |
| 432300-432301 | Sale | 5/4/2021 | (900) | 376.5080 |
| 432300-432301 | Sale | 8/31/2021 | (400) | 451.1800 |
| 242300-242301 | Purchase | 10/21/2021 | 172 | 411.5800 |
| 242300-242301 | Purchase | 1/31/2023 | 100 | 214.2000 |
| 242300-242301 | Sale | 9/22/2020 | (99) | 268.5100 |
| 242300-242301 | Sale | 11/20/2020 | (58) | 300.8000 |
| 242300-242301 | Sale | 7/14/2022 | (100) | 177.2300 |
| 242300-242301 | Sale | 7/14/2022 | (200) | 177.2300 |
| 081X00-081X01 | Purchase | 7/31/2023 | 580 | 191.9622 |
| 436700-436701 | Purchase | 4/3/2023 | 437 | 231.3040 |
| 436700-436701 | Sale | 9/19/2023 | (437) | 139.7511 |
| 175600-175623 | Purchase | 11/4/2020 | 3,600 | 310.2839 |
| 175600-175623 | Purchase | 4/6/2021 | 900 | 419.1774 |
| 175600-175623 | Purchase | 11/16/2021 | 143 | 378.6329 |
| 175600-175623 | Purchase | 11/17/2021 | 21 | 376.3490 |
| 175600-175623 | Purchase | 11/19/2021 | 410 | 377.8663 |
| 175600-175623 | Purchase | 11/22/2021 | 142 | 377.3297 |
| 175600-175623 | Purchase | 1/11/2022 | 300 | 406.0739 |
| 175600-175623 | Sale | 1/28/2021 | (500) | 438.2200 |
| 175600-175623 | Sale | 2/24/2021 | (76) | 461.6846 |
| 175600-175623 | Sale | 2/25/2021 | (129) | 445.3269 |
| 175600-175623 | Sale | 2/26/2021 | (456) | 440.1016 |
| 175600-175623 | Sale | 3/1/2021 | (29) | 446.5634 |
| 175600-175623 | Sale | 4/26/2021 | (13) | 420.4138 |
| 175600-175623 | Sale | 4/27/2021 | (96) | 417.2934 |
| 175600-175623 | Sale | 5/5/2021 | (191) | 378.7702 |

**Schedule A**

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| 175600-175623 | Sale | 7/20/2021 | (271) | 485.6921 |
| 175600-175623 | Sale | 7/21/2021 | (229) | 477.8314 |
| 175600-175623 | Sale | 1/12/2022 | (500) | 421.7308 |
| 175600-175623 | Sale | 5/26/2022 | (331) | 243.8995 |
| 175600-175623 | Sale | 5/27/2022 | (1,703) | 253.6529 |
| 175600-175623 | Sale | 5/31/2022 | (293) | 242.1955 |
| 175600-175623 | Sale | 6/1/2022 | (263) | 236.1183 |
| 175600-175623 | Sale | 6/2/2022 | (337) | 243.9050 |
| 175600-175623 | Sale | 6/3/2022 | (99) | 242.5065 |
| 434B00-434B01 | Purchase | 10/28/2022 | 84 | 236.9000 |
| 434B00-434B01 | Purchase | 12/12/2022 | 104 | 200.8900 |
| 434B00-434B01 | Purchase | 4/11/2023 | 97 | 229.7100 |
| 434B00-434B01 | Sale | 9/25/2023 | (285) | 131.6100 |
| 249100-249101 | Purchase | 3/9/2022 | 200 | 324.7100 |
| 249100-249101 | Purchase | 6/8/2022 | 500 | 233.5300 |
| 249100-249101 | Purchase | 1/18/2023 | 400 | 205.8400 |
| 249100-249101 | Sale | 2/10/2021 | (400) | 450.0000 |
| 249100-249101 | Sale | 11/10/2021 | (1) | 385.6500 |
| 249100-249101 | Sale | 11/10/2021 | (200) | 385.6500 |
| 249100-249101 | Sale | 3/29/2022 | (200) | 357.3500 |
| 249100-249101 | Sale | 11/22/2022 | (98) | 222.1700 |
| 249100-249101 | Sale | 11/22/2022 | (200) | 222.1700 |
| 249100-249101 | Sale | 2/28/2023 | (100) | 199.2000 |
| 249100-249101 | Sale | 2/28/2023 | (300) | 199.2000 |
| 22B800-22B804 | Purchase | 9/8/2023 | 337 | 157.9099 |
| 22B800-22B804 | Purchase | 10/11/2023 | 289 | 137.9473 |
| 083H00-083H01 | Purchase | 6/10/2021 | 260 | 432.5781 |
| 083H00-083H01 | Purchase | 8/20/2021 | 623 | 486.8262 |
| 083H00-083H01 | Sale | 6/21/2021 | (260) | 464.3562 |
| 083H00-083H01 | Sale | 9/20/2021 | (623) | 444.0859 |
| 315300-315304 | Purchase | 2/14/2022 | 59 | 329.4500 |

