# EXHIBIT C

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:23-cv-02082-LL-MMP |
| Plaintiff, | CLASS ACTION |
| v. | **JOINT DECLARATION OF TITUS NOLTENIUS, STEFAN ROCKEL, AND THOMAS BOSCH IN SUPPORT OF THE MOTION OF UNIVERSAL AND ACATIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** |
| ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, | |
| Defendants. | |

*Caption continued on next page.*

| | |
|---|---|
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02327-BEN-BGS <br><br> <u>CLASS ACTION</u> |
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI, <br><br> Defendants. | Case No. 3:23-cv-02328-MMA-AHG <br><br> <u>CLASS ACTION</u> |

JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP, *ET AL*.

We, Titus Noltenius, Stefan Rockel, and Thomas Bosch, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of Universal-Investment-Gesellschaft mbH ("Universal Gesellschaft") and UI BVK Kapitalverwaltungsgesellschaft mbH ("UI BVK" and, together with Universal Gesellschaft, "Universal") and ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS") for appointment as Lead Plaintiff in the securities class action against Illumina, Inc. ("Illumina" or the "Company") and certain of its current and former executives and directors (collectively, "Defendants"), and approval of Universal's and ACATIS's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the proposed class.  We are informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") on the lead plaintiff, including the selection and retention of counsel, and overseeing the prosecution of the litigation.  We each have personal knowledge about the information in this Joint Declaration relating to the institution with which we are respectively associated.

2.      I, Titus Noltenius, am Head of Legal Fund Governance of Universal Gesellschaft and am authorized to make this declaration on behalf of Universal Gesellschaft.  Universal Gesellschaft is an asset management company based in Frankfurt am Main, Germany that manages more than 438 billion euros for investors. Universal Gesellschaft is a sophisticated institutional investor that understands, appreciates, and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA.  Universal Gesellschaft's familiarity with the PSLRA's requirements is informed by, among other things, its role serving as a lead plaintiff and class representative in other securities class actions, including in cases in which it worked together with other institutional investors and supervised the work of Lead Counsel in those cases.  Universal Gesellschaft served as lead plaintiff, together with four other institutional investors, in *In re Conn's, Inc. Securities Litigation*, No. 14-

cv-548 (S.D. Tex.), and recovered $22.5 million for investors. In addition, Universal Gesellschaft currently serves as lead plaintiff, together with UI BVK and three other institutional investors, in *In re Seagate Technology Holdings plc Securities Litigation*, No. 23-cv-3431 (N.D. Cal.), with Bernstein Litowitz as co-lead counsel.

3.    I, Stefan Rockel, am a Managing Director of UI BVK and am authorized to make this declaration on behalf of UI BVK. UI BVK is an asset management company based in Frankfurt am Main, Germany that manages more than 118 billion euros for investors. UI BVK is a sophisticated institutional investor that understands, appreciates, and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA. UI BVK's familiarity with the PSLRA's requirements is informed by, among other things, its role serving as lead plaintiff, alongside Universal Gesellschaft and three other institutional investors, in *In re Seagate Technology Holdings plc Securities Litigation*, No. 23-cv-3431 (N.D. Cal.), with Bernstein Litowitz as co-lead counsel.

4.    I, Thomas Bosch, am a Managing Director of ACATIS and am authorized to make this declaration on behalf of ACATIS. ACATIS is an asset management company based in Frankfurt am Main, Germany that manages approximately 12.7 billion euros for investors. ACATIS is a sophisticated institutional investor that understands, appreciates, and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA. ACATIS's familiarity with the PSLRA's requirements is informed by, among other things, its role serving as lead plaintiff in *In re New Oriental Education & Technology Group Inc. Securities Litigation*, No. 22-cv-1014 (S.D.N.Y.), with Bernstein Litowitz as lead counsel.

5.    As set forth in the motion for appointment as Lead Plaintiff and the supporting papers filed with the Court, during the Class Period, funds managed by Universal Gesellschaft, UI BVK, and ACATIS purchased Illumina common stock and suffered substantial losses on those investments. Universal Gesellschaft, UI

DocuSign Envelope ID: E3F30623-1AB4-45B9-997B-16F8413A7EB0

BVK, and ACATIS are each organized as a Kapitalverwaltungsgesellschaft ("KVG") under German law and the funds listed in their certifications are UCITS and Alternative Investment funds established under the laws of Germany or Luxembourg. While those investment funds are considered separate estates, they are not independent legal entities and do not have legal capacity to sue in, or be brought before, courts of law. Instead, Universal Gesellschaft, UI BVK, and ACATIS have the exclusive authority to sue in their own names for damages suffered by the funds that they manage.

6.      Universal Gesellschaft and UI BVK are related asset managers and are both part of Universal Investment Group, one of Germany's largest financial services companies. Further, the Universal Investment Group, including Universal Gesellschaft, has a 27-year-long business relationship with ACATIS, through which Universal Investment Group and ACATIS provide each other with, among other things, certain fund administration and portfolio management services, including that Universal Gesellschaft provides fund administration services for certain of the ACATIS funds that incurred losses on investments in Illumina common stock. Universal and ACATIS also have dedicated staffs of professionals, including in-house legal personnel and/or executives with experience supervising complex litigation under the PSLRA, who will ensure the effective oversight of this litigation and counsel. As noted, Universal and ACATIS have prior experience serving as fiduciaries and in selecting, hiring, and overseeing the activities of outside counsel in complex litigation, including proposed Lead Counsel, Bernstein Litowitz.

