COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
TINA JENSEN (331764)
(tjensen@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
1144 15th Street, Suite 2300
Denver, Colorado 80202-2686
Telephone:  +1 720 566 4000
Facsimile:   +1 720 566 4099

Attorneys for Defendants Illumina Inc.,
Francis A. deSouza, and John Thompson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02082-LL-MMP<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PENDING MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: February 13, 2024<br>Dept.: Courtroom 5D, 5th Floor<br>Judge: Hon. Linda Lopez<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

*Caption continued on next page*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STATEMENT OF NON-OPPOSITION
3:23-CV-02082-LL-MMP

ANAND ROY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,

Defendants.

Case No. 3:23-cv-02327-LL-MMP

**CLASS ACTION**

LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,

Plaintiff,

v.

ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,

Defendants.

Case No. 3:23-cv-02328-LL-MMP

**CLASS ACTION**

Defendants Illumina, Inc. ("Illumina"), Francis A. deSouza, and John Thompson (collectively, "Defendants"), hereby submit this response to the four pending motions to (i) consolidate the above-captioned actions; (ii) appoint Lead Plaintiff(s); and (iii) approve Lead Plaintiff(s)' selection of Lead Counsel (collectively, the "Motions"). (ECF Nos. 8-10, 12.)

Defendants fully support the Motions to the extent they seek to consolidate *Kangas v. Illumina., et al.*, Case No. 3:23-cv-02082-LL-MMP (filed on November 10, 2023); *Anand Roy v. Illumina, Inc., et al.*, Case No. 3:23-cv-02327-LL-MMP (filed on December 21, 2023); and *Louisiana Sheriffs' Pension & Relief Fund v. Illumina, Inc., et al.*, Case No. 3:23-cv-02328-LL-MMP (filed on December 21, 2023).

Defendants take no position with respect to the Court's determination of Lead Plaintiff(s) or Lead Counsel, but specifically reserve all rights and defenses, including their rights to assert at an appropriate time that Lead Plaintiff(s) lack standing, Lead Plaintiff(s) is/are not adequate or typical class representative(s), or that the class Lead Plaintiff(s) seeks to represent should not be certified.

Dated:      January 30, 2024          COOLEY LLP


                                       By: /s/ *Ryan E. Blair*
                                          Ryan E. Blair

                                       Attorneys for Illumina Inc., Francis A. deSouza, and John Thompson

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

STATEMENT OF NON-OPPOSITION
3:23-CV-02082-LL-MMP