Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Camelot Event Driven Fund, A*
*Series of Frank Funds Trust*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02082-LL-MMP<br><br>**NOTICE OF NON-OPPOSITION OF CAMELOT EVENT DRIVEN FUND TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02327-BEN-BGS |
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,<br><br>Defendants. | Case No. 3:23-cv-02328-LL-MMP |

Camelot Event Driven Fund, A Series of Frank Funds Trust ("Camelot") filed a timely motion for consolidation of related actions, appointment as lead plaintiff, and approval of its selection of counsel. Dkt. No. 8. Three similar motions were filed by other putative class members in this action. Dkt. Nos. 9, 10, 12.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Camelot does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Camelot does not oppose the lead plaintiff motions of movants with larger financial interests.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Camelot are incapable or inadequate to represent the class in this litigation, Camelot remains willing and able to serve as lead plaintiff or as a class representative. By this Notice of Non-Opposition, Camelot does not waive its rights to participate and recover as a class member in this litigation.

DATED:  January 30, 2024          Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Robert V. Prongay*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com

*Counsel for Camelot Event Driven Fund, A Series of Frank Funds Trust*

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 30, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2024.

*/s/ Robert V. Prongay*
Robert V. Prongay