ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for
Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> THE MICHIGAN RETIREMENT SYSTEMS' RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS <br><br> DATE: February 13, 2024 <br> JUDGE: Hon. Linda Lopez <br> COURTROOM: 5D (Schwartz) <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

4879-5487-5809.v1

On the statutory deadline, four movants sought appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) Universal-Investment-Gesellschaft mbH, UI BVK Kapitalverwaltungsgesellschaft mbH, and ACATIS Investment Kapitalverwaltungsgesellschaft mbH; (2) KBC Asset Management NV; (3) Wayne County Employees' Retirement System; Macomb County Employees' Retirement System, Retiree Health Care Fund, and Intermediate Retirees Medical Benefits Trust; and Jackson County Employees' Retirement System (collectively, the "Michigan Retirement Systems"); and (4) Camelot Event Driven Fund, A Series of Frank Funds Trust. *See* ECF 8, 9, 10, 12. Pursuant to the Private Securities Litigation Reform Act of 1995, district courts are to adopt a presumption that the movant with the largest financial interest in the relief sought by the class is the "most adequate plaintiff" if that movant makes a satisfactory showing that it also satisfies the requirements of Fed. R. Civ. P. 23. 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, the Michigan Retirement Systems possess the greatest financial interest of any American institutional investor with prior experience serving as lead plaintiff in securities cases like this one. Moreover, they face no exceptions or challenges to their standing or ability to typically and adequately represent the class that defendants could exploit to the class's detriment. As such, the Michigan Retirement Systems remain ready, willing, and able to fulfill the Lead Plaintiff role on behalf of the class.

DATED: January 30, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
JASON A. FORGE
DANIELLE S. MYERS

s/ Darren J. Robbins
DARREN J. ROBBINS

4879-5487-5809.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

POMERANTZ LLP
JENNIFER PAFITI (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:  310/405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
JEREMY A. LIEBERMAN
EMMA GILMORE
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  212/661-1100
917/463-1044 (fax)
jalieberman@pomlaw.com
egilmore@pomlaw.com
ahood@pomlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel