**MOTLEY RICE LLC**
GREGG S. LEVIN (admitted *pro hac vice*)
glevin@motleyrice.com
CHRISTOPHER F. MORIARTY (admitted *pro hac vice*)
cmoriarty@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> **REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> Date: February 13, 2024 <br> Courtroom: 5D <br> Judge: Hon. Linda Lopez |

| | |
|---|---|
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02327-BEN-BGS |
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI, <br><br> Defendants. | Case No. 3:23-cv-02328-LL-MMP |

KBC Asset Management NV ("KBC") respectfully submits this reply memorandum in further support of its motion for consolidation of the above-referenced actions, appointment of lead plaintiff, and approval of its selection of lead counsel, and in response to the competing motions. *See* ECF Nos. 9, 25.

In its Memorandum of Points and Authorities in Response to Motions for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (ECF No. 25), KBC raised certain questions as to whether counsel for Universal-Investment-Gesellschaft mbH ("Universal-Investment"), UI BVK Kapitalverwaltungsgesellschaft mbH ("UI BVK"), and ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS") provided a copy of the Order in *SEB Investment Management AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) ("*Symantec* Order") to those movants' "decision-makers" who are to select counsel in this litigation. ECF No. 25 at 1-4 (Argument Section A).

Although not noted in those movants' original Joint Declaration (ECF No. 12-5), KBC's counsel has since been informed that the *Symantec* Order was provided to Universal-Investment, UI BVK, and ACATIS in advance of the filing of those movants' motion (ECF No. 12), thus answering those particular questions.

Finally, KBC writes to address the point in the Michigan Retirement Systems' Response to Competing Lead Plaintiff Motions that "they face no exceptions or challenges to their standing or ability to typically and adequately represent the class that defendants could exploit to the class's detriment." ECF No. 23 at 1. To the extent that implies there are any infirmities with KBC's standing, that argument must be rejected as not fully developed. *See Ventress v. Japan Airlines*, 747 F.3d 716, 723 n.8 (9th Cir. 2014) (declining to address an "undeveloped argument"); *Mazaheri v. Pederson*, 2010 WL 11601578, *6-7 (C.D. Aug. 10, 2010) ("Conclusory arguments . . . are . . . deficient."). It is also too late for the Michigan Retirement System to submit further argument on this point. *See United States v. Puerta*, 982

F.2d 1297, 1300 n.1 (9th Cir. 1992) ("New arguments may not be introduced in a reply brief."); *Bridgham-Morrison v. Nat'l Gen. Assembly Co.*, 2015 WL 12712762, at \*2 (W.D. Wash. Nov. 16, 2015) ("For obvious reasons, new arguments and evidence presented for the first time on Reply . . . are generally waived or ignored."). Notwithstanding, KBC has made the requisite showing of its standing. *See* ECF No. 9-1 at 8-10 (demonstrating KBC's standing).

In conclusion, should the Court find Universal-Investment, UI BVK, and ACATIS are in any way inadequate or atypical to serve as lead plaintiffs, KBC, as the movant with the second largest loss, would be the presumptive lead plaintiff and stands ready and willing to serve in that role.

Dated: February 5, 2024             Respectfully submitted,

**MOTLEY RICE LLC**

By: */s/ Christopher F. Moriarty*
GREGG S. LEVIN
(admitted *pro hac vice*)
glevin@motleyrice.com
CHRISTOPHER F. MORIARTY
(admitted *pro hac vice*)
cmoriarty@motleyrice.com
ANDREW P. ARNOLD
(*pro hac vice* forthcoming)
aarnold@motleyrice.com
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  (843) 216-9000
Fax: (843) 216-9450

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

**JOHNSON FISTEL, LLP**
Frank J. Johnson

frankj@johnsonfistel.com
501 West Broadway, Suite 800
San Diego, CA 92101
Tel:  (619) 230-0063

*Proposed Local Counsel for Proposed Lead Plaintiff*

REPLY MEM. IN FURTHER SUPP. OF MOT. FOR
APPOINTMENT AS LEAD PL.
CASE NO. 3:23-CV-02082-LL-MMP