**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Counsel for Proposed Lead Plaintiff
Universal and ACATIS, and
Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON, <br><br> Defendants. | Case No. 3:23-cv-02082-LL-MMP <br><br> CLASS ACTION <br><br> **REPLY DECLARATION OF JONATHAN D. USLANER IN FURTHER SUPPORT OF THE MOTION OF UNIVERSAL AND ACATIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** <br><br> Date: February 13, 2024 <br> Dept.: Courtroom 5D, 5th Floor <br> Judge: Hon. Linda Lopez <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

*Caption continued on next page*

| | |
|---|---|
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02327-LL-MMP<br><br><u>CLASS ACTION</u> |
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,<br><br>Defendants. | Case No. 3:23-cv-02328-LL-MMP<br><br><u>CLASS ACTION</u> |

I, Jonathan D. Uslaner, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), proposed Lead Counsel for the Class.  I respectfully submit this reply declaration in further support of the motion of Universal-Investment-Gesellschaft mbH ("Universal Gesellschaft") and UI BVK Kapitalverwaltungsgesellschaft mbH ("UI BVK" and, together with Universal Gesellschaft, "Universal") and ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS") for appointment as Lead Plaintiff, approval of their selection of Bernstein Litowitz to serve as Lead Counsel for the proposed Class, and consolidation of the above-captioned related securities class actions.

2.    Attached as Exhibits A through G are true and correct copies of the following documents:

EXHIBIT A:    Supplemental Joint Declaration of Titus Noltenius, Andreas Holzapfel, and Thomas Bosch in Support of the Motion of Universal and ACATIS for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel, and Consolidation of Related Actions;

EXHIBIT B:    Memorandum of Law in Support of the Motion of KBC Asset Management NV and Quoniam Asset Management GmbH for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel, *Pembroke Pines Firefighters & Police Officers Pension Fund v. Abbott Laboratories*, No. 1:22-cv-04661 (N.D. Ill. Oct. 31, 2022), ECF No. 14;

EXHIBIT C:    Plaintiffs' Opposition to Defendants' Objection to Unauthorized Filings and Motion To Strike, *Nykredit Port.*

*Admin. v. ProPetro Holding Corp.*, No. 7:19-cv-00217-DC (W.D. Tex. July 19, 2022), ECF No. 139;

EXHIBIT D:   Joint Declaration of James A. Harrod and Daniel L. Berger in Response to Defendants' Objections to Unauthorized Supplemental Filings and Motion to Strike, *Nykredit Port. Admin. v. ProPetro Holding Corp.*, No. 7:19-cv-00217-DC (W.D. Tex. July 19, 2022), ECF No. 140;

EXHIBIT E:   Stipulation and Agreement of Settlement, *Nykredit Port. Admin. v. ProPetro Holding Corp.*, No. 7:19-cv-00217-DC (W.D. Tex. Sept. 22, 2022), ECF No. 168-1;

EXHIBIT F:   Order Preliminarily Approving Settlement and Providing for Notice, *Nykredit Port. Admin. v. ProPetro Holding Corp.*, No. 7:19-cv-00217-DC (W.D. Tex. Sept. 27, 2022), ECF No. 169; and

EXHIBIT G:   Transcript of Proceedings Before the Honorable William H. Alsup, *Felix v. Symantec Corp.*, No. 18-cv-2902-WHA (N.D. Cal. Feb. 10, 2022).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of February, 2024.

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)