# EXHIBIT A

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,

        Defendants.

Case No. 3:23-cv-02082-LL-MMP

CLASS ACTION

**SUPPLEMENTAL JOINT DECLARATION OF TITUS NOLTENIUS, ANDREAS HOLZAPFEL, AND THOMAS BOSCH IN SUPPORT OF THE MOTION OF UNIVERSAL AND ACATIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

*Caption continued on next page.*

SUPPLEMENTAL JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP

| | |
|---|---|
| ANAND ROY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02327-LL-MMP<br><br><u>CLASS ACTION</u> |
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, JOHN THOMPSON, SAM A. SAMAD, and JOYDEEP GOSWAMI,<br><br>Defendants. | Case No. 3:23-cv-02328-LL-MMP<br><br><u>CLASS ACTION</u> |

SUPPLEMENTAL JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP

We, Titus Noltenius, Andreas Holzapfel, and Thomas Bosch, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. We respectfully submit this Supplemental Joint Declaration in further support of the motion of Universal and ACATIS for appointment as Lead Plaintiff in the securities class action against Illumina and certain of its senior executives, pursuant to the PSLRA.[1] We each have personal knowledge about the information in this Supplemental Joint Declaration relating to the institution with which we are respectively associated.

2. We, Titus Noltenius and Andreas Holzapfel, are Head of Legal Fund Governance and Head of Securities Legal of Universal Gesellschaft, respectively, and we are responsible for selecting outside counsel for securities litigation matters on behalf of both Universal Gesellschaft and UI BVK.

3. I, Thomas Bosch, am a Managing Director of ACATIS, and I am responsible for selecting outside counsel for securities litigation matters on behalf of ACATIS.

4. Universal and ACATIS are aware that in addition to their motion, three other movants sought appointment as Lead Plaintiff in this action. We have been advised that, among those movants, Universal and ACATIS assert the largest financial interest in the claims against Illumina. Nonetheless, we have been advised that one competing movant—KBC Asset Management N.V. ("KBC")—has raised a question relating to Universal's and ACATIS's selection of Bernstein Litowitz as Lead Counsel in this case. Specifically, KBC questions whether Universal and ACATIS were aware of an order issued by a court in a different securities class action in which Bernstein Litowitz represented a different institutional investor as the lead plaintiff. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996, at *1 (N.D. Cal. Apr. 20, 2021) (the "*Symantec* Order").

---

[1] All capitalized terms are defined in Universal's and ACATIS's Joint Declaration, unless otherwise indicated. *See* ECF No. 12-5.

SUPPLEMENTAL JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP

5.    On January 9, 2024, Universal and ACATIS filed a motion in this action seeking appointment as Lead Plaintiff and for approval of their selection of Bernstein Litowitz as Lead Counsel.  Prior to filing that motion, Bernstein Litowitz apprised us, on more than one occasion, of the *Symantec* Order.  Specifically, in December 2023, Bernstein Litowitz apprised us, Titus Noltenius and Andreas Holzapfel, of the *Symantec* Order.

6.    Similarly, in April 2022, Bernstein Litowitz apprised me, Thomas Bosch, of the Symantec Order.  That was done in connection with ACATIS's decision to seek appointment as lead plaintiff in a securities class action against New Oriental Education & Technology Group Inc. *See In re New Oriental Education & Technology Group Inc. Securities Litigation*, No. 22-cv-1014 (S.D.N.Y.).  The *New Oriental* court ultimately appointed ACATIS as lead plaintiff and approved its selection of Bernstein Litowitz as lead counsel after being apprised of the *Symantec* Order.

7.    Further, on January 8, 2024, we were provided with a draft of the brief in support of Universal's and ACATIS's motion for appointment as Lead Plaintiff, which correctly stated that Universal and ACATIS are aware of the *Symantec* Order. We each reviewed that brief before it was filed.

8.    For the avoidance of doubt, Universal and ACATIS affirm their selection of Bernstein Litowitz as Lead Counsel in this case.

SUPPLEMENTAL JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Universal are true to the best of my knowledge.

Executed this __6__ day of February, 2024.

_____
Titus Noltenius

*On behalf of Universal*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to Universal are true to the best of my knowledge.

Executed this ____ day of February, 2024.

_____
Andreas Holzapfel

*On behalf of Universal*

SUPPLEMENTAL JOINT DECLARATION
CASE NOS. 3:23-CV-02082-LL-MMP

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to ACATIS are true to the best of my knowledge.

Executed this 6th day of February, 2024.

_____

Thomas Bosch

*On behalf of ACATIS*