ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for
Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE KANGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ILLUMINA, INC., FRANCIS A. DESOUZA, and JOHN THOMPSON,<br><br>Defendants. | Case No. 3:23-cv-02082-LL-MMP<br><br>THE MICHIGAN RETIREMENT SYSTEMS' REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION<br><br>DATE:       February 13, 2024<br>JUDGE:   Hon. Linda Lopez<br>COURTROOM:    5D (Schwartz)<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

4857-9059-9843.v1

Other than noting the relatively smaller financial interest of the Michigan Retirement Systems, neither of the two competing lead plaintiff applicants substantively opposed the Michigan Retirement Systems' motion.[1]  For good reason: the Michigan Retirement Systems suffered the biggest loss of any American institutional investor with prior success serving as lead plaintiff in securities cases like this one.  They face no exceptions or challenges to their standing or ability to typically and adequately represent the class that defendants could exploit to the class's detriment.

By contrast, a competing movant has launched attacks on another movant and the Court would be well advised to select a movant that does not suffer from any alleged inadequacies.  In light of the facts and circumstances present here and the parties' submissions, the Michigan Retirement Systems believe oral argument would materially benefit the Court and therefore respectfully request that the Court hold a hearing on the motions.

DATED:  February 6, 2024

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JASON A. FORGE
DANIELLE S. MYERS

s/ Darren J. Robbins
DARREN J. ROBBINS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jforge@rgrdlaw.com
dmyers@rgrdlaw.com

---

[1]   The Michigan Retirement Systems are: Wayne County Employees' Retirement System; Macomb County Employees' Retirement System, Retiree Health Care Fund, and Intermediate Retirees Medical Benefits Trust; and Jackson County Employees' Retirement System.  The other movants are: (1) Universal-Investment-Gesellschaft mbH; UI BVK Kapitalverwaltungsgesellschaft mbH; and ACATIS Investment Kapitalverwaltungsgesellschaft mbH; and (2) KBC Asset Management NV.

- 1 -                            3:23-cv-02082-LL-MMP

4857-9059-9843.v1

POMERANTZ LLP
JENNIFER PAFITI (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: 310/405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
JEREMY A. LIEBERMAN
EMMA GILMORE
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
917/463-1044 (fax)
jalieberman@pomlaw.com
egilmore@pomlaw.com
ahood@pomlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel

4857-9059-9843.v1