COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

BRIAN M. FRENCH (*pro hac vice*)
(bfrench@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

Attorneys for Defendants Illumina, Inc.,
Francis A. deSouza, Alexander M. Aravanis,
Phillip G. Febbo, Sam A. Samad, and John W.
Thompson

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Case No. 3:23-cv-02082-LL-BJC |
| | CLASS ACTION |
| | **ILLUMINA DEFENDANTS' SEPARATE REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS** |
| | Courtroom: 5D |
| | Judge: Hon. Linda Lopez |
| | Hearing Date: Requested |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

Cooley LLP
Attorneys at Law
San Diego

## SEPARATE REQUEST FOR ORAL ARGUMENT

Pursuant to this Court's Rule 3(B), Defendants Illumina, Inc., Francis A. deSouza, Alexander M. Aravanis, Phillip G. Febbo, Sam A. Samad, and John W. Thompson (collectively "Illumina Defendants") respectfully request oral argument on their contemporaneously filed Motion to Dismiss the Second Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws ("Motion to Dismiss").

Although Illumina Defendants believe their Motion to Dismiss is sufficiently clear to be granted on the papers with prejudice, Illumina Defendants anticipate that, given the length of the Second Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws and the accompanying briefs relating to the Motion to Dismiss, oral argument may benefit the Court by allowing the parties to answer questions that the Court may have after the parties have completed all briefing.

Dated:        November 12, 2024        COOLEY LLP

By: */s/ Koji F. Fukumura*
      Koji F. Fukumura

*Attorney for Defendants Illumina, Inc., Francis A. deSouza, Alexander M. Aravanis, Phillip G. Febbo, Sam A. Samad, and John W. Thompson*