LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1 858 523 3985
Facsimile: +1. 858.523.5450

Alexander C.K. Wyman (Bar No. 295339)
  alex.wyman@lw.com
355 S. Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for Defendants GRAIL, LLC (n/k/a
GRAIL, Inc.), Hans Bishop, Joshua J. Ofman, and
Richard D. Klausner*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Illumina, Inc. Securities Litigation* | CASE NO. 3:23-cv-02082-LL-BJC<br><br>**GRAIL DEFENDANTS' NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: December 17, 2024<br>Judge: Hon. Linda Lopez<br>Courtroom: 5D<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>SPECIAL BRIEFING SCHEDULE ORDERED |

GRAIL DEFS' MOT. TO
DISMISS SAC
CASE NO. 3:23-CV-02082-LL-BJC

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that on December 17, 2024[1] in Courtroom 5D of the above-above captioned court, located at 221 West Broadway, Suite 5190, San Diego, CA 92101, or as soon thereafter as the matter may be heard, Defendants GRAIL, LLC (n/k/a GRAIL, Inc.) ("GRAIL"), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner (collectively the "Grail Defendants") will and hereby do move the Court for an order dismissing Plaintiffs' Second Amended Complaint (the "Motion").

The GRAIL Defendants respectfully submit this Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that Universal-Investment-Gesellschaft mbH ("Universal Gesellschaft") and UI BVK Kapitalverwaltungsgesellschaft mbH ("UI BVK" and, together with Universal Gesellschaft, "Universal") and ACATIS Investment Kapitalverwaltungsgesellschaft mbH (collectively "Lead Plaintiffs") fail to allege facts sufficient to state violations of Sections 10(b) and 20(a) of the Exchange Act.

This Motion is based on the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action, and such additional papers and argument as may be presented at or in connection with the hearing on this Motion.

Conference of Counsel Prior to Filing Motion. Prior to filing this Motion, on November 11, 2024, counsel for the Illumina Defendants, GRAIL Defendants and Lead Plaintiffs met and conferred on the telephone, in which the Illumina Defendants and GRAIL Defendants set forth the various deficiencies in the Second Amended Complaint and demanded that Lead Plaintiffs withdraw their Second

---

[1] In accordance with Judge Lopez's Civil Chamber Rule 3(A), GRAIL Defendants have set the hearing date 35 days from the date of this Motion. The Court, however, has already set a briefing schedule for this Motion, ECF 51, which the parties intend to follow.

Amended Complaint or Defendants would file motions to dismiss.  Counsel for the Parties were unable to resolve their disputes, necessitating this Motion.

Dated:  November 12, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
        Colleen C. Smith
        *colleen.smith@lw.com*

*Attorneys for Defendants GRAIL, LLC (n/k/a GRAIL, Inc.), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

GRAIL DEFS' MOT. TO
DISMISS SAC
CASE NO. 3:23-CV-02082-LL-BJC