LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1 858 523 3985
Facsimile: +1. 858.523.5450

Alexander C.K. Wyman (Bar No. 295339)
  alex.wyman@lw.com
355 S. Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for Defendants GRAIL, LLC (n/k/a GRAIL, Inc.), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Illumina, Inc. Securities Litigation* | CASE NO. 3:23-cv-02082-LL-BJC |
| | **DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF GRAIL DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| | Date:  December 17, 2024<br>Judge: Hon. Linda Lopez<br>Courtroom: 5D |
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| | SPECIAL BRIEFING SCHEDULE ORDERED |

DECL. OF C. SMITH ISO
GRAIL DEFS' MOT. TO DISMISS SAC
CASE NO. 3:23-cv-02082-LL-BJC

I, Colleen C. Smith, declare as follows:

1.       I am a partner with the law firm of Latham & Watkins LLP, counsel for Defendants GRAIL, LLC (n/k/a GRAIL, Inc.) ("GRAIL"), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner (collectively the "GRAIL Defendants") in the above-captioned action.  I am licensed to practice law in the State of California and admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would competently testify to these facts under oath.

2.       I submit this declaration in support of the GRAIL Defendants' Motion to Dismiss the Second Amended Complaint.

3.       Attached hereto as **Exhibit 36** is a true and correct copy of the transcript from the GRAIL, Inc. M&A Call, dated September 21, 2020.

4.       Attached hereto as **Exhibit 37** is a true and correct copy of an Illumina, Inc. press release titled, "Illumina Committed to Pursuing GRAIL Acquisition to Accelerate Access to Breakthrough Multi-Cancer Early Detection Blood Test," dated March 30, 2021.

5.       Attached hereto as **Exhibit 38** is a true and correct copy of an Illumina, Inc. press release titled, "Illumina Acquires GRAIL to Accelerate Patient Access to Life-Saving Multi-Cancer Early Detection Test," dated August 18, 2021.

6.       Attached hereto as **Exhibit 39** is a true and correct copy of the public portion of Defendant Hans Bishop's August 31, 2021 Testimony given in *In the Matter of: Illumina, Inc., and Grail, Inc.*, United States Federal Trade Commission, Office of Administrative Law Judges, Docket No. 9401.

7.       Attached hereto as **Exhibit 40** is a  true and correct copy of the public portion of Defendant Joshua Ofman's September 15, 2021 Testimony given in *In the Matter of: Illumina, Inc., and Grail, Inc.*, United States Federal Trade Commission, Office of Administrative Law Judges, Docket No. 9401.

8.      Attached hereto as **Exhibit 41** is a true and correct copy of Illumina, Inc.'s Form 8-K, which was filed with the Securities and Exchange Commission on October 15, 2021.

9.      Attached hereto as **Exhibit 42** is a true and correct copy of an article titled, "Clinical validation of a targeted methylation-based multi-cancer early detection test using an independent validation set," which was published on June 24, 2021 in the Annals of Oncology.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on November 12, 2024, in San Diego, California.

By: */s/ Colleen C. Smith*
Colleen C. Smith

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

DECL. OF C. SMITH ISO
GRAIL DEFS' MOT. TO DISMISS SAC
CASE NO. 3:23-cv-02082-LL-BJC

INDEX OF EXHIBITS

| Exhibit No. | Description | Pages |
|---|---|---|
| 36 | The transcript from the GRAIL, Inc. M&A Call, dated September 21, 2020. | 4 - 23 |
| 37 | Illumina, Inc. press release titled, "Illumina Committed to Pursuing GRAIL Acquisition to Accelerate Access to Breakthrough Multi-Cancer Early Detection Blood Test," dated March 30, 2021. | 24 – 27 |
| 38 | Illumina, Inc. press release titled, "Illumina Acquires GRAIL to Accelerate Patient Access to Life-Saving Multi-Cancer Early Detection Test," dated August 18, 2021. | 28 – 40 |
| 39 | The public portion of Defendant Hans Bishop's August 31, 2021 Testimony given in *In the Matter of: Illumina, Inc., and Grail, Inc.*, United States Federal Trade Commission, Office of Administrative Law Judges, Docket No. 9401. | 41 - 298 |
| 40 | The public portion of Defendant Joshua Ofman's September 15, 2021 Testimony given in *In the Matter of: Illumina, Inc., and Grail, Inc.*, United States Federal Trade Commission, Office of Administrative Law Judges, Docket No. 9401. | 299 - 591 |
| 41 | Illumina, Inc.'s Form 8-K, which was filed with the Securities and Exchange Commission on October 15, 2021. | 592 - 598 |
| 42 | Article titled, "Clinical validation of a targeted methylation-based multi-cancer early detection test using an independent validation set," which was published on June 24, 2021 in the Annals of Oncology. | 599 - 610 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

DECL. OF C. SMITH ISO
GRAIL DEFS' MOT. TO DISMISS SAC
CASE NO. 3:23-cv-02082-LL-BJC