## Schedule A

### Universal-Investment-Gesellschaft mbH
### Transactions in Illumina, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 315300-315304 | Purchase | 6/1/2022 | 120 | 235.2000 |
| 315300-315304 | Sale | 11/25/2020 | (75) | 303.9800 |
| 315300-315304 | Sale | 10/1/2021 | (98) | 393.5112 |
| 315300-315304 | Sale | 9/30/2022 | (129) | 190.7900 |
| | | | | |
| 571500-571502 | Purchase | 3/24/2021 | 119 | 411.9078 |
| 571500-571502 | Sale | 9/30/2020 | (139) | 307.0537 |
| 571500-571502 | Sale | 9/28/2021 | (17) | 410.2000 |
| 571500-571502 | Sale | 5/31/2022 | (393) | 243.9594 |
| | | | | |
| 012300-012301 | Purchase | 1/28/2021 | 250 | 433.5000 |
| 012300-012301 | Purchase | 2/1/2021 | 125 | 436.6454 |
| 012300-012301 | Sale | 3/30/2021 | (375) | 389.4838 |
| | | | | |
| 279200-279207 | Purchase | 5/21/2021 | 717 | 404.0314 |
| 279200-279207 | Sale | 12/15/2021 | (717) | 382.5747 |
| | | | | |
| 446200-446201 | Purchase | 7/5/2023 | 174 | 188.0000 |
| | | | | |
| 175600-175614 | Purchase | 6/16/2023 | 883 | 205.8700 |
| 175600-175614 | Sale | 6/26/2023 | (883) | 191.8800 |
| | | | | |
| 450600-450623 | Purchase | 12/17/2021 | 46 | 384.9200 |
| 450600-450623 | Purchase | 5/25/2022 | 160 | 242.4000 |
| 450600-450623 | Purchase | 9/27/2022 | 5 | 186.8400 |
| 450600-450623 | Purchase | 9/30/2022 | 7 | 190.7900 |
| 450600-450623 | Purchase | 10/11/2022 | 4 | 199.1600 |
| 450600-450623 | Purchase | 10/31/2022 | 6 | 228.8200 |
| 450600-450623 | Purchase | 12/16/2022 | 6 | 199.5360 |
| 450600-450623 | Purchase | 3/17/2023 | 44 | 224.5421 |
| 450600-450623 | Purchase | 5/25/2023 | 108 | 193.5300 |
| 450600-450623 | Purchase | 6/16/2023 | 14 | 205.8649 |
| 450600-450623 | Purchase | 9/15/2023 | 45 | 146.1464 |
| 450600-450623 | Sale | 12/18/2020 | (64) | 366.0600 |
| 450600-450623 | Sale | 3/26/2021 | (96) | 401.4600 |
| 450600-450623 | Sale | 7/20/2021 | (36) | 487.2500 |