7.      Universal and ACATIS are strongly motivated to recover the significant losses they incurred as a result of Defendants' alleged violations of the United States securities laws. Moreover, Universal and ACATIS are committed to maximizing the recovery of losses caused by the alleged misconduct at the heart of this case, which raises significant concerns regarding the integrity of the public markets, the governance of large public companies, self-dealing by corporate

fiduciaries, and the interests of the institutional investor community more broadly. For these reasons, among others, Universal and ACATIS agree that this case should be led by committed institutional investors with significant resources, and a financial interest substantial enough to ensure that the claims are litigated vigorously, efficiently, and in the best interests of the class.

8.    Given their long-standing relationship, Universal and ACATIS are aware of each other's experience overseeing securities class action litigation in the United States and their shared commitment to sustainable investing. After learning of the claims against Illumina, representatives of Universal and ACATIS began discussions with each other regarding the claims and their options to recover their significant losses. As part of these discussions, both Universal and ACATIS also expressed an interest in potentially seeking appointment as Lead Plaintiff jointly with each other. Universal and ACATIS are both aware of the complaint filed by Bernstein Litowitz that included additional allegations arising from Defendants' misconduct, including expanding the class period asserted in previously filed complaints and naming other defendants. After analyzing the merits of the claims against Defendants, the respective losses incurred arising from Defendants' alleged misconduct, and consulting with each other, Universal and ACATIS informed their counsel, Bernstein Litowitz, of their decision to seek appointment as Lead Plaintiff.

9.    Universal and ACATIS agree that their partnership is well-suited for this litigation and will further the interests of the class. Universal and ACATIS understand that the PSLRA and courts throughout the United States, including the Ninth Circuit, not only permit groups of investors to serve as lead plaintiff, but that joint institutional leadership can provide significant benefits to the class. Universal and ACATIS believe that their partnership can benefit the leadership of securities class actions by allowing institutions to work collaboratively to oversee the prosecution of an action, share perspectives, experiences, and resources, and provide

JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP, *ET AL.*

input on case strategy. Universal and ACATIS intend to prosecute this action in such a manner.

10.    Universal and ACATIS intend to continue communicating with proposed Lead Counsel, and with each other separately from proposed Lead Counsel, as often as necessary to discuss major litigation developments and to ensure the vigorous and efficient prosecution of the action. Universal and ACATIS have instructed Bernstein Litowitz to provide regular updates on its investigation and the progress of the litigation. Given the long-standing relationship between Universal and ACATIS, as well as the common goals and incentives of Universal and ACATIS to maximize the class's recovery in this case, neither Universal nor ACATIS envision having any dispute relating to their oversight of this action. Indeed, throughout their decades-long relationship, Universal and ACATIS never experienced a material dispute on any matter. However, in the unlikely event that any such disputes arise, we plan to engage in thorough discussion with each other and our counsel to come to a resolution.

11.    Universal and ACATIS also understand that it is the Lead Plaintiff's obligation under the PSLRA to select qualified Lead Counsel and to supervise Lead Counsel's prosecution of the case to ensure that the action is prosecuted without unreasonable cost. Universal and ACATIS decided to jointly seek appointment as Lead Plaintiff, in part, because of their shared desire to ensure that this action is prosecuted in an efficient and economical manner. As Lead Plaintiff, Universal and ACATIS will ensure that Lead Counsel shall only act pursuant to their mandate. With respect to our selected counsel, Bernstein Litowitz, we believe that the class will benefit from having a law firm that is highly experienced in prosecuting complex securities class actions successfully as lead counsel. Universal's and ACATIS's working relationships with Bernstein Litowitz, ensures that this action will be prosecuted in the best interests of the class.

12. Universal and ACATIS are familiar with the experience, resources, and qualifications of Bernstein Litowitz, and are aware that it is an accomplished law firm with a history of achieving significant settlements, verdicts, and corporate governance reforms from defendants in securities class actions like this case, as well as other shareholder lawsuits. As a result of Universal's and ACATIS's prior experience overseeing Bernstein Litowitz, we fully believe that Bernstein Litowitz will prosecute this litigation in a zealous and efficient manner as Lead Counsel under Universal's and ACATIS's leadership.

13. Our decision to jointly pursue appointment as Lead Plaintiff was further informed by our analysis of the claims against Defendants and the evidence developed by our proposed Lead Counsel through its investigation into Defendants' alleged wrongdoing. Indeed, Bernstein Litowitz has already demonstrated its commitment to the class through its investigation of the claims against Illumina, which led to Bernstein Litowitz's filing of a complaint that expanded the class periods and allegations asserted in the previously filed complaints. Universal and ACATIS are confident that the experience and success of Bernstein Litowitz in prosecuting securities class actions, combined with Universal's and ACATIS's supervision, will ensure that the class receives the best possible representation in this case.

14. Universal and ACATIS reaffirm their commitment to satisfying the fiduciary obligations that they will assume if appointed Lead Plaintiff, including conferring with counsel regarding litigation strategy and other matters, attending depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, Universal and ACATIS will ensure that the securities class action against Defendants will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the class.

JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP, *ET AL.*

DocuSign Envelope ID: E3F30623-1AB4-45B9-997B-16F8413A7FB0

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Universal Gesellschaft are true to the best of my knowledge.

Executed this _____ day of January, 2024.

DocuSigned by:

A8F3DE5225BF433...

_____

Titus Noltenius
Head of Legal Fund Governance

*On behalf of Universal Gesellschaft*

JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP, *ET AL.*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to UI BVK are true to the best of my knowledge.

Executed this _____ day of January, 2024.

DocuSigned by:

*[signature]*

FECE528CCAAF4DD...

_____

Stefan Rockel
Managing Director

*On behalf of UI BVK*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to ACATIS are true to the best of my knowledge.

Executed this ____ day of January, 2024.

DocuSigned by:

Thomas Bosch

B8098E05C74C4A7...

Thomas Bosch
Managing Director

*On behalf of ACATIS*