**Schedule A**

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|------------|------|--------|-------|
| 450600-450623 | Sale | 9/27/2021 | (96) | 425.5800 |
| 450600-450623 | Sale | 10/22/2021 | (29) | 409.1500 |
| 450600-450623 | Sale | 11/2/2021 | (22) | 417.2100 |
| 450600-450623 | Sale | 3/28/2022 | (101) | 347.0800 |
| 450600-450623 | Sale | 9/16/2022 | (233) | 199.8840 |
| 450600-450623 | Sale | 12/6/2022 | (9) | 205.9800 |
| 450600-450623 | Sale | 1/17/2023 | (59) | 206.4400 |
| 450600-450623 | Sale | 2/9/2023 | (9) | 195.8600 |
| 450600-450623 | Sale | 3/14/2023 | (15) | 225.8800 |
| 450600-450623 | Sale | 4/28/2023 | (77) | 205.5600 |
| 450600-450623 | Sale | 5/26/2023 | (27) | 195.8900 |
| 450600-450623 | Sale | 6/27/2023 | (58) | 183.4300 |
| 450600-450623 | Sale | 7/10/2023 | (17) | 183.9400 |
| 450600-450623 | Sale | 8/24/2023 | (114) | 159.6000 |
| 450600-450623 | Sale | 9/26/2023 | (54) | 128.9100 |
| 450600-450623 | Sale | 10/17/2023 | (4) | 131.8700 |
| 379100-379101 | Purchase | 1/14/2022 | 150 | 400.5972 |
| 379100-379101 | Sale | 2/14/2022 | (250) | 328.1552 |
| 573800-573801 | Purchase | 3/24/2021 | 36 | 411.9078 |
| 573800-573801 | Purchase | 3/31/2021 | 6 | 376.9900 |
| 573800-573801 | Purchase | 11/26/2021 | 2 | 374.3200 |
| 573800-573801 | Sale | 9/30/2020 | (43) | 307.0537 |
| 573800-573801 | Sale | 9/28/2021 | (5) | 410.2000 |
| 573800-573801 | Sale | 5/31/2022 | (128) | 243.9594 |
| 316500-316506 | Purchase | 6/10/2021 | 149 | 450.6700 |
| 316500-316506 | Sale | 1/13/2022 | (149) | 408.7994 |
| 433K00-433K01 | Purchase | 5/3/2022 | 100 | 301.0600 |
| 433K00-433K01 | Purchase | 5/13/2022 | 170 | 222.4100 |
| 433K00-433K01 | Purchase | 5/24/2022 | 52 | 243.2500 |
| 433K00-433K01 | Purchase | 6/2/2022 | 86 | 239.1967 |
| 433K00-433K01 | Purchase | 6/8/2022 | 100 | 231.7400 |
| 433K00-433K01 | Purchase | 6/15/2022 | 500 | 192.8530 |

## Schedule A

**Universal-Investment-Gesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 433K00-433K01 | Purchase | 6/23/2022 | 260 | 189.1883 |
| 433K00-433K01 | Purchase | 7/12/2022 | 282 | 188.7744 |
| 433K00-433K01 | Purchase | 12/23/2022 | 110 | 194.6200 |
| 433K00-433K01 | Purchase | 12/29/2022 | 270 | 193.1200 |
| 433K00-433K01 | Sale | 2/8/2023 | (1,930) | 202.4306 |
| | | | | |
| 454400-454413 | Purchase | 3/16/2021 | 122 | 421.1950 |
| 454400-454413 | Sale | 12/9/2021 | (100) | 371.3400 |
| 454400-454413 | Sale | 12/10/2021 | (22) | 374.5200 |
| | | | | |
| 572N00-572N03 | Purchase | 12/15/2022 | 1 | 207.4600 |
| 572N00-572N03 | Purchase | 12/30/2022 | 148 | 202.2000 |
| 572N00-572N03 | Purchase | 4/3/2023 | 48 | 230.0200 |
| 572N00-572N03 | Sale | 12/14/2021 | (131) | 386.3091 |
| 572N00-572N03 | Sale | 12/8/2022 | (176) | 210.4200 |
| 572N00-572N03 | Sale | 1/10/2023 | (66) | 194.4500 |
| 572N00-572N03 | Sale | 3/24/2023 | (105) | 220.0000 |
| | | | | |
| 452600-452601 | Purchase | 10/10/2023 | 42 | 138.3600 |
| 452600-452601 | Sale | 10/13/2023 | (42) | 128.4340 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

The undersigned, Stefan Rockel and Melanie Groh, on behalf of UI BVK Kapitalverwaltungsgesellschaft mbH ("UI BVK"), on account of the funds listed in the attached Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint filed in this matter.

2. We are duly authorized to institute legal action on behalf of UI BVK and the Funds, including litigation against Illumina, Inc. and any other defendants, and file this motion for appointment of UI BVK as lead plaintiff.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. UI BVK is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. UI BVK fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the Illumina, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

6. UI BVK has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Seagate Technology Holdings plc Securities Litigation*,
No. 23-cv-3431 (N.D. Cal.)

7.  UI BVK will not accept any payment for serving as a representative party on behalf of the Class beyond UI BVK's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of January, 2024.

For UI BVK Kapitalverwaltungsgesellschaft mbH:

DocuSigned by:

FECE528CCAAF4DD...
Stefan Rockel
Managing Director

DocuSigned by:

C9E55B29C17F4A1...
Melanie Groh
Managing Director

## Schedule A

**UI BVK Kapitalverwaltungsgesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| 378600-378610 | Purchase | 2/15/2023 | 16,821 | 213.8604 |
| 378600-378610 | Purchase | 2/16/2023 | 170 | 210.1553 |
| 378600-378610 | Purchase | 7/24/2023 | 15,902 | 188.9971 |
| 378600-378606 | Purchase | 9/14/2021 | 1,433 | 448.8500 |
| 378600-378606 | Purchase | 9/16/2021 | 30 | 450.0000 |
| 378600-378606 | Purchase | 11/30/2021 | 31 | 365.3300 |
| 378600-378606 | Purchase | 2/28/2022 | 15 | 326.6000 |
| 378600-378606 | Purchase | 5/31/2022 | 114 | 239.4800 |
| 378600-378606 | Purchase | 6/27/2022 | 56 | 194.1400 |
| 378600-378606 | Purchase | 8/22/2022 | 3,272 | 195.5800 |
| 378600-378606 | Purchase | 2/28/2023 | 73 | 199.2000 |
| 378600-378606 | Purchase | 5/31/2023 | 86 | 196.6500 |
| 378600-378606 | Sale | 8/31/2022 | (121) | 201.6400 |
| 378600-378606 | Sale | 11/30/2022 | (64) | 218.0800 |
| 378600-378606 | Sale | 8/31/2023 | (1,086) | 165.2200 |
| 378600-378609 | Purchase | 10/13/2022 | 6,542 | 202.6400 |
| 378600-378608 | Purchase | 3/2/2022 | 929 | 330.1900 |
| 378600-378608 | Purchase | 3/2/2022 | 100 | 330.1900 |
| 378600-378608 | Purchase | 3/8/2022 | 900 | 313.5200 |
| 378600-378608 | Purchase | 3/8/2022 | 100 | 313.5200 |
| 378600-378608 | Sale | 2/13/2023 | (100) | 215.9400 |
| 378600-378608 | Sale | 2/13/2023 | (100) | 215.9400 |
| 378600-378608 | Sale | 2/13/2023 | (300) | 215.9400 |
| 378600-378608 | Sale | 8/4/2023 | (800) | 187.6700 |
| 378600-378608 | Sale | 9/14/2023 | (300) | 150.4900 |
| 378600-378604 | Purchase | 11/30/2020 | 300 | 322.0900 |
| 378600-378604 | Purchase | 11/30/2020 | 200 | 322.0900 |
| 378600-378604 | Purchase | 11/30/2020 | 100 | 322.0900 |
| 378600-378604 | Purchase | 5/27/2021 | 100 | 408.9900 |
| 378600-378604 | Purchase | 5/27/2021 | 500 | 408.9900 |
| 378600-378604 | Purchase | 11/30/2021 | 700 | 365.3300 |
| 378600-378604 | Purchase | 2/28/2022 | 400 | 326.6000 |

## Schedule A

**UI BVK Kapitalverwaltungsgesellschaft mbH**
**Transactions in Illumina, Inc.**

| **Fund** | **Transaction** | **Date** | **Shares** | **Price** |
|---|---|---|---|---|
| 378600-378604 | Purchase | 8/12/2022 | 755 | 208.3250 |
| 378600-378604 | Purchase | 8/15/2022 | 25 | 227.9000 |
| 378600-378604 | Purchase | 8/31/2022 | 500 | 201.6400 |
| 378600-378604 | Sale | 2/26/2021 | (100) | 439.4100 |
| 378600-378604 | Sale | 2/26/2021 | (600) | 439.4100 |
| 378600-378604 | Sale | 8/31/2021 | (500) | 457.1600 |
| 378600-378604 | Sale | 8/22/2022 | (3,272) | 195.5800 |
| 378600-378604 | Sale | 10/17/2022 | (8) | 207.1100 |
| 378600-378604 | Sale | 10/17/2022 | (1,000) | 207.1100 |
| 378600-378604 | Sale | 10/17/2022 | (800) | 207.1100 |
| 378600-378601 | Purchase | 2/3/2021 | 300 | 420.2000 |
| 378600-378601 | Purchase | 6/30/2021 | 100 | 473.2100 |
| 378600-378601 | Purchase | 8/2/2022 | 3,300 | 219.1400 |
| 378600-378601 | Purchase | 10/6/2022 | 1,342 | 212.7200 |
| 378600-378601 | Sale | 9/14/2021 | (2,300) | 448.8500 |
| 378600-378601 | Sale | 5/31/2022 | (400) | 239.4800 |
| 378600-378601 | Sale | 10/13/2022 | (6,542) | 202.6400 |

## CERTIFICATION PURSUANT TO
## <u>THE FEDERAL SECURITIES LAWS</u>

The undersigned, Thomas Bosch and Dr. Hendrik Leber, on behalf of ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS"), on account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint filed in this matter.

2. We are duly authorized to institute legal action on behalf of ACATIS and the Funds, including litigation against Illumina, Inc. and any other defendants, and file this motion for appointment of ACATIS as lead plaintiff.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. ACATIS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. ACATIS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

5. The Funds' transactions in the Illumina, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

6. ACATIS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re New Oriental Education & Technology Group Inc. Securities Litigation*, No. 22-cv-1014 (S.D.N.Y.)

7. ACATIS will not accept any payment for serving as a representative party on behalf of the Class beyond ACATIS's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of January, 2024.

For ACATIS Investment Kapitalverwaltungsgesellschaft mbH:

_____
Thomas Bosch
Managing Director
Risk Management

_____
Dr. Hendrik Leber
Managing Partner
Portfolio Management

## Schedule A

**ACATIS Investment Kapitalverwaltungsgesellschaft mbH**
**Transactions in Illumina, Inc.**

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| ACATIS Aktien Global Fonds | Purchase | 10/15/2020 | 14,000 | 329.1832 |
| ACATIS Aktien Global Fonds | Purchase | 12/17/2020 | 5,700 | 358.8556 |
| | | | | |
| ACATIS Global Value Total Return | Sale | 2/19/2021 | (300) | 485.4264 |
| ACATIS Global Value Total Return | Purchase | 11/23/2021 | 480 | 374.4774 |
| ACATIS Global Value Total Return | Sale | 12/14/2022 | (2,680) | 207.3077 |
| | | | | |
| ACATIS Fair Value Modulor Vermoegensverwaltungsfonds Nr. 1 | Purchase | 11/27/2020 | 9,000 | 308.3738 |
| ACATIS Fair Value Modulor Vermoegensverwaltungsfonds Nr. 1 | Purchase | 4/29/2021 | 3,000 | 407.7400 |
| ACATIS Fair Value Modulor Vermoegensverwaltungsfonds Nr. 1 | Purchase | 7/8/2021 | 1,000 | 471.4058 |
| ACATIS Fair Value Modulor Vermoegensverwaltungsfonds Nr. 1 | Purchase | 1/5/2022 | 8,000 | 376.2758 |
| ACATIS Fair Value Modulor Vermoegensverwaltungsfonds Nr. 1 | Purchase | 4/21/2022 | 10,000 | 349.4510 |
| ACATIS Fair Value Modulor Vermoegensverwaltungsfonds Nr. 1 | Sale | 6/20/2023 | (35,000) | 202.1300 |
| | | | | |
| ACATIS Datini Valueflex Fonds | Purchase | 7/8/2021 | 7,000 | 470.3427 |
| ACATIS Datini Valueflex Fonds | Purchase | 1/3/2022 | 8,000 | 376.3292 |
| ACATIS Datini Valueflex Fonds | Sale | 6/7/2023 | (40,000) | 202.4832 |