# Exhibit 39

Exhibit 39, page 041

UNITED STATES OF AMERICA

FEDERAL TRADE COMMISSION

OFFICE OF ADMINISTRATIVE LAW JUDGES

In the Matter of:                    )

ILLUMINA, INC.,                      )

  a corporation,            )

and                                  ) Docket No. 9401

GRAIL, INC.,                         )

  a corporation,            )

    Respondents.   )

-----------------------------)

Virtual Proceeding Via Zoom

August 31, 2021

9:48 a.m.

TRIAL VOLUME 6

PUBLIC RECORD

BEFORE THE HONORABLE D. MICHAEL CHAPPELL

Chief Administrative Law Judge

Reported by:  Susanne Bergling and Josett F. Whalen,

Court Reporters

Exhibit 39, page 042

1264

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                              8/31/2021

APPEARANCES:
ON BEHALF OF THE FEDERAL TRADE COMMISSION:
          STEPHEN A. MOHR, ESQ.
          SUSAN A. MUSSER, ESQ.
          DANIEL ZACH, ESQ.
          WADE LIPPARD, ESQ.
          SARAH WOHL, ESQ.
          DYLAN NAEGELE, ESQ.
          CATHERINE SANCHEZ, ESQ.
          JORDAN ANDREW, ESQ.
          STEPHANIE BOVEE, ESQ.
          NICOLAS STEBINGER, ESQ.
          NICHOLAS WIDNELL, ESQ.
          RICARDO WOOLERY, ESQ.
          MARIBETH PETRIZZI, ESQ.
          BEN LORIGO, ESQ.
          WILLIAM COOKE, ESQ.
          PETER COLWELL, ESQ.
          ERIC D. EDMONDSON, ESQ.
          MATTHEW E. JOSEPH, ESQ.
          SAM FULLITON, ESQ.
          BRIAN O'DEA, ESQ.
          LAUREN GASKIN, ESQ.
          DAVID GONEN, ESQ.
          WELLS HARRELL, ESQ.
          BETTY JEAN McNEIL, ESQ.
          NANDU MACHIRAJU, ESQ.
          JOSEPH NEELY, ESQ.
          DAVID VON NIRSHCL, ESQ.
          SUSAN HUBER, ESQ.

          Federal Trade Commission
          600 Pennsylvania Avenue, N.W.
          Washington, D.C.  20580
          (202) 326-2859
          smohr@ftc.gov

Exhibit 39, page 043

1265

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

APPEARANCES: (continued)

ON BEHALF OF ILLUMINA, INC.:

        CHRISTINE A. VARNEY, ESQ.
        RICHARD J. STARK, ESQ.
        DAVID R. MARRIOTT, ESQ.
        J. WESLEY EARNHARDT, ESQ.
        SHARONMOYEE GOSWAMI, ESQ.
        MICHAEL ZAKEN, ESQ.
        JESSE WEISS, ESQ.
        MOLLY JAMISON, ESQ.
        ALLISON KEMPF, ESQ.
        KALANA KARIYAWASAM, ESQ.
        BENJAMIN ATLAS, ESQ.

        Cravath, Swaine & Moore LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, New York  10019-7475
        (212) 474-1000
        cvarney@cravath.com

                -and-

        KARL HUTH, ESQ.

        Huth Reynolds LLP
        41 Cannon Court
        Huntington, New York  11743-2838
        (212) 731-9333
        huth@huthreynolds.com

Exhibit 39, page 044

1266

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                           8/31/2021

APPEARANCES: (continued)

ON BEHALF OF GRAIL, INC.:

 MICHAEL G. EGGE, ESQ.
 MARGUERITE M. SULLIVAN, ESQ.
 ANNA M. RATHBUN, ESQ.
 DAVID L. JOHNSON, ESQ.
 MARCUS CURTIS, ESQ.
 MARILYN GUIRGUIS, ESQ.
 SEAN MULLOY, ESQ.
 SIMON TROCH, ESQ.
 NATHANIEL AMANN, ESQ.
 Latham & Watkins LLP
 555 Eleventh Street, N.W.
 Suite 1000
 Washington, D.C.   20004-1304
 (202) 637-2200
 michael.egge@lw.com

   -and-

 ALFRED C. PFEIFFER, ESQ.

 Latham & Watkins LLP
 505 Montgomery Street
 Suite 2000
 San Francisco, California  94111-6538
 (415) 391-0600
 al.pfeiffer@lw.com

ON BEHALF OF GUARDANT HEALTH AND DARYA CHUDOVA:

 SOPHIA A. VANDERGRIFT, ESQ.
 Sullivan & Cromwell LLP
 1700 New York Avenue, N.W.
 Suite 700
 Washington, D.C.   20006-5215
 (202) 956-7500
 vandergrifts@sullcrom.com

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 045

1267

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

C O N T E N T S

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR |
|----------|--------|-------|----------|---------|------|
| CHUDOVA  |        | 1270  | 1304     | 1309    |      |
| BISHOP   | 1315   | 1360  | 1423     | 1510    |      |

| EXHIBITS | FOR ID | IN EVID |
|----------|--------|---------|
| PX       |        |         |
| None     |        |         |
|          |        |         |
| RX       |        |         |
| None     |        |         |
|          |        |         |
| JX       |        |         |
| None     |        |         |

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 046

1268

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

P R O C E E D I N G S

-  -  -  -  -

JUDGE CHAPPELL:  I understand the parties want to continue the in camera session.  Is that correct?

MS. GOSWAMI:  Yes.  That's right, Your Honor.

JUDGE CHAPPELL:  Before we do that and mute the public line, can I have an updated estimate on how much time you need.

MS. GOSWAMI:  I believe it's still around 45 minutes for the cross-examination pending any redirect by Mr. Gonen.

JUDGE CHAPPELL:  Is there any redirect planned at this time?

MR. GONEN:  Not as of now, Your Honor.

JUDGE CHAPPELL:  All right.

At this time we're going to go into in camera session.

The public who are calling in will be moved into a waiting room.  You will be brought back into the courtroom after we go back into public session.  It sounds like it's going to be 45 minutes to an hour.

I need the lead or questioning counsel for each party to view the list of participants on the Zoom screen and verify that there are no participants in the courtroom who should not be there.

Exhibit 39, page 047

1269

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

If there is anyone who is not authorized to be in an in camera session, you are to instruct that person to use the Raise Hand function in the Zoom screen.  OpenExchange will then move that person to a waiting room.

Go ahead.

MS. GOSWAMI:  Your Honor, I don't see anyone who needs to be moved.

THE WITNESS:  Please --

MR. GONEN:  It looks okay to complaint counsel, Your Honor.

JUDGE CHAPPELL:  Does the witness have a question?

THE WITNESS:  I do.  I have an interference again in the background from some construction on the roof.  If that's interfering with ability to hear me, please let me know.  I will try to relocate myself.  I don't have another option.

JUDGE CHAPPELL:  We'll keep going until the court reporter tells me if she can't hear well enough.

All right, Josett?

THE REPORTER:  Yes, Your Honor.

(Whereupon, the proceedings were held in in camera session.)

                        -    -    -    -    -

Exhibit 39, page 048

1270

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

(The following proceedings were held in

in camera session.)

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 049

1271

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 050

1272

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 051

1273

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

 XX  XXXXXXX

 XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

 XX  XXXXXX

 XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 052

1274

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

   XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

   XX    XXXXXXXXXXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

   XX    XXXXXXXXXXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 053

1275

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

XX    XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 054

1276

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 055

1277

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 056

1278

Trial - Public Record

Illumina, Inc. and Grail, Inc. 8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX    XXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 057

1279

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 058

1280

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 059

1281

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 060

1282

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 061

1283

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 062

1284

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 063

1285

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

Exhibit 39, page 064

1286

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 065

Trial - Public Record

Illumina, Inc. and Grail, Inc.                           8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 066

1288

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 067

1289

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 068

1290

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 069

1291

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

XXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 070

1292

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXX

Exhibit 39, page 071

1293

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 072

1294

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 073

1295

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXX

Exhibit 39, page 074

1296

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX   XXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX   XXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 075

1297

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 076

1298

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1299

Trial - Public Record

Illumina, Inc. and Grail, Inc.                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 078

1300

Trial - Public Record

Illumina, Inc. and Grail, Inc.                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 079

1301

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 080

1302

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

        XXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXX

Exhibit 39, page 081

1303

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXX

XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 082

1304

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 083

1305

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 084

1306

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 085

1307

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 086

1308

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 087

1309

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 088

1310

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXX

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 089

1311

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

XX   XXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 090

1312

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 091

1313

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

(End of in camera session.)

-    -    -    -    -

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 092

1314

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

(The following proceedings continued in public session.)

JUDGE CHAPPELL:  Let me know when the public line is on.

SCOTT:  The public line has been moved in, sir.

JUDGE CHAPPELL:  All right.  Thank you.  You're excused.  You may stand down.

Call your next witness.

THE WITNESS:  Thank you, Your Honor.

MR. MOHR:  Good morning, Your Honor.

Stephen Mohr on behalf of complaint counsel.

Complaint counsel calls as its next witness Mr. Hans Bishop, CEO of GRAIL.

(Pause in the proceedings.)

JUDGE CHAPPELL:  We need a witness and respondents' counsel.

MS. SULLIVAN:  Good morning, Your Honor.

We have requested that the witness join.

JUDGE CHAPPELL:  Okay.

(Pause in the proceedings.)

It looks like the bright sun in the background is causing problems seeing the witness.

SCOTT:  Yeah.  It's always best not to have the sun directly behind you if possible.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 093

1315

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

That's a little better, but if you can move a little more to your left, that would be better, because there's a bit of a glare.

(Pause in the proceedings.)

That's better.

-    -    -    -    -

Whereupon --

HANS BISHOP

a witness, called for examination, having been first duly sworn, was examined and testified as follows:

JUDGE CHAPPELL:  Go ahead.

MR. MOHR:  Your Honor, may I -- thank you.

-    -    -    -    -

DIRECT EXAMINATION

BY MR. MOHR:

Q.  Good morning, Mr. Bishop.

A.  Good morning.

Q.  Mr. Bishop, can you please spell your first and last name for the court reporter.

A.  My first name is Hans, H-A-N-S.  My second name is Bishop, B-I-S-H-O-P.

Q.  Before we proceed, is there any reason you are unable to provide truthful and complete testimony today?

A.  No.

Exhibit 39, page 094

1316

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.  You are currently the chief executive officer of GRAIL; correct?

A.  Yes.

Q.  You became CEO of GRAIL in 2019; correct?

A.  Yes.

Q.  And you joined GRAIL's board of directors about a year before you became CEO; right?

A.  Yes.

Q.  After becoming CEO, you continued to serve on GRAIL's board of directors; right?

A.  Yes.

Q.  As a member of the board of directors, your responsibilities included ensuring that shareholders' interests were represented; right?

A.  Yes.

Q.  As a member of the board of directors, your responsibilities included ensuring that there's good discipline and processes regarding how GRAIL is run and controlled; right?

A.  Yes.

Q.  As a member of the board of directors, your responsibilities included overseeing the quality of the management of the company; correct?

A.  Yes.

Q.  As CEO, you're responsible to the board of

Exhibit 39, page 095

1317

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

directors and run the leadership team at GRAIL; right?

A. Yes.

Q. As CEO, you're responsible for formulating the company's overall strategy?

A. I'm responsible to proposing that to the board, and the board would -- will agree or reject such proposals.

Q. As CEO, your responsibilities included hiring and leading the management team; right?

A. Yes.

Q. As CEO, your responsibilities included working with the management team to develop GRAIL's scientific product plans; correct?

A. Yes.

I just want to make sure you and I have the same meaning of "management team." When you use that phrase, I understand it to mean the people that report to me directly.

I'm responsible for hiring and overseeing that group of people. Obviously, the people that report to me do the same for the people that they hire and report to.

Q. Thank you for the clarification.

As CEO, your responsibilities included working to finance the company; right?

Exhibit 39, page 096

1318

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  Yes.  I'd be one of a number of people that would work on that endeavor.

Q.  As the CEO of GRAIL, you reported to the board of directors of GRAIL; right?

A.  Yes.

Q.  On August 18, 2021, Illumina acquired GRAIL; correct?

A.  I'm not sure from memory that that's the exact date, but I recall it to be a September date, but that may be my mistake.  But during that approximate period last year, the board of directors, yeah, reached an agreement to merge with GRAIL.

Q.  And to clarify, my question isn't as to the agreement to merge but the consummation of the merger, so let me try to ask it more clearly.

On August 18, 2021, so about two weeks ago, Illumina consummated its acquisition of GRAIL; correct?

A.  Yes, that's -- yes.  Sorry.  Now I understand. Yeah.

Q.  GRAIL is now a wholly owned subsidiary of Illumina; right?

A.  Yes.

Q.  GRAIL has an oncology screening test called Galleri; correct?

Exhibit 39, page 097

1319

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.   Yes.

MS. SULLIVAN:  Mr. Mohr, I believe we've lost the judge again.  I'm sorry to interrupt.

MR. MOHR:  No.  Thank you.

(Pause in the proceedings.)

SCOTT:  You're back on, Your Honor.

JUDGE CHAPPELL:  Okay.  Let me see what I missed.

We had another power surge here.

I see that "GRAIL has an oncology screening test called Galleri" and the answer is "Yes."

Next question.

MR. MOHR:  Yes, Your Honor.

BY MR. MOHR:

Q.   Mr. Bishop, GRAIL publicly describes Galleri as a multicancer early detection test; right?

A.   Yes.  We use that phrase.

Q.   For example, GRAIL refers to Galleri as a multicancer early detection test on GRAIL's website; right?

A.   I believe so.

Q.   The Galleri test is based on the discovery that cancer causes abnormal patterns of methylation on a patient's DNA; correct?

A.   Yes.

Exhibit 39, page 098

1320

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

The discoveries on which it's based are broader than that.  It was the conclusion of comparing various discoveries that concluded with the available science today that the methylation -- looking at methylation abnormalities is the preferred way of detecting a cancer signal.

Q.  And specifically, Galleri tries to identify regions of the patient's DNA that are either hyper- or hypomethylated; right?

A.  Yes.  The test includes looking at CPG sites that are either hyper- or hypomethylated, that's correct.

Q.  And the Galleri test seeks to differentiate those hyper- or hypomethylation patterns from what's seen in patients that are healthy; right?

A.  Yes.

Q.  DNA sequencing is a component of GRAIL's Galleri test; right?

A.  Yes.

As you correctly stated, we are not sequencing the DNA.  We're looking -- we're interrogating methylation sites.

Q.  Your view is that GRAIL's Galleri test should be used alongside existing standard of care oncology screenings; right?

Exhibit 39, page 099

1321

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  Yes.

Q.  And that's because standard of care screenings are optimized for detecting single cancers; correct?

A.  Yes.  That's partly why that's our opinion.

The -- it is a correct statement that single-cancer screening tests, the standard of care ones you referred to, are optimized for the single cancer they seek to detect.  And the reason that we believe these tests must be used together is the goal is to intercept the maximum number of cancers possible at an early stage, and by combining Galleri with those single-cancer screening tests we create the best opportunity to identify the maximum number of cancers at an early stage.

Q.  And existing standard of care screenings include screening methods such as colonoscopies; right?

A.  There are several different methods.  That's just one example.  Yes.

Q.  You also intend GRAIL's Galleri test to be used alongside single-cancer blood-based screening tests; right?

A.  Yes.

Q.  And that's because single-cancer tests are optimized for a single cancer sensitivity and therefore

Exhibit 39, page 100

1322

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

are more sensitive at detecting those individual cancers than Galleri is for any individual cancer; right?

A.  Well, that's speculation on your behalf. The -- but the root -- the basis of why we believe that to be the case -- and you'd need to give me examples -- comes from the same idea, that we would hope that a single-cancer test being optimized would have a higher detection rate.

Q.  The intended use population for Galleri is people with an elevated risk for cancer; correct?

A.  Yes.

Q.  From an age perspective, GRAIL's intended use population for Galleri is individuals aged 50 and older; correct?

A.  That's generally correct.

Q.  Galleri became commercially available in the United States in June of 2021; is that right?

A.  Yes.  There were some practices that had access to Galleri shortly before that, but the nationwide launch was in June, as you correctly stated.

Q.  What is the current list price for Galleri?

A.  $949.

Q.  Galleri has not received FDA approval yet; is

Exhibit 39, page 101

1323

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

that right?

A.   Galleri is being made available under a set of regulations called laboratory-developed test.

Q.   GRAIL has not received FDA PMA approval yet; correct?

A.   That's right.

Q.   If Galleri has not received FDA PMA approval yet, how is GRAIL currently selling within the United States?

A.   As I mentioned, by complying with a set of regulations, often referred to as LDT, that is the route to market that a very significant number of diagnostic tests are first made available to the public and doctors.

For example, the most commonly used genetic test to look for abnormalities in the babies of pregnant women was and is made available as an LDT.

Q.   GRAIL's Galleri test is not currently covered by Medicare; is that right?

A.   That's right.

Q.   And Galleri is not widely reimbursed by private insurers yet either; right?

A.   To my knowledge, it's not reimbursed by any private insurers as of today.

Q.   You're aware that a bill has been introduced in

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 102

1324

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

Congress this year called the Medicare MCED Screening Coverage Act?

A.   Yes.

Q.   You have advocated for this legislation; correct?

A.   What do you mean by "advocated"?

Q.   You've -- you support the passage of this legislation; is that right?

A.   Yes.  We believe that the passing of this legislation would be a very meaningful improvement for citizens getting access to tests that could reduce deaths from cancer.  Yes, we're advocates of that.

Q.   And why do you support passage of the Medicare MCED Screening Coverage Act?

A.   Because we believe that it is reasonable that CMS should have the authority to reimburse cancer tests once approved -- cancer early detection tests once approved by FDA.

Q.   So if it were enacted, the Medicare MCED Screening Coverage Act would provide for Medicare coverage of an FDA-approved test; right?

A.   I believe that's correct.

Q.   I'd like to step back now from the present to about one year ago to focus on the summer of 2020 for a little bit.

Exhibit 39, page 103

1325

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Okay?

A.   Yes.

Q.   GRAIL was considering an initial public offering in 2020; correct?

A.   Yes.

Q.   As part of exploring an IPO, GRAIL engaged in a number of meetings with a range of potential investors; right?

A.   Yes.

Q.   These initial investor meetings were referred to as NDRs; is that right?

A.   Yes.   I believe the earliest meetings in those preparations you're referring to would most likely be called NDRs, meaning or shorthand, if you will, for non-deal roadshow.

Q.   And there were more than forty NDR meetings; right?

A.   I don't recall.

Q.   You participated in pretty much all of the NDR meetings; is that right?

A.   I participated in a great many of them.   Yes.

Q.   Following the NDR meetings, GRAIL engaged in a second set of meetings with possible investors called TTW meetings; is that right?

A.   That's right.

Exhibit 39, page 104

1326

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.  And "TTW" refers to testing the waters; is that right?

A.  That's right.

Q.  And as CEO of GRAIL, you presented to -- you presented in many of these meetings as well; right?

A.  Yes.  I participated in many of them.

Q.  And besides yourself, other GRAIL executives who participated in these meetings included Dr. Josh Ofman, Matthew Young, Aaron Freidin and Arash Jamshidi; is that right?

A.  Yes.  Not each of those people, from memory, participated in each meeting, but those people were frequently in attendance at those meetings.

Q.  And these meetings took place in July and August of 2020; right?

A.  I don't remember precisely, but around that time.

Q.  During an in camera session of this examination I'll ask you some more specific questions about these presentations for which Respondent GRAIL is seeking in camera treatment.

Now, stepping forward a bit, as part of preparing for a possible IPO, GRAIL eventually filed a form with the Securities and Exchange Commission called a Form S-1; right?

Exhibit 39, page 105

1327

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  That's right.

Q.  And GRAIL filed this form S-1 in September of 2020; correct?

A.  You would need to show me the document to remind me of the exact date.

Q.  The process to create the Form S-1 document was rigorous; right?

A.  Yes.

Q.  It was reviewed by internal experts at GRAIL; right?

A.  Yes.  That's correct.

Q.  It was reviewed by both finance and legal at GRAIL; correct?

A.  Yes, that's correct.

Q.  It was reviewed by external experts as well; right?

A.  That's correct.

Q.  And you assisted with the process of preparing the S-1; right?

A.  Yes.  I was one of the reviewers.

Q.  And you tried to ensure that the information contained in the S-1 was accurate; right?

A.  Of course.

Q.  Because GRAIL has an obligation to be truthful in the S-1; right?

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1328

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.   Of course.

Q.   And you paid particular attention to risk factors, the general section that describes GRAIL, and how GRAIL sees its products developing; right?

A.   I paid particular attention to ensuring the overall process content was all of the highest standard.

Q.   After filing an initial Form S-1 with the SEC, GRAIL filed an amended S-1 shortly thereafter; right?

A.   I believe that's correct.  I don't recall what the timing to all was, so I can't comment on "shortly."

Q.   Subsequent to filing the amended version, no one has told you that there are any inaccuracies in the amended Form S-1; right?

A.   Not to my recollection.

Q.   I'd like to take a look at the amended Form S-1 now.  Mr. Bishop, I would like to show you Exhibit PX 4082.

Your Honor, it has been admitted into evidence on JX 02.  It's identified on its cover page as GRAIL's amended Form S-1 as filed with the U.S. Securities and Exchange Commission and is dated September 17, 2020.

Now, the amended Form S-1 was filed with the SEC just three days before Illumina and GRAIL signed a merger agreement; correct?

Exhibit 39, page 107

1329

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

A.   Again, you would need to show me the document. My memory of dates is not that precise.

Q.   And looking at page 005 here, this is the cover sheet to the filing, and it states it's the amended Form S-1 registration statement.

Can you see that?

A.   Yes.  Amendment Number 1 to Form S-1.

Q.   And underneath that, it lists you as CEO on the cover sheet; correct?

A.   Yes.  I see that.

Q.   And you signed the amended Form S-1; correct?

A.   I believe that's correct as well.

Q.   First I'd like to show you page 009 of the exhibit.

Do you see the heading on the middle of the page "Our multi-cancer early detection test - Galleri"?

A.   Yes.

Q.   And there's an entire section of the Form S-1 that describes GRAIL's Galleri test; right?

A.   Would you like me to read it?

Q.   Do you know if there's a section on the Galleri test in the Form S-1?

A.   Do I -- do I know if there is -- well, I'm sure there is, but I'm asking you which bit you want me to review.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 108

1330

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

Q.  I'll show you in one minute.  I was just asking generally if there was a section on the Galleri test.

So if we can turn to page 011, this is in part of that section discussing Galleri.

Do you see the second sentence of the first paragraph on page 001 [sic] states, "Our market research indicates that there is a significant addressable market opportunity we can access even before approval under traditional fee-for-service Medicare reimbursement.  While such approval would be needed for broad-based adoption, we expect such approval will take several years to obtain, if at all. In the interim, we will pursue our initial market representing a significant segment of the overall early detection market of 107 million individuals between the ages of 50-79 in the United States"?

Do you see that?

A.  I do.

Q.  And the term "broad-based adoption," that refers to coverage of Galleri by Medicare and private insurers; right?

A.  I believe it does.

Q.  And so GRAIL represented to potential investors in its Form S-1 that it estimated the overall early

Exhibit 39, page 109

1331

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

detection market to be approximately 107 million individuals in the United States; right?

A. No. I don't think that's what we were saying. I think we were saying exactly what the sentence says. In the interim, i.e., in advance of broad-based reimbursement, there was the market opportunity that's described on this page that included approximately a hundred million individuals.

Q. So just to clarify, Mr. Bishop, is it your understanding that the representation to investors was that the segment that GRAIL would be pursuing in the interim was 107 million individuals?

A. Yes. It's listed clearly on this page. That's what I believe this is saying. I can't see the bottom number, but you can see the channels that we initially would talk to are large, self-insured employers, progressive, integrated health systems, and then physician-directed channels, with the approximate size of each of those channels. I believe if you add those together you get to roughly that number.

Q. And the first channel listed here is large, self-insured employers; correct?

A. Yes.

Q. And with the national launch of Galleri this summer, GRAIL is currently trying to sell Galleri to

Exhibit 39, page 110

1332

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

large, self-insured employers; correct?

A.   Yes.

Q.   Without going into any confidential details in this public session, GRAIL has signed contracts with some employers already to use Galleri; right?

A.   Yes.

Q.   And the second channel listed here is progressive, integrated health systems.

Do you see that?

A.   I do.

Q.   And what does "an integrated health system" refer to?

A.   It's an imprecise term, but it generally I believe is intended to mean a number of things, that it can be a health system that includes various different provisions of care ranging from primary care to hospital-delivered care and may also include payers.

Q.   GRAIL is currently trying to sell Galleri to progressive, integrated health systems; correct?

A.   To some of them.  Yes.

Q.   Without going into any confidential details right now, GRAIL has signed contracts with some health systems to use Galleri; right?

A.   Yes.

Exhibit 39, page 111

1333

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.   And the third channel listed here is physician-directed channels, including concierge practices and executive health programs.

Do you see that?

A.   I do.

Q.   What is a concierge practice?

A.   It's often a term used to describe primary care practices where the members of that practice or the patients pay a fee to get preferred access to highly qualified doctors.

Q.   GRAIL is currently trying to sell Galleri to the physician-directed channel, including concierge practices and executive health programs; right?

A.   That's correct.

Q.   Without going into any confidential details right now, GRAIL has signed contracts to process Galleri tests prescribed by physicians at some concierge practices and executive health programs; right?

A.   You used the term "signed contracts."  I'm not sure that's technically the correct term, but I think it is correct to say that we are selling to concierge practices.

Q.   If we could please now turn to the page 012 of the Form S-1, Exhibit PX 4082.

1334

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

If we look at the bottom of the page, do you see the heading "Potential enhancements to Galleri and DAC"?

A.  Yes.

Sorry.  Let me just move my camera -- my picture here so I can read it all.

Q.  Just let me know when you're ready.

A.  Thank you.

(Document review.)

Yes, I've read it.  Thank you.

Q.  Sure.

And "DAC" refers to GRAIL's diagnostic to aid cancer tests; is that right?

A.  Yes.  It's shorthand for diagnostic aid for cancer.

Q.  And that test is not yet commercially available in the U.S.; is that right?

A.  That's right.

Q.  And looking under that heading, the first sentence, do you see it says, "We seek to continually enhance the performance and features of our tests, and invest in enhancing our core targeted methylation platform through improvements designed to achieve higher efficiency and scalability"?  Do you see that?

A.  I do.

Exhibit 39, page 113

1335

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

Q.   What does "methylation platform" refer to?

A.   I believe it refers to the scientific understanding we have related to methylation abnormalities and our ability to detect those abnormalities and use them to make a detection of cancer.

Q.   And where GRAIL stated here the term "through improvements designed to achieve higher efficiency," "higher efficiency" means higher test performance; right?

A.   Well, they're both broad terms.  Actually, the paragraph goes on.  I don't think it's a complete sentence.  We might not be looking at all of it, but it goes on to talk about some of the further performance improvements we're looking to deliver.

Q.   Without going into any confidential details of ongoing internal efforts at GRAIL, is it fair to say that GRAIL is currently engaged in multiple efforts to try to improve its Galleri test?

A.   Yes.  I think that's a fair statement.

Q.   And I'd like to turn now to the Risk Factors section of the Form S-1.

And you paid particular attention to the Risk Factors section of the Form S-1 when you reviewed it; correct?

Exhibit 39, page 114

1336

Trial - Public Record

Illumina, Inc. and Grail, Inc.                    8/31/2021

A. As I said, I paid attention to making sure that the overall process and quality of the document in its entirety. I do believe that the risk factor section is a very important one of the overall document.

Q. And I'd like to show you page 015 of the Form S-1.

And you see it has the heading Risk Factors at the top of this page?

A. Yes, I see that.

Q. And then if we look about halfway down the page, do you see that one risk GRAIL identified in its Form S-1 was that GRAIL relies on Illumina, Inc. as a sole supplier for GRAIL's next-generation sequencers and associated reagents? Right?

A. Yes.

Single-supplier risks are always something that investors should understand, and here in this paragraph we talk about multiple single-supplier risks that we have.

Q. And GRAIL uses an Illumina NGS machine as a component of the Galleri test; right?

A. It depends what you mean by "component," but we do absolutely use Illumina sequencers to run our test.

Q. And specifically, GRAIL uses the Illumina

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 115

1337

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

NovaSeq sequencers to run its Galleri test; right?

A.  I believe that's right.  Yeah.

Q.  And single-source supply can be a risk for multiple reasons; right?

A.  That's right.

Q.  But Illumina is the only sequencer that GRAIL has validated its technology on; right?

A.  I believe that's right.

Q.  And specifically, all of the analytical validation and regulatory compliance documents that GRAIL has been required to compile to show its tests work have been done on Illumina sequencers; correct?

A.  That would be beyond my knowledge.

For example, all of the regulatory compliance work, I don't have that level of detail knowledge.

Q.  Mr. Bishop, do you recall testifying in your IH that all of the analytical validation and regulatory compliance documents that GRAIL has been required to do to show its tests work have been done on Illumina sequencers?

A.  I may have.  I mean, certainly the first part of that statement I know, i.e., all of the analytical validation.

Q.  And if Illumina becomes unavailable to GRAIL, GRAIL doesn't have a validated alternative; right?

Exhibit 39, page 116

1338

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.   I believe that's right as well.

Q.   If GRAIL were to substitute to a non-Illumina sequencer, GRAIL would have to do its analytical validation process on the new platform; right?

MS. SULLIVAN:  Objection.  Lacks foundation.

THE WITNESS:  Again, I'm not sure I'm the right technical expert --

JUDGE CHAPPELL:  Hold on, hold on.  When there's an objection, hold on from answering.

Well, he just told us he's not the right expert.  Do you want to respond, rephrase or move along, Counselor?

MR. MOHR:  Thank you, Your Honor.  I'll rephrase.

BY MR. MOHR:

Q.   Do you know, if GRAIL were to substitute to a non-Illumina sequencer, whether GRAIL would have to do all of its analytical validation process on the new platform?

A.   I don't know the answer to that.

Q.   Do you recall testifying in your investigational hearing that if GRAIL were to substitute to a non-Illumina sequencer, GRAIL would have to do all of its analytical validation on the new platform?

Exhibit 39, page 117

1339

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

A.  Again, you'd need to show me my testimony, sir, but I don't know.  I can't recall whether I used the words exactly as you phrased them to me, "all of."

Q.  But do you know, if GRAIL were to substitute to a non-Illumina sequencer, GRAIL would have to do at least some of its analytical validation on the new platform?

A.  I think that's a -- I think that's a reasonable assumption.  I'd again reinforce that I'm not the deepest technical expert on this subject.

Q.  If we can turn to page 034, please, of the Form S-1.

And if we zoom in on the top paragraph, do you see the first sentence here in this S-1 reads, "Our current suppliers, including Illumina, Streck or Twist, may also discontinue or substantially change the specification of products that we utilize in our products"?

A.  Yes, I see that.

Q.  And what type of products does Streck provide?

A.  They provide a particular form of blood collection tube.

Q.  And then the third sentence in this paragraph reads, "Transitioning to a new supplier for this equipment or these materials would be time-consuming

Exhibit 39, page 118

1340

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

and expensive, could result in interruptions in or otherwise affect the performance specifications of our laboratory operations and sample processing or could require that we revalidate our products and, if we receive FDA clearance or approval for our products, could require a new submission to [the] FDA and other regulatory bodies to approve or clear such changes."

Do you see that statement in the Form S-1?

A.   Yes.  I'm just reading the context of that.

(Document review.)

Yes, I see the sentence on here.  Yeah.

Q.   And this statement in the filing means that if GRAIL received FDA approval for Galleri using Illumina sequencers and subsequently switched away to a third-party sequencer, GRAIL might need to submit a new FDA filing; right?

MS. SULLIVAN:  Objection.  Lacks foundation.

JUDGE CHAPPELL:  Could you rephrase that question.  I'm not sure it's clear.

MR. MOHR:  Yes, Your Honor.

BY MR. MOHR:

Q.   Do you know if GRAIL would need to submit a new FDA filing if it received FDA approval for Galleri using Illumina and subsequently switched to a different company's sequencer?

Exhibit 39, page 119

1341

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

A.   I don't believe I'm the right expert to answer that question.

Q.   Do you agree that a risk identified for potential investors in the S-1 was that switching suppliers, including Illumina, might result in the requirement of submitting a new -- of making a new submission to the FDA?

A.   I think our understanding of the risks are as written in the sentence you've highlighted for us. Transitioning to a new supplier for the equipment or materials listed above could take time, could be expensive, could result in interruptions and, as it goes on to say, could require that we revalidate our products if we receive FDA clearance or approval for those products, so it's speculating on a number of scenarios.

Q.   As far as you're aware as the CEO of GRAIL and someone who reviewed the Form S-1, this representation in the Form S-1 was accurate; right?

A.   Yes.

Q.   If we could turn to page 036, please.

And do you see the -- the heading there, another risk that GRAIL identified in its Form S-1 was that its "business and results of operations will suffer if we fail to compete effectively"; right?

Exhibit 39, page 120

1342

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  Yes, I see that.

Q.  And in the first sentence under this heading, GRAIL described the testing and diagnostics products industry as intensely competitive; right?

A.  I see that.  Yes.

Q.  And GRAIL identified a number of competitors in its Form S-1; right?

A.  Yes.

Q.  And competitors that GRAIL identified to potential investors included Thrive; right?

A.  The statement here I think says it as we understand it, that as you've read, and it speculates about potential future scenarios.

Q.  And just so my question is clear, GRAIL represented in its Form -- identified in its Form S-1 Thrive as a competitor in the United States and abroad; right?

A.  Yeah.  I think you need to read the whole paragraph to get the context of what we're saying.

Q.  And another competitor that GRAIL identified to investors in its Form S-1 was Guardant; right?

A.  Again, I'll read it in the context of the paragraph, but yes, we mentioned them here.

Q.  And you also mentioned Singlera here; right?

A.  Again, in the context of the paragraph.

Exhibit 39, page 121

1343

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

Q. And you also mentioned Freenome here; right?

A. Again, within the context of the paragraph.

Q. And GRAIL noted in that second sentence that some of these competitors have stated "they are developing tests designed to detect cancer, including some that will use cfDNA [sic] analyses like ours."

Do you see that?

A. I see that.

Q. And GRAIL's Galleri test uses cfDNA analysis; right?

A. Yes. It says that they are developing tests designed to detect early cancer, and some of those use cell-free nucleic acids as part of their analysis.

Q. Moving on, we can pull this excerpt down.

GRAIL also discussed its FDA plans regarding Galleri in the Form S-1; correct?

A. I think it depends what you mean by it discussed its -- it discussed its FDA plans.

Q. Well, we can go to some specific pages in a minute, but generally speaking, and without getting into any confidential material that we can cover in the in camera session, GRAIL plans on seeking FDA approval for its Galleri test; right?

A. In the future, yes.

Q. And one of the reasons GRAIL plans on seeking

Exhibit 39, page 122

1344

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

FDA approval is that FDA approval will likely be a prerequisite for getting broad-based reimbursement for Galleri; right?

A.   I agree with that.

Q.   And if we can look at some of the discussion of the FDA in the Form S-1, if we can please turn to page 047.

And if we look at the first full paragraph there, do you see that the first sentence reads, "We are engaged in ongoing discussions with FDA regarding the data that will be needed to support a successful PMA for a multicancer test for our planned indications, including whether we would need to provide additional analyses and information beyond that which we are currently planning to produce based on the designs of our current and planned clinical trials [sic]"?

Do you see that?

A.   Yes.  Let me just read it for a moment, please.

(Document review.)

Okay.

Q.   What does "PMA" stand for here?

A.   Premarket authorization or approval.  I forget the last one.

Q.   And early -- earlier this morning, you

1345
Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

testified regarding how Galleri is currently available as an LDT; right?

A.   That's right.

Q.   How is PMA approval different from LDT?

A.   It's an entirely set -- it's an entirely different set of requirements.

Q.   And GRAIL currently intends to go through the FDA's PMA process; right?

A.   Correct.

Q.   GRAIL currently has employees who are working on obtaining a PMA for Galleri --

A.   That's right.

Q.   -- correct?

And GRAIL employees have engaged in discussions with the FDA regarding a possible PMA application for Galleri; right?

A.   Yes.  I think that's a fair characterization.

Q.   And if we can please turn to the next page, page 048, of the Form S-1.

And if we look at the top, it notes that the FDA has provided feedback regarding how it plans to assess the safety and effectiveness of Galleri based on potential intended use statements.

Do you see that?

A.   Let me just read it, please.

Exhibit 39, page 124

1346

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

Q.  Yep.

(Document review.)

A.  Okay.  Thank you.

Q.  Without getting into confidential information, what does the term "intended use statements" refer to?

A.  It talks about the utility of the test and why it should be used.

Q.  And a little further down on this page, GRAIL notes, "We have incorporated certain FDA feedback into our ongoing [clinical] evidence generation program and our ongoing PATHFINDER study."

Do you see that?

A.  Yes.  You added the word "clinical," but otherwise I agree with what you just read.

Q.  I'm sorry.  I didn't mean to, but thank you for clarifying.

What does "PATHFINDER" refer to here?

A.  That's the name of a clinical trial.

Q.  And is that clinical trial currently ongoing?

A.  It's fully enrolled and results have been reported out.  There is a -- there is a one-year follow-up period, so the final results are yet to be read out.

Q.  How many other studies is GRAIL currently conducting involving Galleri?  And again, only asking

Exhibit 39, page 125

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

for publicly disclosed information, not anything
confidential, Mr. Bishop.

A.   The answer is several, and I may not remember
all of them from memory.  If you want me to give you an
incomplete list of some of the bigger, more important
ones, I'm happy to attempt to do that.

Q.   Yes.  So if you could please list the ones that
come to mind, that would be helpful.  Thank you.

A.   We're doing a large, real-world evidence study
in the United States.  We're also doing a large trial
in the United Kingdom.

Q.   All right.  We can take this exhibit down.

And during an in camera session, I may follow
up with some questions that relate to exhibits and
testimony for which respondent has sought in camera
treatment related to those topics.

Now, GRAIL filed an amended Form S-1 with the
Securities and Exchange Commission on September 20- --
I misspoke, so let me start again.

GRAIL filed the amended Form S-1 with the SEC
on September 17, 2020; right?

A.   Again, I don't remember the date.  You did show
it to me earlier, but I'm sure -- you know, so I'm
happy to look at that again.

Q.   Well, do you agree that GRAIL agreed to a

1348

Trial - Public Record

Illumina, Inc. and Grail, Inc.                    8/31/2021

merger with Illumina just three days later, on September 20, 2020?

A.   Again, I can't be as precise as "just three days later," but certainly during that month I believe it's right that that's when the board of directors made the decision to merge with Illumina.

Q.   And as a result of merging with Illumina, GRAIL obviously did not pursue the IPO; correct?

A.   That's right.

Q.   Now, about eleven months later, on August 18, 2021, Illumina consummated the transaction with GRAIL; right?

A.   I believe that's right.

JUDGE CHAPPELL:  Okay.  Let's hold on.  We've been going over two hours.  Let's take a short break.

We will reconvene at 12:00 noon.

We're in recess.

(Recess)

JUDGE CHAPPELL:  Okay.  We're back on the record.

Continue questioning.

MR. MOHR:  Thank you, Your Honor.

BY MR. MOHR:

Q.   Mr. Bishop, before the break, I was asking you some questions about the consummation of the merger

Exhibit 39, page 127

1349

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

between Illumina and GRAIL, and I wanted to continue there.

Certificates of merger with respect to the Illumina-GRAIL transaction have been filed with and accepted by the Secretary of State of the State of Delaware; correct?

MS. SULLIVAN:  Objection.  Lacks foundation.

THE WITNESS:  Yeah.  I'm not sure I'm the legal expert to be precise on documents that were filed.

JUDGE CHAPPELL:  Sir, if there's an objection, you need to refrain from answering until I rule on it.

THE WITNESS:  My apologies, Your Honor.

JUDGE CHAPPELL:  Respond or rephrase.

MR. MOHR:  Yes, Your Honor.

BY MR. MOHR:

Q.  Mr. Bishop, do you know if certificates of merger with respect to the transaction between Illumina and GRAIL have been filed with and accepted by the Secretary of State of the State of Delaware?

A.  I know that the legal process -- legal processes required to close the merger have been completed.

Q.  Upon the closing of the merger, GRAIL, Inc. ceased to exist; correct?

Exhibit 39, page 128

1350

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  I believe that's correct.

Q.  GRAIL's successor is GRAIL, LLC; right?

A.  I also believe that's correct.

Q.  And GRAIL, LLC is a wholly owned subsidiary of Illumina, Inc.; right?

A.  I also believe that's correct.

Q.  Did GRAIL's board of directors approve the closing of the transaction with Illumina?

A.  Again, as I'm not a lawyer, sir, I'm not sure you've phrased that in the right technical way.  But as a nonlawyer, if you're asking me did the GRAIL board agree to complete the merger with Illumina, I believe the answer to that is it did.

Q.  As a member of GRAIL's board of directors, did you support completing the merger with Illumina?

A.  Yes.

Q.  Now that the merger with Illumina is complete, what is your current position at GRAIL?

A.  I remain in post as the CEO of GRAIL.

Q.  Now that the merger with Illumina is complete, what are your responsibilities as the CEO of GRAIL?

A.  The same as they were before.

Q.  Now that the merger with Illumina is complete, who do you currently report to?

A.  My understanding of that is I no longer report

Exhibit 39, page 129

1351

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

to the GRAIL board of directors, I do not report to Illumina as we entered a hold-separate agreement with the European Union, and I will and our company will be subject to oversight from some soon-to-be-appointed observers.

Q.  Now that the merger with Illumina is complete, does GRAIL's board of -- does GRAIL continue to have its own board of directors?

A.  To my knowledge, it does not.

Q.  You testified earlier that in September of 2020 Illumina and GRAIL reached a merger agreement; correct?

A.  Yes.

Q.  And Illumina and GRAIL made an amendment to the original merger agreement on February 4, 2021; is that right?

A.  You'd have to remind me of the specifics.

Q.  Generally speaking, you know, early in 2021 did Illumina and GRAIL enter into an amendment to the original merger agreement?

MS. SULLIVAN:  Objection.  Lacks foundation.

THE WITNESS:  Yeah, I --

JUDGE CHAPPELL:  Hold it.

THE WITNESS:  Sorry.

JUDGE CHAPPELL:  Do you want to rephrase or

Exhibit 39, page 130

1352

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

respond?

MR. MOHR:  Yes, Your Honor.

BY MR. MOHR:

Q.  Do you know if Illumina and GRAIL have made any amendments to the original merger agreement?

A.  I'm not sure.  You'd have to remind me.

Q.  The merger consideration to GRAIL included a mixture of cash, stock, and contingent value rights; correct?

A.  That's right.

Q.  The total cash consideration paid to GRAIL's stockholders was approximately $3.5 billion; correct?

A.  I believe that's the approximate number.

Q.  And now that the merger has closed, has this cash actually been paid to GRAIL's stockholders?

MS. SULLIVAN:  Objection.  Lacks foundation.

JUDGE CHAPPELL:  I think we can expect this man being the CEO to have this information, and if not, he'll let us know.  That's overruled.

THE WITNESS:  So I think it depends on whether various shareholders have filed certain paperwork.

BY MR. MOHR:

Q.  What was the total stock consideration paid to GRAIL's stockholders?

A.  You'll need to show me the number, but it's the

Exhibit 39, page 131

1353

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

balance minus the cash number you mentioned up to a transaction value that was approximately $8 billion, although that number includes the ownership that Illumina already had.

Q.  So the total transaction value was approximately $8 billion; is that right?

A.  As measured by the common accounting standards, I believe that's correct.

Q.  Has the amount of the total transaction value to be paid to GRAIL stockholders changed from the initial merger agreement on September 20, 2020 to when the transaction closed on August 18, 2021?

A.  So what do you mean by has the amount changed?

Q.  Did GRAIL stockholders receive a greater amount of consideration --

A.  I see.

Q.  -- on August 18 compared to the amount in the initial merger agreement?

A.  As I mentioned, when they receive it -- I think you used the date August 18 -- is a function of whether they've completed all of the required paperwork.

There was a mechanism in the merger agreement -- I believe it's referred to as a cap and a collar -- that does and did influence the total merger consideration based on where the Illumina share price

Exhibit 39, page 132

1354

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

sat within that cap and collar range.

Q.   Did Illumina offer GRAIL any additional considerations in order to close the merger on August 18, 2021?

JUDGE CHAPPELL:   Can you make that more specific, what you mean by additional consideration?

MR. MOHR:   Sure.  Yes, Your Honor.  Certainly.

BY MR. MOHR:

Q.   Did Illumina offer to increase the amount of consideration to be paid to GRAIL's stockholders beyond the amount from the initial merger agreement in exchange for GRAIL agreeing to close the transaction on August 18, 2021?

A.   My understanding is the economics associated with the close were fully consistent with the merger agreement.

Q.   I think you also testified that contingent value rights were also issued to GRAIL's stockholders as part of the consideration; correct?

A.   Yes, sir.  That's right.

Q.   If I use the term "CVR," will you understand me to be referring to contingent value rights?

A.   Yes.

Q.   Do you know if CVRs have been issued to GRAIL's stockholders yet?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 133

1355

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.   Again, subject to the stockholders completing their required paperwork, I believe those CVRs, as you refer to them, are issued at the same time that stock is transferred to the said investor.

Q.   And you personally received financial compensation when Illumina acquired GRAIL; correct?

A.   Correct.

Q.   Including cash, stock, and CVR rights, approximately how much compensation did you receive?

A.   I can't give you a precise number as the taxation pieces are still being worked on, but it's a very significant number.

Q.   Can you give me your estimate of that total compensation on a pretax basis?

A.   I don't know the pretax number.  I can give you a very broad estimate of the post-tax number.

Q.   What is your best estimate of that post-tax number?

A.   I believe it's going to be over a hundred million dollars, including the accounting value of the CVR.

Q.   And CVR rights are a component of consideration that GRAIL's shareholders will receive related to future product revenues associated with GRAIL's products and technologies; correct?

Exhibit 39, page 134

1356

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.   I believe, sir, that's correct about -- for products I know it's correct.  I'm not sure what you meant by the term "technologies."

Q.   Well, generally speaking, the CVR right is a right to receive future product revenues earned by GRAIL; correct?

A.   Again, broadly correct.  I believe how I would summarize my understanding, it is -- the CVR is GRAIL's shareholder -- a GRAIL shareholder right to receive financial consideration based on the sales of GRAIL products current and future.

Q.   And you received CVR rights as part of your compensation; right?

A.   Yes.

Q.   And specifically, the CVR right gives its holder the right to receive a portion of quarterly payments in an amount equal to 2.5 percent of GRAIL revenues up to $1 billion plus 9 percent of revenues in excess of a billion dollars; right?

A.   I believe that's right.

Q.   So the amount of the CVR payment to a CVR holder increases as GRAIL's revenue increases; right?

A.   Yes.

Q.   And the CVR right payments are payable for twelve years; is that correct?

Exhibit 39, page 135

1357

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.   I believe that's also correct.  Yes.

Q.   And when negotiating the merger agreement with Illumina, you wanted the CVR rights to be part of the consideration because GRAIL's shareholders wanted a benefit from the upside potential of GRAIL's business; right?

A.   Well, I would characterize the GRAIL board's desire to have a CVR right as part of the general overall valuation of the deal and what we thought was a fair and reasonable deal for our shareholders.

Q.   The existing -- the existence of these CVR rights reduces the amount of revenue that Illumina will receive from any sales of Galleri; correct?

A.   I -- I would not characterize it that way.

Q.   Well, GRAIL is a wholly owned subsidiary now of Illumina; correct?

A.   Yes.

Q.   And revenue that otherwise would be retained by GRAIL, a subsidiary of Illumina, is now being paid out to the CVR holders; correct?

A.   Again, I don't agree with the way you're characterizing it.  It doesn't impact the revenue that Illumina books.  I'm not an accountant, but I'm pretty sure that's a correct statement.

     Like a royalty, for example, it does -- it does

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 136

1358

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

impact the P&L of the products, but I don't believe it's a correct statement to say it reduces the revenue that Illumina books.

Q.   And I apologize, Mr. Bishop.  I'm not an accountant either, so my questions are -- that was not as precise.

So to make sure I understand, like a royalty, the existence of the CVR payments does impact the P&L for GRAIL products.

A.   I believe that's a more accurate statement. Yes.

Q.   And then a minute ago you mentioned the -- a hold-separate arrangement; correct?

A.   Yes.

Q.   Although the merger has been consummated, GRAIL is currently being held separate from Illumina; is that right?

A.   Yes.

Q.   And you're aware that Illumina unilaterally offered to enter into the hold-separate agreement with the European Commission?

A.   I wasn't any part of the negotiations between Illumina and the European Commission, so I have no knowledge as to whether it was unilateral or not.

Q.   Are you aware that the European Commission has

Exhibit 39, page 137

1359

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                   8/31/2021

stated publicly that it is investigating whether GRAIL's consummation of the merger with Illumina violated the European Commission's standstill order?

A.   I have read in the press a report about a European Commission or Union investigation but not with the degree of detail that you added.

Q.   What plans, if any, does GRAIL currently have to deal with the possibility that the European Commission determines that the hold-separate agreement that Illumina and GRAIL have in place is insufficient or illegal?

A.   GRAIL has no plan.  It's a concern I believe of our owner, not of GRAIL.

MR. MOHR:  Your Honor, the remainder of my examination involves exhibits and testimony for which Respondent GRAIL has sought in camera treatment.  And therefore, at this time I can either move into an in camera session or defer to Your Honor how you would like to -- the examination to proceed.

JUDGE CHAPPELL:  Ms. Sullivan?

MS. SULLIVAN:  Yes, Your Honor.

JUDGE CHAPPELL:  Are you prepared to do your non-in camera examination --

MS. SULLIVAN:  Yes, Your Honor.

JUDGE CHAPPELL:  -- at this time or do you want

Exhibit 39, page 138

1360

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

to wait?

Let's go ahead and do that since the public is on the line.

MS. SULLIVAN:  Thank you, Your Honor.

In addition to cross-examining Mr. Bishop, respondents also call Mr. Bishop affirmatively in their case.

JUDGE CHAPPELL:  Which means you can go beyond the scope; correct?

MS. SULLIVAN:  Correct.

JUDGE CHAPPELL:  I'm asking you; right?

MS. SULLIVAN:  Yes, Your Honor.  Thank you.

JUDGE CHAPPELL:  Thank you.  Go ahead.

I'm just letting everybody know so we don't get those objections.

MR. MOHR:  Understood, Your Honor.

             -    -    -    -    -

                CROSS-EXAMINATION

BY MS. SULLIVAN:

    Q.  Good morning, Mr. Bishop.

I want to start by talking about your experience in oncology.

You testified that you became the CEO of GRAIL in 2019; is that right?

    A.  Yes.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 139

1361

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.  Before you became the CEO of GRAIL, what experience have you had in oncology?

A.  I would say that the majority of my career has been involved with oncology.

Q.  Have you worked with other companies in the oncology space?

A.  Yes.

Q.  What are some of those companies?

A.  Prior to joining GRAIL, I was the cofounder and CEO of a company called Juno Therapeutics which was developing blood cancer therapies.

Prior to Juno, I was the chief operating officer at a cell therapy company called Dendreon, which was developing a prostate and had approved a prostate cancer therapeutic.

Prior to that, I was the president of specialty medicine at Bayer that most significant part of my responsibilities oversaw an oncology portfolio.

And prior to that, I was global commercial head of a biotech called Chiron that also had an important treatment for cancer.

Q.  Are you a member of any boards today?

A.  Yes, I am.

Q.  What boards are you a member of?

A.  I'm the chairman of a board -- of a company

Exhibit 39, page 140

1362

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

called Sana Biotherapeutics which is developing treatments, including cancer.

I'm a member of the board of directors of Lyell Immunopharma, again, another cancer therapeutics research and development company.

I'm also on the board of a company called JW Therapeutics developing blood cancer drugs.

And the final public board I'm on is of Agilent Technologies, which is a scientific instrument and reagent company.

Q.  So let's shift gears a little bit and talk about GRAIL.

Could you tell us a little bit about GRAIL.

A.  GRAIL is a company whose single mission is to detect cancer early when the chances of cures are greatly increased.

Q.  How did the company start?

A.  Well, like many great scientific endeavors, with interesting data and curiosity.

It started at Illumina.  And the triggering event was a curious pathologist who noticed in data from pregnant women some very unusual sequences.  And she discussed these sequences with the then chief medical officer of Illumina, who was a very experienced oncology expert.

1363

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

And they both concluded these unusual data from these pregnant women pointed to the fact that they may have cancer.  And they followed up with these patients' physicians.  And regretfully, many of them did.  I understand, thankfully, with the opportunity to intervene earlier.

And that, that event, posed this question, well, might it be possible to actually detect cancer in the blood when it's still completely asymptomatic, and that was the triggering event that led Illumina to form GRAIL.

Q.   And when Illumina formed GRAIL, what did it do with the company?  Did it hold the company or spin it out?  What did it do?

A.   It recognized that -- I wasn't there, so I'm, you know, sharing with you what I've been told -- that it was an enormously risky endeavor and it would be right to form a separate company.

It very generously funded the company, arguably even more generously started it with some of its best scientists and engineers, and also granted it certain technology rights.

Q.   When Illumina formed GRAIL as a separate company, do you know what the ownership structure was?

A.   I don't.  I don't recall the ownership

Exhibit 39, page 142

1364

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

structure at the beginning.

Q.  Do you know whether at some point the ownership structure changed?

A.  Yes.  It was -- it was higher at the beginning, and a year or two after the formation, the ownership structure reduced by a meaningful margin.

Q.  When did you decide to become the CEO of GRAIL?

A.  I was invited by the board about a year after I joined the board, so that would have been in the middle of 2019 I believe.

Q.  And why did you decide to become the CEO of GRAIL?

A.  Because I believe if GRAIL is successful, it can make an enormous contribution.  I believe we have the opportunity to reduce the suffering from cancer and the deaths from cancer, and rather uniquely in my career, it can do that at -- in a much more cost-effective manner.

JUDGE CHAPPELL:  Mr. Bishop, at this point in the record, could you summarize for us the educational and career history that led you to be GRAIL's CEO.

THE WITNESS:  Yes, Your Honor.

I'm trained as an organic chemist.  I've spent the vast majority of my career in biotechnology and

Exhibit 39, page 143

1365

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

pharmaceuticals.

I started my career at a company called GlaxoSmithKline.  I spent some period at SmithKline as well.

From there I went on to be the head of Europe for a biotechnology company called Chiron, and my responsibilities expanded to then be the global commercial head of Chiron.

After Chiron was sold to Novartis, I moved to be the president of specialty medicine at Bayer.

From there I went to be the chief operating officer at Dendreon.

I was then an executive in residence at Warburg Pincus before cofounding and being the CEO of Juno Therapeutics.

And after that, I formed a new oncology company called Sana that I referred to earlier.

And those are the key events right before, before joining GRAIL.

JUDGE CHAPPELL:  So, if I followed that correctly, all of these firms you were working for were in medicine or I suppose pharmaceuticals except the Wall Street firm Warburg Pincus?

THE WITNESS:  Yes, Your Honor.

JUDGE CHAPPELL:  Thank you.

1366
Trial - Public Record
Illumina, Inc. and Grail, Inc.                              8/31/2021

BY MS. SULLIVAN:

Q.  Mr. Bishop, what are your responsibilities as CEO?

A.  They're broad.

I'm effectively the most senior manager in the company.  I'm responsible for hiring and managing the most senior leaders of the company.

And my broad duties involve many things, including ensuring the company is financed, ensuring that we have a compelling strategy, including that we successfully execute the operating plans to deliver against that strategy, to include that we're fully compliant with all the necessary guidelines and regulations, to include we have a culture that brings out the best in our staff, and now as a commercial company provide excellent service to the doctors and patients we serve.

Q.  So what has GRAIL accomplished since you became CEO?

A.  I would highlight a few things.

The first and very important in my mind is we have validated the performance of Galleri.  We have done that in a trial that was approved by the FDA.

We have built all of the infrastructure, laboratory infrastructure, necessary to reliably

Exhibit 39, page 145

1367

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

deliver that test in full compliance with all of the regulatory requirements of running such a test in a lab.

We've -- we've also made important scientific progress with two new products that sit in somewhat different intended use populations.

And importantly, we've just made the Galleri test available to doctors and their patients for the first time.

Q.  Has most of the time been spent on R&D since you've been CEO?

A.  Yes.

Q.  Is GRAIL finished with R&D?

A.  Far from finished.  The investments we need to continue to make in R&D continue to be very significant.

Q.  So what's next for the company?

A.  Well, multiple things.  We're at a very delicate and risky inflection point as we transition from a company that up until recently was exclusively an R&D company.

We're now a commercial company, and that comes with, you know, many new challenges.  It comes with the need to build different types of teams.  It comes with the responsibility to serve customers.

Exhibit 39, page 146

1368

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

We also need to continue to develop our technologies, both our screening technologies and the other new types of tests that we're working on.

Q.  You mentioned that GRAIL has built the lab structure to reliably deliver its Galleri test in compliance with regulatory requirements.

Are there regulatory hurdles that GRAIL will still need to overcome as it transitions to a commercial company?

A.  Yes.  Yeah.  There are many.

Q.  Can you describe those?

A.  Yes.

We -- as we talked about with our colleague earlier, we intend to seek a PMA approval with FDA. That's a long and complicated process and very necessary for getting American citizens access to our test.

We'll have to go through equivalent processes all around the world to get patients outside of the United States access to our technology.

We're also having to build a brand-new laboratory.  There are several reasons for that, including making sure we have the capacity to meet future demand and also because we have as a very high priority reducing the cost of our test, and so we're

Exhibit 39, page 147

1369

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

investing heavily in robotics and other improvements.

All of those things happening at this new lab will also need to go through their own regulatory approvals.

Q. You said that a PMA is necessary to get broad patient access.

Why is that?

A. Because we're obviously concerned that given the price of our test, everyday Americans won't be able to afford it. And getting regulatory approv- -- getting a PMA approval is a prerequisite to getting the payer and insurance coverage that would make this test accessible to everyday people.

Q. Will the clinical trials that GRAIL has already completed be sufficient for Galleri -- I'm sorry -- for Galleri to obtain a PMA from the FDA?

A. We don't believe they will.

Q. Why not?

A. Well, first of all, I'll acknowledge it's a question that's difficult to be precise on because FDA's data requirements are not something that are written precisely in a document and may change over time. But our own understanding is that we need to supplement data we have in hand with data from some additional, very large clinical trials which we're

Exhibit 39, page 148

1370

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

investing in running.

Q.   If GRAIL is able to obtain FDA approval for Galleri, based on your experience, what impact will that have on the company's ability to commercialize Galleri at scale?

A.   I think it will have a very substantial positive impact.

Q.   Why is that?

A.   For the reasons we talked about.  If we're -- could you repeat the question, please, just to check I've got the context correct.

Q.   Yes.

If GRAIL is able to obtain FDA approval for Galleri, what impact will that have on the company's ability to commercialize Galleri at scale?

A.   It will have a very substantial impact because that FDA -- that particular type of FDA approval is a prerequisite to getting payer coverage, and having our test covered on patients' insurance is a prerequisite, in my view, to broad-scale adoption.

Q.   And based on your experience, what do you expect the impact will be on patients if GRAIL is able to overcome that challenge?

A.   It will be very -- the impact will be very significant in a positive way.

Exhibit 39, page 149

1371

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

Regretfully, many cancers in this country are still diagnosed when it's very difficult or impossible to cure them.  And if we can offer patients all over the country, regardless of their financial means, a test that will enable their doctors to detect cancers in earlier stage and we create a substantial shift towards early stage diagnosis, that will have great benefits to patients' probability of surviving cancer, it will likely reduce the cost of treatments those patients have to fund, and so it will have a very significant impact.

Q.  In your view, as CEO, what is the best way to ensure that GRAIL can overcome the challenges it's facing as it transitions to be a commercial company?

A.  Well, I believe that the most important things have already been done.  We've reduced many of the risks associated with our standalone company by becoming part of Illumina.  And that will -- being part of Illumina will reduce our risks and increase the likelihood we're successful and efficient in multiple different ways.

Q.  And will being part of Illumina enable GRAIL to accomplish its goals faster?

A.  Yes.

Q.  Why?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1372

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.   There are many reasons.

First of all, Illumina is a globally respected and experienced company when it comes to dealing with regulatory authorities, so I believe it increases our chances of success to be successful with our PMA and indeed even the timing of it.  I believe that's also true with regulatory agencies all over the world.

We need to embark, as I touched on, on substantial scaleup to our capacity, and I believe Illumina's experience and success in endeavors like that and opening labs and producing really complicated equipment will help us with that scaleup, including innovations we need to make our technology faster and cheaper to run.

I believe their commercial experience will derisk our company and speed up our success.  They know many customers around the world that have a deep interest in our field, and I believe it will be faster for us to access those customers as part of Illumina.

I also believe that as a standalone company that we'll be losing money for an extended period of time.  There is always a very meaningful future financing risk.  And being part of a stable, successful company such as Illumina will give real predictability to the ongoing investments we need to make in our

Exhibit 39, page 151

1373

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

people and our technology.

Q.  So let's talk more about Galleri, the cancer screening test that GRAIL has developed.

This is the first test that GRAIL has developed; is that right?

A.  Yes.  That's correct.

Q.  Could you please describe at a high level what the test is.

A.  Yes.

Galleri is a blood test that's intended to detect a cancer signal and enable therefore the earlier diagnosis and treatment of cancer.

The test works by looking at abnormalities in methylation regions in DNA that comes from a tumor and being able to identify that as distinct and separate from healthy tissue.

The test today detects more than 50 types of cancer.  It does so with a very low false positive rate, which is very important to the healthcare system and patients.

And in addition, it also offers the doctor insight into the cancer -- the tissue origin of the cancer, which enables the doctor to decide, when they have a patient with a positive Galleri test, to quickly decide what type of diagnostic follow-up is

1374

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

needed.

Q.  You said that Galleri detects more than 50 types of cancer.

How many of those cancers currently have screening tests available?

A.  Only five.

Q.  Which are those five?

A.  Prostate, cervix, breast, colon and lung.

Q.  Mr. Bishop, I'm going to show you an exhibit that's marked RX 2770, which has already been entered into evidence on JX 2.

Do you recognize this document?

A.  Yes.

Q.  What is it?

A.  This is a poster that summarizes data from a clinical trial -- I just need to move my picture again -- it summarizes a clinical trial that was presented at the American Society of Clinical Oncology in June of this year.

Q.  And what was that clinical trial?

A.  The clinical trial is referred to as CCGA.

Q.  If someone wanted to know the list of the 50-plus cancer types that Galleri detects, could he or she determine that from this slide?

A.  Yes.  They are broken out in detail and named

Exhibit 39, page 153

1375

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

individually, yes, in the middle panel of this poster.

Q.   Are there cancer types that Galleri does not detect?

A.   There are some rare cancers that we yet have sufficient data on which to make performance claims.

One of the things we've discovered, which is a really important insight into cancer, when you're looking at the signal we do is that the cancer signal, the abnormalities we're looking at are actually shared between many different types of cancer.  And that's why our machine learning algorithm has been able to detect cancers we haven't even trained it upon.

So, to your question, there are cancers that we have insufficient data on which to say we can detect them today, but we're optimistic with more data we will continue to identify cancers beyond those on this list.

Q.   You can put that down.

So let's walk through the process a person who wants to take the test goes through.

First of all, who makes the decision of whether to take the Galleri test?

A.   The -- a doctor makes a decision as to whether or not it's appropriate to prescribe Galleri.

Q.   And then how is the test administered?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 154

1376

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

A.  Once the doctor has prescribed the test obviously and the patient has agreed, then we need a blood sample.

That blood sample may be taken by a nurse in the doctor's office or the patient may go to a third-party blood collection service like, for example, Quest who we have a nationwide partnership with.

Then that blood sample is sent to our laboratory today in Northern California where the sample is processed.

And once the test is complete, we return the results to the patient's doctor, who then communicates the results to the patient.

Q.  If the blood is drawn in a lab like Quest, does the sample still have to be sent to GRAIL's facility in Northern California?

A.  Yes.  All of the samples regardless of where they're drawn, including, to your question, Quest, they must be mailed -- sent -- they're sent to our lab in Northern California.

Q.  Why is that?

A.  That's the single lab that's qualified to run the test.

Q.  And you mentioned earlier that GRAIL is building a second lab; is that right?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 155

1377

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  Yes.

Q.  Let's put up RDX 5-1.

JUDGE CHAPPELL:  I have a question about the -- you said that a doctor orders the test right now?

THE WITNESS:  Yes, Your Honor.

JUDGE CHAPPELL:  If insurance isn't paying any of it and someone wants to foot the bill, is there any reason why any individual can't just take the test without a doctor being involved and the copay and all that?

THE WITNESS:  We only -- there is no -- we do not provide any facility for a patient to self-order the test.  The order form can only be completed by a registered physician.

JUDGE CHAPPELL:  All right.

BY MS. SULLIVAN:

Q.  Is this an image on the bottom left-hand side of the lab that GRAIL is building?

A.  Yes.

Q.  And why are you building a second lab?

A.  For several reasons.

First of all, we want to invest in additional test capacity to meet anticipated future demand.

Secondly, we're investing very heavily in new

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 156

1378

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

technology, including robotics, to reduce the cost of the test and I hope speed up the turnaround time of the test.

We also want to make sure that we have the uninterrupted ability to run clinical trials, and that will likely, with success with this lab, create new capacity at our current lab to support clinical trials.

Q.   How big of an undertaking is building a new facility to a company like GRAIL?

A.   It's a huge undertaking.  I mean, it comes at enormous expense.

It requires us to hire a workforce in an entirely different part of the country.

It means that all of our quality systems need to be upgraded to oversee now, you know, two different technical sites.

And with this particular lab, of course we need to make progress with automation as well, which is a technically challenging task.

Q.   When do you expect to finish building the lab in North Carolina?

A.   Well, finish comes in various phases.

Towards the end of this year we expect to be in final validations for our first set of objectives with

Exhibit 39, page 157

1379

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

this new laboratory.  But we'll -- there will be milestones ahead of us for several years associated with it.

Q.  What are the first set of objectives?

A.  Around validating the laboratory for the purposes of supplying Galleri.

Q.  And what are the other milestones in the future that you were referring to just now?

A.  They include additional build-outs for additional capacity.  They include obviously getting the final regulatory approvals.  They include understanding new configurations associated with new versions of the test and higher degrees of automation.

Q.  We can put that down.

So now let's go back to the process that Galleri goes through.  You said that the blood is sent to GRAIL's facility in Northern California, and it is processed.

Let's put up RDX 5-2.  This is a demonstrative.

Mr. Bishop, if you could walk us through the process that Galleri goes through to test the blood, that would be helpful.

A.  So the first step is we take a tube of the patient's blood and we go through a series of

Exhibit 39, page 158

1380

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

chemistry steps to isolate the DNA from that tube of blood.

From there there is another chemical step called bisulfite conversion, and this is a step designed to essentially preserve the methylation signature or the epigenetic signature associated with that DNA.

We then move into a step that's called library preparation where plates are loaded with different samples from different patients, and there's a technology used that will allow us to always associate the sample with a particular patient.

There is then a series of steps that enrich the signal that comes from the patient sample.

We then run the sequencing step that is measuring the methylation.

Duplexing and alignment is then separating out the results that we do before we run the methylation call.

We then run our computer algorithm called classification which makes the determination as to whether a cancer signal is detected or not.

And then finally, there are a series of quality control steps, for example, to ensure that no samples have been contaminated.

1381

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

And when that's complete, the results can be approved by a lab director and reported back to the physician.

Q.   And Galleri uses Illumina's sequencing machine to perform the sequencing step that's reflected on the top right side of this slide; is that right?

A.   Yes.

Q.   And you testified earlier it's the NovaSeq?

A.   I believe that's right.

Q.   Why does GRAIL use Illumina's sequencing technology?

A.   Well, as I mentioned earlier, the insight into the spark that led to the creation of GRAIL was data generated on an Illumina sequence.  All of the earlier research was conducted on it, and we've just stayed with the technology we know and that works.

Q.   Does Galleri need reagents and other consumables as well?

A.   Yes.  Running the Galleri test requires a wide range of other reagents and consumables.

Q.   Does GRAIL get all of those inputs from Illumina?

A.   No.

Q.   Does Illumina have any role in running the Galleri test?

Exhibit 39, page 160

1382

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

A.  None.

Q.  So why don't we put that slide down and we can talk about the results.

You indicated that a report is generated after the test is run; is that right?

A.  Yes.

Q.  And where is that report sent?

A.  To the patient's physician.

Q.  What information is contained in the report?

A.  The report is a number of pages.  It's very information-rich.

The primary information that's reported is firstly has a cancer signal been detected or has no cancer signal been detected.

If a cancer signal has been detected, we also make a prediction about the cancer signal of origin.

The report also contains a lot of detail about the test's technical performance.  That includes a measure called sensitivity.  That includes a measure called specificity.  And it includes a measure called positive predictive value or PPV.  And many of the measures I just mentioned there are also reported out by individual cancer type.

Q.  Could you explain what sensitivity is.

A.  Yes.

Exhibit 39, page 161

1383

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Imagine you have a hundred samples in your laboratory that you know all correlate with a patient that has cancer.  Sensitivity is the percentage of those cancers that your test would detect.

For example, you have a hundred samples you all know from patients that have cancer.  If the test detected 80 of them, that would correlate to a sensitivity of 80 percent.

Q.  What is Galleri's sensitivity?

A.  Galleri's sensitivity can be measured in different ways.

We prespecified 12 cancers that are particularly important because they account for two-thirds of all cancer deaths in the United States, and our test detects a little bit less than 70 percent of those 12 cancers.

When you look at all 50 cancers that the test can generate, we detect just under 45 percent of those.

Q.  Do you know how those numbers compare to any existing screening methodologies like mammograms or stool sample tests?

A.  Well, technically, that's a real apples-to-pear comparison.  Let me explain why.

Single-cancer tests clearly only detect a

Exhibit 39, page 162

1384

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

single cancer, and so you have a single point estimate of their sensitivity.  But with a multicancer test, the only way you measure sensitivity is by averaging, so those numbers I just gave you were averages across 12 cancers or averages across 50 cancers.

But the -- what specificity is really designed to do is tell you the cancer detection rate, so if you have a single-cancer detection test that has a specificity of 50 percent or a competing one that has a specificity of 70 percent, the 70 percent one would detect more cancer.  That math does not work with a multicancer test.

So, for example, if you think about a hundred patients getting our test, you may think, well, we'll detect more cancers if we just look for the 12, 70 percent sensitivity, less cancers if we look for the 50, 45 percent sensitivity.  That arithmetic is incorrect.

So at lower sensitivity but looking for many more cancers, the absolute amount of cancer we detect goes up.  And that's why that's an apples-to-pears comparison.  When you're thinking about multicancer tests, you really need to think about the cancer detection rate.

Q.  You also mentioned that the Galleri reports on

Exhibit 39, page 163

1385

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

the positive predictive value of the test.

What is positive predictive value?

A.   It's a very important measure.  Effectively, what it means is, if a patient has a cancer screening test and the cancer screening test is positive, what percentage of those patients really have cancer.

So I can give you some examples if you'd like.

Q.   Please.

A.   So the most commonly used test -- cancer detection test done today obviously is mammography.  If you ask what the PPV of a mammogram is, a positive mammogram, it's less than 5 percent.

So a woman having a doctor tell them, We've got a positive finding on your mammogram, less than 5 percent of those women actually have cancer, but of course they all need to be worked up.

The positive predictive value of Galleri I'm pleased to tell you is over 40 percent.

Q.   And you said that all of the patients need to be worked up in your last answer.

Is it important to have a low false positive rate?

A.   It's very important for several reasons.

I mean, first of all, avoiding enormous stress. I mean, no one wants to have a cancer screening test

Exhibit 39, page 164

1386

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

that's positive, you know, be living with the fear that they may have cancer, only then to find out they don't.

Secondly, patients that have a positive cancer screening test, as I mentioned, will be investigated. And to varying extents, those investigations come with medical risk, and so clearly the lower the false positive rate, the lower the medical risk of the diagnostic evaluation.

And thirdly, economic. Most of the money we spend in the United States today on those five cancer screening tests I told you about, most of the money we spend is not on the tests. It's actually working up the false positives they generate.

So the lower the false positive rate, the lower the unnecessary stress, the lower the risk of investigational harms, and the lower the wasted money on unnecessary work-ups.

Q. You said earlier that Galleri predicts the cancer signal of origin.

What did you mean by that?

A. It's a feature of the test that will point the doctor to the right follow-up investigation.

So, for example, in a Galleri positive test, the test will predict that signal, and it will be

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 165

1387

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

reported to the doctor as, for example, ovary or lung or prostate, and so now the doctor is put in the position where he or she can decide the follow-up, the most appropriate follow-up investigation to make.

Q.  How accurate is Galleri in identifying the cancer signal of origin?

A.  We're correct -- the test is correct approximately nine times out of ten.

Q.  And to be clear, does a doctor using Galleri need to do a body scan to identify the cancer signal of origin?

A.  In certain patients they may choose to, but it's not a necessary requirement for many patients.

Q.  So Galleri can identify the cancer signal of origin just through the blood?

A.  Yes.  And then the appropriate workup associated with that cancer signal of origin.

Many cancers, for example, can be confirmed with an ultrasound as the diagnostic resolution.  I mean, ultimately patients will then get a biopsy, but that step needs -- that step has to have a diagnostic confirmation.

Q.  How important is it that the Galleri test identifies the cancer signal of origin, from your perspective?

Exhibit 39, page 166

1388

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  I believe it's very important.

Q.  Why?

A.  Because it makes the test easier to use for the physician.  It therefore speeds up the likely time from a cancer signal detection to either a cancer or no cancer diagnosis.  And it can reduce the need for unnecessary work-ups, including unnecessary whole-body imaging, which is expensive and sometimes comes with exposure to radiation.

Q.  To your knowledge, are there any early detection liquid biopsy tests other than Galleri available to be purchased today?

A.  I don't believe there are.

Q.  Are you familiar with other early detection liquid biopsy tests in development?

A.  Yes.  There are several.

Q.  How are you familiar with them?

A.  As part of my job, you know, I have -- you become familiar of them through colleague -- expert colleagues in our office, through reading the literature, through reading press reports, through reading reports on data presented at medical meetings.

Q.  So you said that there are several.

Can you identify them?

A.  Yes.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 167

1389

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

To be clear, your question was broad.  It was cancer early detection tests, so not multicancer early detection tests.  Presumably you want me to answer cancer detection tests.

Q.  Correct.  Using liquid biopsy.

A.  Yeah.

So let me start then with some examples of blood tests, liquid biopsy, that are being developed for the detection of single cancers.

The two most advanced I believe are in the field of colorectal cancer detection, with the most prominent from a company called Guardant, and there's -- there is another one from a company called Freenome.

Then there are two companies I'm aware of that are at the research and development stage of developing different forms of multicancer early detection tests, and that would include a company called Thrive, part of Exact Sciences, and a Chinese company called Singlera.

Q.  Let's start with Guardant.

What more do you know about that test other than that it is focused on colorectal cancer?

A.  Well, context first.

It's very important that patients above a

1390

Illumina, Inc. and Grail, Inc.                                    8/31/2021

certain age get a colonoscopy.  We can massively reduce the number of people dying of colon cancer by doing that.  It's one of the most preventable forms of cancer when detected early.

Regretfully, physicians aren't always successful at convincing a patient to have a colonoscopy, and so in that case, they're still very focused on trying to understand if there are other ways of detecting early signs of colon cancer.

So Guardant are developing a blood-based test that a -- particularly in patients that can't use colonoscopy or won't use colonoscopy will give the doctor a chance to catch any early colon cancers.

Q.  Have you read any publications that indicate that the test Guardant is developing will detect any cancers other than colorectal?

A.  The test I'm referring to is a single-cancer focused test.

Q.  Do you expect Guardant's test to compete against Galleri if Guardant ever makes its test available to the market?

A.  No.

As I said earlier, it is very important for patients that they continue to get screened for those five single cancers we talked about.

Exhibit 39, page 169

1391

Trial - Public Record

Illumina, Inc. and Grail, Inc.                              8/31/2021

And the reason that we should not use Galleri instead of any of those single tests is because those single tests are optimized for detecting those single cancers.  They have a higher detection rate than we do for those individual cancers.

And the clinical goal here is to maximize the number of cancers we detect early.  And we do that by using Galleri in conjunction with single-cancer screening tests.

Remember, most of Galleri's benefit will be for the first time our ability to detect any one of those 45 cancers for which there is no early detection.

And let me just give you some numbers to support this.

Single-cancer detection tests today intercept about 15 percent of all cancers at an early stage, 15, 1-5.  If you add Galleri alongside them, we have the potential now to detect up to 50 percent of all early-stage cancers, and so it's very clear these things should be used in combination.

JUDGE CHAPPELL:  I have a question in that regard.

You said there are I guess single-target cancer tests for various organs; correct?

Exhibit 39, page 170

1392

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

THE WITNESS:  Yes, Your Honor.

JUDGE CHAPPELL:  And then you went over the I guess accuracy rate of the Galleri test.

Can you tell me, how does the accuracy of Galleri compare to those tests that are testing for five types of cancer?

THE WITNESS:  Yes.

So, Your Honor, without exception -- and I will add some editorial about lung in a moment -- but without exception, the single-cancer tests used today for prostate, cervix, breast and colon -- and I can list the particular tests that are regarded as standard of care today -- their detection rate for those single cancers at their specificity is higher than the detection rate for those individual single cancers that the Galleri test has.

That's the essential reason why these tests should be used alongside each other.

JUDGE CHAPPELL:  And you said except for lung. Is that a special case?

THE WITNESS:  Thank you, Your Honor.

So lung cancer screening today is limited to patients that have a heavy smoking history, yet 70 percent of lung cancers occur outside of that group.  And the Galleri test will be used -- will

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 171

1393

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

report results outside that group, so there you would have another apples-to-pears problem.

The sensitivity of lung cancer screening available today is really only relevant to patients with a 30 pack-year history of smoking, whereas the Galleri test can be used in smokers and nonsmokers.

JUDGE CHAPPELL:  Thank you.

BY MS. SULLIVAN:

Q.  Now, let's talk about Freenome.  That was the other single-cancer liquid biopsy test that you mentioned that is in development.

What do you know about Freenome's test?

A.  That they have a similar objective to develop a blood-based test.  They have some different technological approaches.  But it's essentially a blood-based test designed to detect colorectal cancer.

Q.  Have you read anything that suggests that Freenome will be able to detect any cancers other than colorectal?

A.  Not with that test.

Q.  Have you read anything to suggest that Freenome has another test in development that will be able to identify other cancers?

A.  No.

Many companies, I should add for completeness,

1394

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

do make general statements about in the future they intend and hope to do research in the multicancer detection field, but your question was about data, and I'm not aware of that.

Q.  Do you expect to compete with Freenome when or if its test ever becomes available?

A.  No.  For the same reasons we've covered, that they should be used in combination.

Q.  You also mentioned that there are two companies that you're aware of that are in research and development stages of multicancer early detection tests.

You mentioned, the first one I believe you said, Exact; is that right?

A.  Yes.  Exact, who also acquired a company called Thrive.

Q.  Do you know how many cancers Exact's test will detect?

A.  It's difficult to answer that because their public statements say that following the results they reported on their last clinical trial, they're making modifications to that test, and I've not seen -- I don't think there are any publicly available data on the test that they're now researching.

The last reported results from them, their most

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 173

1395

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

advanced test, reported I believe on approximately eight or ten different types of cancer.

Q.   Have you seen anything published that shows a higher number of cancers detected by Exact's test in development?

A.   There was an earlier version of the test that may have been higher, but those results were not replicated in that second trial I referred to.

Q.   What do you mean by that, that they weren't replicated?

A.   So, many companies report initial data on a research version of a test.  Often those early data can be from quite small studies.  And then they try and replicate that test in a bigger, more accurate clinical trial, and their performance degrades.  That's been seen very frequently in the science reported in this field.

Q.   And so you said that you have not seen anything published that shows a higher number of cancers since that initial publication; is that right?

A.   The most advanced publication I believe reported approximately eight to ten cancers detected.

Q.   You've been in life sciences for a long time.

     In your experience, at what point in a test's development are there typically publications?

Exhibit 39, page 174

1396

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  Well, at different stages.

People report early results from early technology, and then as they get a degree of confidence that that technology is viable, they generally then do bigger studies and report on those, so different studies at different stages.

Q.  And when a company has not published on viable technology, what does that mean to you?

A.  Well, that would be extraordinary.  If a company had promising scientific data, in my career experience, it would always publish it.

Q.  Do you recall reading anything else about the Exact test in development?

A.  They've reported on two different technologies.  It's unclear which of them they're taking forward.

The major trial they reported on, the larger one, was actually -- yes, many things -- was a very complicated protocol.  The results they reported included the necessity for two sequential tests separated by a few months, then a panel of doctors reviewing the entire patient record, and that panel of doctors then deciding whether the patient should be recommended to have a PET-CT scan.

So that trial reported on a complicated set of

Exhibit 39, page 175

1397

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

medical events, you know, beyond just conducting two sequential screening tests.

Q.  Did anything that you read indicate that Exact's test detected the cancer signal of origin?

A.  In this most recent publication, no.  I don't recall that it did.

Q.  Do you expect the Exact test in development to compete with Galleri if it ever becomes available for purchase?

A.  That's really not possible to understand at this point in time because we don't know what the performance features of such a test may be.  And you know, in medicine you can have different products in the field, but if their performances are quite different, they can be just -- the doctors can decide to use them in very different patient groups.

Q.  Now, you also mentioned Singlera as a company that is undertaking research and development on some form of a multicancer early detection test.

Is that right?

A.  Yes.

Q.  What do you know about Singlera's test?

A.  We know what's been published from some clinical trials conducted in China.  Our technical -- our scientists follow those data carefully and are

Exhibit 39, page 176

1398

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

somewhat concerned that these data have some confounding factors, so my less expert view would be these -- these are very early data and there's still a lot of work to do to understand -- better understand their technology.

Q.   What do you mean by the fact that the data have is to confounding factors?

A.   Yeah.  Again, this is the view of our scientists.

Let me give you an example.

The way that blood tests looking for a cancer signal work -- and this is the case with Singlera's technology -- is they look for different types of signal that come from the tumor that is present in the blood.

And as tumors grow and become more advanced, they get bigger, and the cells die at a faster rate, and so the amount of signal in the blood increases as the tumor advances and gets bigger.  And that's why it's almost universally the case that the cancer signal detection rate is higher in patients with advanced cancers.

And one of the confounding factors our scientists were concerned about in the Singlera data is they did an experiment where they looked at patients

Exhibit 39, page 177

1399

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

with advanced, bigger tumors that -- and ones that had been growing for several years versus ones that had only been diagnosed more recently and were less advanced, and there was no difference in the signal detection rate.

Q.   And what did that tell you about the status of the development efforts relating to that test?

A.   Well, our scientists conclude that there's a good bit more work to do because it's difficult to explain that data pattern with the biology as we understand it, and it suggests, as I say, a confounding factor, which are not unusual in early clinical trials.

Q.   Do you expect that Singlera's test in development will compete with Galleri if it ever becomes available to purchase?

A.   Again, I -- I don't know.  We haven't seen any advanced data, so it's not -- I don't think it's possible to know.

Q.   What about a test that might detect two cancers or three cancers?  Would you expect Galleri to compete against a test like that?

A.   Again, it's very difficult to answer that question, almost impossible, because it would depend on which cancers.

Exhibit 39, page 178

1400

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

For example, if those two or three, the majority of them or all of them were standard of care screening cancers, the best thing to do would be to use it in combination.

Q.  What if they were liquid biopsy early detection tests?

A.  Well, what I can say about my knowledge of this is, as a man, there is a one-in-two chance -- lifetime chance of getting cancer.  As a woman, there is a one-in-three lifetime chance of getting cancer.

The one thing that is unknowable for all of us is which type of cancer we're going to detect.  It can be one of 50.

And the risk of getting cancer as I've just summarized is very high, but we have no understanding of which type of cancer.  That's why I believe the more cancers a test can detect, the greater the clinical benefit for society and the patient, and so, you know, one that detects a smaller number, even if they're not -- even if they're in a different set than standard of care cancers, would be much less helpful, other than if maybe you've got a patient, for example, where you have reason to believe that they are at very high elevated risk because of their medical history.

And so now, as a doctor, you're not worried

Exhibit 39, page 179

1401

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

about your one-in-two or one-in-three risk, you're really worried about one particular cancer because of a genetic risk factor or something in your medical history.

Q. In your view, is GRAIL competing today against any of these companies that we've been discussing?

A. No.  We're the only multicancer detection test on the market.

Q. You testified initially that GRAIL recently became -- I'm sorry -- Galleri recently became available to purchase; is that right?

A. Yes.

Q. Are there particular types of potential customers that GRAIL has focused on?

A. The three groups we're focused on are large, self-insured employers, integrated health systems, and then finally some limited directed-physician channels, often called concierge practices.

Q. Let's put up a demonstrative, RDX 5-3.

And I believe you testified about these three channels earlier, so we don't need to go back over it, but are these the three channels that GRAIL is focusing on?

A. Yes.

Q. Why is GRAIL focusing on these three potential

Exhibit 39, page 180

1402

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

categories of customers?

A.   Because we believe that these are areas where our test can be adopted even though it's not yet covered by a patient's insurance.

Q.   And why is that?

A.   Because in large, self-insured employers, the employer can make the decision as to what healthcare coverage and benefit they extend to their employees. And there are many examples of self-insured employers purchasing healthcare technologies or services that they believe are to the benefit of their workforce that aren't yet covered by standard insurances.

Q.   And why do -- go ahead, please.

A.   Yeah.  I've finished my answer to that group.

Q.   And what about the concierge practice group? Why has GRAIL decided to focus on that category?

A.   These are -- the patients that choose to pay for access to these practices are the patients that are most focused on their health and health maintenance, and they also have the financial means to pay for the test themselves.

Q.   And what about health systems?

A.   Well, the subset of health systems we believe, the ones that are particularly interested because they have this integrated responsibility to all different

Exhibit 39, page 181

1403

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

parts of managing a disease, we believe they'll be interested at least to evaluate the technology in some very elevated risk populations because of the longer-term future benefit of early cancer detection.

Q. Does GRAIL hope to sell Galleri to customers beyond these three categories in the future?

A. Yes.

Q. How does GRAIL plan to accomplish its goal of making Galleri available beyond these three categories?

A. Well, most importantly, we -- there are several things we need to do, but most importantly I would argue we need to be successful with a PMA approval with FDA as a prerequisite to then seeking broad-based reimbursement, which will make the test accessible to many more patients than are in these starting channels.

Of course, we also need to succeed in what -- different ways of getting the cost of our test down so it's affordable by insurers. And we also need to make sure that we've got the production capacity to make the test -- be able to deliver this test in higher volumes.

Q. You mentioned that GRAIL is -- I'm sorry. Excuse me. Strike that.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 182

1404

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

You mentioned that Galleri is currently $949; is that right?

A.  Yes.

Q.  What is GRAIL's goal for the price of Galleri long-term?

A.  I'd rather not share a commercially confidential plan in the public forum if I -- if I'm -- if I'm -- if I may, I would like to answer that confidentially.

Q.  Certainly.

Does GRAIL plan to reduce the price of Galleri?

A.  Yes.  We think that's very important for our long-term future.

Q.  How does GRAIL plan to reduce the price of Galleri?  If you can say in public.

A.  Well, there are a number of -- there are a number of ways we do that, by the way, many of them intrinsic to becoming part of Illumina.

As part of Illumina, I think we'll scale faster, and scale brings cost benefits.

Investing in automation and robotics, which again, as an amazing engineering company, Illumina can help us with.

By developing future versions of the test that

Exhibit 39, page 183

1405

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

reduce the need, the amount of sequencing we have to use.

And also other cost inputs into the manufacturing of the test.

Q.  You also testified that GRAIL hopes to sell Galleri outside the United States; is that right?

A.  That is right.

Q.  How does GRAIL plan to accomplish that objective?

A.  Well, we don't know yet.  Sorry.  I should say, as part of Illumina, this becomes a very practical proposition.

Before the Illumina transaction, this was something that we had extraordinary limited plans on because we didn't have the team or financial resources to contemplate that outside of one market, which is the United Kingdom, where we do have plans.

Q.  And why is this a practical proposition as part of Illumina?

A.  Illumina has established operations and the relevant teams of experts and laboratories in certain instances in many countries around the world.

Q.  In your view, does the Illumina acquisition put GRAIL in a position to sell Galleri more broadly faster?

Exhibit 39, page 184

1406

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

A.  Absolutely.

Q.  Why?

A.  There are many reasons.

I mean, first of all, selling Galleri more broadly, you know, outside the United States will have a series of country-specific regulatory approvals.  We don't have a team today that has any experience of that.  Illumina already has those people.

Secondly, to supply a particular country requires you to have a business and capabilities in that country.  And outside of the U.K., we don't have any offices around the world.  Illumina has many.

Thirdly, the financial resources and engineering expertise to build the infrastructure that's needed on top of what they already have is a much easier step than as a standalone company today with a very limited footprint outside the U.S.

Q.  You can take down this slide.

You testified earlier that GRAIL considered an IPO before it decided to be acquired by Illumina; correct?

A.  Yes.

Q.  How many times did GRAIL consider the IPO route?

A.  I think in the company's history it's

Exhibit 39, page 185

1407

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

contemplated it three times.

Q.  Why was GRAIL contemplating an IPO the last time?

A.  Because of our ongoing needs for substantial amounts of capital to run our operations.

Q.  When was GRAIL approached by Illumina?

A.  I believe the first conversations were approximately, you know, summer of 2020.

Q.  So was GRAIL considering an IPO at the same time it was considering being acquired by Illumina?

A.  Yes.

Q.  Did any companies other than Illumina express an interest in acquiring GRAIL?

A.  It depends what you mean by "express an interest."  There was at least one other company I'm aware of that was contemplating it and running analyses, what I'm aware of, but the process only resulted in an offer from Illumina.

Q.  So that company did not make an offer?

A.  It did not.

JUDGE CHAPPELL:  You may have answered this before, but prior to the merger, other than the percentage retained by Illumina, was GRAIL owned by private shareholders?

THE WITNESS:  Yes, Your Honor.

Exhibit 39, page 186

1408

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

JUDGE CHAPPELL:  Not a public company.

THE WITNESS:  There -- there were a number of shareholders, Your Honor, mostly large pharmaceutical companies, that did have a shareholding in GRAIL alongside Illumina, but the balance -- the majority shareholders were the normal mutual funds and private investors.  But there were some other -- there were some other public companies, as I say, pharmaceutical companies, that were also shareholders.

JUDGE CHAPPELL:  Okay.  Thank you.

BY MS. SULLIVAN:

Q.  So the choice GRAIL was facing in 2020 was either to be acquired by Illumina or proceed with an IPO?

A.  That's right.

Q.  For how long did GRAIL consider both options?

A.  Those options were evaluated in parallel over several months.

Q.  What did the company do during that time period to make its decision?

A.  There were involved interactions between management who were asked to provide certain analyses and our board of directors.

There were several board meetings that were designed to evaluate the merits of the different

Exhibit 39, page 187

1409

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

approaches.

There were external experts that were hired to advise the board and provide their perspective about the pros and cons of the different potential paths forward.

Q.  And you testified earlier that there were also meetings with potential investors; is that right?

A.  Yes.

Q.  And you attended many of those meetings?

A.  Yes.

Q.  I know you don't recall the exact number, but do you have a sense of how many meetings there were with potential investors?

A.  It was many.  Counsel prior said or referred to a number of 40 about one set of those meetings, and you know, I can't -- I can't be precise, but it was many meetings.  I wouldn't be surprised if that was the right number.

Q.  What happened during those meetings?

A.  Well, it's where the company and the leadership team or parts of the leadership team present to investors our technology, the merits of our technology, the market that we needed to build, and why -- why we believe that we could be an important part of the future of early cancer detection.

Exhibit 39, page 188

1410

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

And then, you know, vigorous discussions ensue where investors ask questions about anything they want about our strategy, our technology, the marketplace we have to build, reimbursement, our future funding needs, how long the money we might be raising might last, and so on and so forth.

Q.  Did the investors provide feedback to GRAIL during these meetings?

A.  Sometimes you get direct feedback from investors.  Most often the feedback you get is assimilated by the banks that are arranging all the meetings with investors.

Q.  Did you receive feedback through the banks?

A.  Yes.

Q.  What do you recall about the feedback that you received?

A.  I recall that their -- GRAIL was a bifurcated story, so there were investors that -- particularly investors that had a long-term investment horizon, that were really interested in our story.  And I believe we had the potential of getting their support had we gone ahead with an IPO.

And there were investors that candidly were very skeptical, particularly about multicancer early detection rather than single-cancer liquid biopsy

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 189

1411

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

detection.  And the group that was skeptical, you know, had several different reasons for their skepticism.

Q.  Did you receive feedback on what their reasons were?

A.  Yes.

Q.  What do you recall about that feedback?

A.  Well, this will be an imperfect summary, but I recall a substantial concern about reimbursement.  The current pathway to getting a technology like ours reimbursed is unpredictable and long.  That was a concern that many of the skeptical group had.

There were also investors that were struggling to understand the different scientific reports that they read.

There were investors that were concerned that as our results became more advanced, our performance would greatly deteriorate, because they had seen that from others in the field.

There were investors that struggled to value our company because there is no market for technologies like ours today.  Normally, investors like to be able to build financial models using surrogates, and there really are no real good surrogates, and so they felt it was very challenging to arrive at a valuation for our company.

Exhibit 39, page 190

1412

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.   Have you seen investment in the space --

JUDGE CHAPPELL:   Hold that next question.

Let's go ahead and take our lunch break.   We will reconvene at 2:45 p.m., 2-4-5.

We're in recess.

(Whereupon, at 1:37 p.m., a lunch recess was taken.)

Exhibit 39, page 191

1413

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

AFTERNOON SESSION

(2:45 p.m.)

JUDGE CHAPPELL:  All right.  We're back on the record.  Proceed with your questions.

MS. SULLIVAN:  Thank you, Your Honor.

CROSS EXAMINATION (cont.)

BY MS. SULLIVAN:

Q.  Mr. Bishop, I would like to turn back to the Form S-1 which Complaint Counsel spent a fair amount of time on this morning.  Complaint Counsel walked you through some of the risk factors.  Do you recall that?

A.  Yes.

Q.  You testified earlier that the risk factors section of an S-1 is an important section.  Is that right?

A.  Yes.

Q.  What is the risk factors section of an S-1?

A.  It's our best and earnest attempt as management to be clear with investors about the things that could go wrong and the things that, therefore, could impact our ability to be successful.

Q.  And just to be clear, are these risks that GRAIL believed would exist after the IPO if there had been one?

A.  Yes.

Exhibit 39, page 192

1414

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.  Did GRAIL exaggerate the risks it was facing in its disclosure to potential investors?

A.  No.

Q.  So let's turn to that section, specifically page 23.  The first risk states, "We are a pre-commercial stage healthcare company operating in a rapidly evolving field and have a limited operating history."

And then the last sentence of that same section reads, "We expect to encounter risks and difficulties, including those frequently experienced by early-stage companies in rapidly evolving fields.  If we do not address these risks and difficulties successfully, our business will suffer."

What types of risks and difficulties was GRAIL referring to?

A.  I think there were more than 50 -- I mean, certainly there's a significant number that we laid out in the document, many of which are very specific to GRAIL, some of which are specific to young tech -- young companies competing in an area or operating in an area with novel technology.

Q.  So let's look at the next page.  The final paragraph on this page reads, "Further, we plan to iterate and improve, enhancing product performance,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1415

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

offerings, scalability, and/or cost of goods."

And then it continues to say, "However, we may not be successful in transitioning our products to a new or enhanced version or iteration.  Product development involves a lengthy and complex process and we may be unable to commercialize, validate, or improve performance of any of our products on a timely basis, or at all."

What was GRAIL communicating to potential investors with this risk factor?

A.  That we were investing in new versions of our tests that had several advantages, including ones that related to being able to successfully produce our tests at higher volumes, including ones that would reduce the cost of our tests and allow us to reduce the price to patients, and ultimately insurers, and that those plans involved a high degree of technical risk.

Q.  Do you expect that being part of Illumina will help GRAIL accelerate its product development efforts, the ones that you're describing?

A.  I do.

Q.  Why is that?

A.  Because I believe they will in certain areas allow us to go faster, and in certain areas Illumina's technical ability and experience will decrease some of

Exhibit 39, page 194

1416

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

the risks we're facing as a stand-alone company.

Q.  What about R&D?  Do you expect that there will be benefits from the transaction with respect to R&D in particular?

A.  I do.

Q.  Why?

A.  I think ongoing access to funding is more secure as part of a large, successful, profitable company, and I believe that Illumina, as an outstanding technical innovation company, deeply understand the importance of ongoing investment in research and development.  That's how they've been successful, by continuing to do that.

So I believe that the resources that we need to be reliably continuing to make those sorts of investments are greatly secured.  I also believe that certain technical abilities that Illumina have will contribute to our performance in that area.

Q.  Let's take a look at page 29.  The top of this page has a sentence that reads, "Our ability to generate future revenue from product sales depends heavily on our success in," and then there are a number of bullets, and it goes on to read, "Achieving adequate coverage and reimbursement recognition from governments, health insurance organizations, and other

Exhibit 39, page 195

1417

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

third-party payers for products that we launch."

What was GRAIL communicating to potential investors with this risk factor?

A.   That the -- as I mentioned earlier, that investors know this, that there is an unclear path to reimbursement for preventative services, which include screening tests, and yet being successful in getting reimbursement coverage was very important to us being able to help all the people that couldn't pay for -- can't pay for our tests out of pocket and that, therefore, this was a risk to achieving our ambitions.

Q.   How do you expect the acquisition of Illumina will accelerate GRAIL's efforts to get reimbursement for Galleri, in particular?

A.   I think in a number of different ways.  I mean, first of all, I think that deep expertise in interacting with regulators derisks and maybe speeds up the speed at which we can get the regulatory approvals, which are often -- certainly that's true in the United States -- a prerequisite to getting reimbursement.

I also think, as I mentioned earlier, that we have to be concerned about government and payers' ability to pay, and being part of Illumina will help us accelerate the speed at which we can drop the price of our tests.

Exhibit 39, page 196

1418

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                  8/31/2021

Q.   What about health insurance organizations?  Do you expect Illumina will accelerate GRAIL's ability to develop relationships with health insurance organizations?

A.   Yes.  By the way, I included them all in this, in my answer to you just now.  I mean, I see them as the same as payers, essentially.

Q.   Let's take a look at page 32.  The italicized language at the top of the page reads, "If we fail to obtain additional financing, we may be unable to expand our commercialization efforts with respect to Galleri and DAC and develop additional products."

And then if you look at the second paragraph, it reads, "We believe that our existing cash, cash equivalents, and marketable securities, together with the proceeds of this offering, will be sufficient to fund our projected operations for at least the next 12 months."

And then the last sentence of the paragraph says, "We may need to raise additional funds sooner than we anticipate."

What was GRAIL trying to convey to potential investors with this risk factor?

A.   Well, like all life science companies with a bold ambition to make the world a better place, we

Exhibit 39, page 197

1419

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

require very significant amounts of capital for extended periods of time.  So here we were saying how much money we had on hand.  We also tell investors how quickly we are spending it, of course, and we were telling investors how long we thought the cash would last, including new cash that we would get from this contemplated IPO.

We were also saying that if things don't go to plan, we may need to raise additional money sooner than that 12-month forecast.  And finally, we were saying that if in the future we were unsuccessful in raising additional money, we wouldn't be able to run our business the way we wanted.

Q.  And has Illumina's acquisition of GRAIL eliminated this risk?

A.  Very significantly.  Very significantly.  We're no longer at the whims of the market.  We're now part of a successful, profitable company that understands what it takes to invest and develop innovative science.

Q.  Turning to page 36, this is a page that Complaint Counsel asked you about earlier, and Complaint Counsel specifically asked you about some of the names identified here, specifically Exact Sciences, Freenome, Guardant, et cetera.

Do you also see the names AnchorDx, ArcherDX,

Exhibit 39, page 198

1420

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Burning Rock Biotech Limited, PapGene?

    A.  I do.

    Q.  Let's take a look at page 38.  The first bold and italicized sentence on this page says, "If we are unable to establish sales and marketing capabilities, we may not be successful in commercializing our products."

        And then the sentence immediately beneath that says, "We have only limited sales and marketing infrastructures and no experience as a company in the sale, marketing, and distribution of screening or diagnostic tests."

        What was GRAIL communicating to investors with this risk factor?

    A.  Well, this talks to the huge change that companies go through when they move from a company that's only had to worry about research and development into being a company and an enterprise with customers. That transition -- which, you know, many companies like GRAIL struggle with -- sets out the need for us to build brand new capabilities in the areas we lay out here.

        And, of course, we've never done it before, so trying to do something that you've never done before always comes with risk.

Exhibit 39, page 199

1421

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.   Do you expect that when GRAIL is able to fully integrate into Illumina, Illumina's sales, marketing, and distribution infrastructure will enable GRAIL to commercialize Galleri at scale faster?

A.   I do.

Q.   Why do you believe that?

A.   I look at their impressive, long-term, continuous track record of building their business that also is -- was a little different from ours, is high technology and ground-breaking, and they've been very successful at doing that, and the experiences that they've gained in doing that will be supportive of our needs as well.

Q.   Let's look at one more, page 47.  The bold and italicized sentence towards the bottom reads, "Our multicancer detection tests are a new approach to cancer screening, which presents a number of novel and complex issues for FDA review.  Because FDA has never cleared or approved a multicancer detection test, it is difficult to predict what information we will need to submit to obtain approval of a PMA from FDA for our proposed intended use, or if we will able to obtain such approval on a timely basis or at all."

     Do you expect that Illumina's acquisition of GRAIL will help GRAIL obtain FDA approval faster?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 200

1422

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

A.  I do.

Q.  How?

A.  I certainly believe -- whilst it's difficult to be precise, I certainly believe it sets us up to do it more quickly, and I also believe it reduces the risk of us not getting it.

Q.  You testified earlier, Mr. Bishop, that the board of GRAIL ultimately decided that GRAIL should be acquired by Illumina.  Is that right?

A.  Yes, that's right.

Q.  We can take the slide down.
Did you participate in discussions that led to that decision?

A.  I did.

Q.  And what do you recall about the discussions?

A.  I recall that there were multiple discussions. I recall that they were very involved and detailed with a board that had deep experience in contemplating the different paths ahead of us, that had done so multiple times with different companies they had been involved in, and that they involved also expert outside advisors.  So, yeah, they were very detailed discussions and very thorough discussions.

Q.  Why did the board decide to be acquired by Illumina?

Exhibit 39, page 201

1423

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                         8/31/2021

A.   Because they concluded that it was -- it would result in, by far, the best outcome for patients, and it would reduce the risks associated with the challenges ahead of us.

Q.   As the CEO of GRAIL, do you expect that GRAIL will be able to achieve its mission of detecting cancer early when it can be cured faster as part of Illumina?

A.   I do.

MS. SULLIVAN:  Your Honor, that concludes my public questioning.

JUDGE CHAPPELL:  Any redirect?

MR. MOHR:  Yes, Your Honor.

JUDGE CHAPPELL:  Go ahead.  We'll finish with the public portion and then move into in camera when we're done here.

MR. MOHR:  Thank you, Your Honor.

REDIRECT EXAMINATION

BY MR. MOHR:

Q.   Mr. Bishop, you were just asked some questions by Respondent's counsel about whether being part of Illumina might help GRAIL overcome certain challenges, correct?

A.   Yes.

Q.   You testified that being part of Illumina will help GRAIL achieve certain of its goals, right?

Exhibit 39, page 202

1424

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

A.  Yes.

Q.  Including GRAIL's goal of obtaining PMA approval from the FDA, right?

A.  Yes.  That's one of the activities, I believe, they can greatly help us with.

Q.  And you're aware that the FDA has never approved a blood-based MCED test to date, right?

A.  Assuming you mean a multicancer early detection test by "MCED," which I believe you do, yes, I do.

Q.  And Illumina has not obtained a PMA approval for any multicancer early detection test, right?

A.  That's right.  Of course, they've got approvals for the first time in their technology that have never been gained before either.

Q.  Now, you don't know how many additional people from Illumina would assist GRAIL with the PMA process with the FDA if the companies were integrated, right?

A.  How would I know that, as I don't run Illumina?

Q.  No one at Illumina has communicated to you how many additional employees Illumina plans on deploying to assist with the Galleri PMA process?

A.  What Illumina have communicated to us and directly to our board is their true strategic commitment to investing in GRAIL and making it a successful company.  I believe everything I've learned

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 203

1425

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

from my interactions with them will result in any and every resource they can contribute to help us.  We will get that support.

Q.  And, Mr. Bishop, I understand that.  I'm just trying to focus on the question of employees.  No one at Illumina has communicated to you how many additional employees Illumina plans on deploying to assist with the Galleri PMA, right?

A.  That's correct, because to answer such a question, integration planning would have to be under way to be -- to give a precise answer to your precise question, and integration planning hasn't started.

Q.  And with respect to integration planning, you testified at your deposition on May 26th, 2021, that integration planning at that time had not gotten started, right?

A.  Yes, sir.

Q.  And is it still the case, when you're testifying here today, that integration planning has not gotten started?

A.  Yes, that's correct.

Q.  Going back to the FDA PMA process, you're aware that GRAIL employees have had multiple conversations with the FDA, right?

A.  Yes.

Exhibit 39, page 204

1426

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

Q.  You haven't personally met with any FDA officials to discuss a PMA for Galleri?

A.  That's correct.

Q.  You don't know when GRAIL employees first reached out to the FDA to discuss seeking a PMA for Galleri, right?

A.  I do not.

Q.  You don't know how many discussions GRAIL employees have had with the FDA related to the PMA for Galleri, correct?

A.  Other than multiple and frequent.

Q.  Now, Mr. Bishop, you can't identify a precise date on when GRAIL plans to seek FDA PMA approval for Galleri by, right?

A.  No one in my position ever can.

Q.  And you can't quantify how much sooner you expect to receive PMA approval if you receive assistance from Illumina compared to not receiving assistance, correct?

A.  All I can share with you is my earnest judgment that it will help, and there is a good probability that it will speed things up, but to your question, can I give you a precise quantification, I think that would be overly accurate.  Yes, that's right.

Q.  Now that Illumina and GRAIL's merger has

1427

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

closed, have you communicated an expected date for PMA approval for Galleri to Illumina's board of directors?

A.   The spirit of your question, now that it is closed, I don't believe there has been any communication with Illumina about matters such as that. In the process of the acquisition, I can't recall what may or may not have been shared about our overall plans, but to be strict to the way you asked the question, no communication, to my knowledge, post the closing of the deal on the topic you asked me about.

Q.   Moving on, do you recall you also were asked questions by Respondent counsel about GRAIL's efforts to build a laboratory facility in North Carolina?

A.   Yes.

Q.   And this -- the building itself has been physically constructed at this point, right?

A.   Yes.

Q.   GRAIL has received a certificate of occupancy for the building, correct?

A.   I believe that's right.

Q.   Some employees have already been hired to work in North Carolina for GRAIL, correct?

A.   Yes.

Q.   And GRAIL has already purchased some of the equipment to be installed in the North Carolina

Exhibit 39, page 206

1428

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

laboratory, right?

A. Yes.

Q. I'd like to show you now Exhibit RX 2770. Mr. Bishop, do you recall Respondent counsel asking you some questions about this exhibit this morning?

A. Yes.

Q. And the title of this exhibit is, "Detection of Cancer Signal for over 50 AJCC Cancer Types with a Multi-Cancer Early Detection Test," right?

A. Yes.

Q. And what does "AJCC" refer to?

A. I'm sure it will be referenced here, but off the top of my head, I can't recall what that shorthand is intend -- where it comes from, but if I read this, I could find it for you I'm pretty sure.

Q. Okay. That's okay.

If I understand correctly, there are multiple types of cancer for certain organs in the body, right?

A. That's right.

Q. And so, for example, looking at Exhibit RX 2770, if you look at gallbladder -- we'll zoom in because this is really tiny -- if we look at gallbladder, it identifies four different types of cancer related to the gallbladder, right?

A. That's correct.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 207

1429

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Q.  And, similarly, if we look at, say, stomach cancer --

A.  Yes, I see that.

Q.  -- there are two different types of cancer identified related to the stomach, right?

A.  Yes.

Q.  And just one more example, looking below that at the thyroid, it identifies two different types of cancer related to the thyroid, right?

A.  Yes.

Q.  Now, GRAIL doesn't represent publicly that the Galleri test can detect cancer in 50 different organs, right?

A.  I believe we refer to 50 different cancer types.

Q.  Okay.  And that's because some organs can be associated with more than one type of cancer that Galleri can detect, right?

A.  Yes.  The 50 number comes from this middle column that you and I are reviewing together.

Q.  Okay.  Now, do you recall discussing with Respondent counsel this morning that late-stage cancers are generally easier to detect than early-stage cancers?

A.  Yes.  And just for completeness, I said using

1430

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

technology that relies on looking in the blood for signals derived from DNA.

Q.  Thank you for clarifying that.

I want to zoom in on one of the footnotes for this exhibit.  It's under the heading "Supporting Data."

And if we look at this box, under the heading "Supporting Data," under the heading "Participant Demographics and Baseline Characteristics," do you see on the last bullet there, it reads, "In the cancer group, most participants (54.9%) had Stage I/II cancer"?

Do you see that?

A.  Yes.

Q.  And Stage I/II cancer, that's referring to earlier stage cancers, correct?

A.  Yes.  The common nomenclature -- not every cancer's the same -- is there are broadly four stages of cancer.  Again, that's not a term that's used for blood cancers, but for the majority of solid tumors, it's a four-staging system with often various substages for the classification I or II or even III.

Q.  So if I'm doing the math correctly, about 45 percent of the participants in the cancer group here had Stage III or Stage IV cancer, right?

Exhibit 39, page 209

1431

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

A.  Without looking at the data, we can't conclude what percentage were Stage III or Stage IV.

Q.  But they were later-stage cancers, correct?

A.  Yes.

Q.  All right.  We can close out of Exhibit RX 2770.

And, Mr. Bishop, do you recall this morning Respondent counsel asked you some questions regarding what you knew about the multicancer early detection test being developed by Thrive?

A.  Yes.

Q.  And your knowledge of Thrive's development efforts are based on what you have learned from publicly available information, right?

A.  Yes.

Q.  And you're aware that Thrive is working on an improved version of its multicancer early detection test, right?

A.  What I believe they've said publicly, yes.

Q.  And you're aware that Thrive has said publicly that it plans to run a clinical trial on its improved version of its test, right?

A.  I believe that's correct as well.

Q.  You don't know at what stage Thrive is in that development process, right?

Exhibit 39, page 210

1432

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

A.   Other than they've declared it's a brand new test, so I think one can assume from that it's the first clinical trial used on this one new test.

Q.   You don't have an understanding of how Thrive's MCED test in development, how the technical specifications may have changed from previous versions, correct?

A.   All I know is their public statements that they're working on a new version of a test that they had prior reported results on.

Q.   So you don't know how Thrive's new version compares to GRAIL's Galleri test in terms of overall cancer detection rates, for example, right?

A.   No data has been made available on the new test, to my knowledge.

MR. MOHR:  Your Honor, that completes my redirect in the public portion of the examination.

JUDGE CHAPPELL:  Do you have any recross, Ms. Sullivan?

MS. SULLIVAN:  No, Your Honor.

JUDGE CHAPPELL:  All right.

Mr. Mohr, you are requesting an in camera session now?

MR. MOHR:  Yes, Your Honor.

JUDGE CHAPPELL:  All right.  At this time, we

Exhibit 39, page 211

1433

Trial - Public Record

Illumina, Inc. and Grail, Inc.                          8/31/2021

will be going into an in camera session.  The public who are calling in will be moved into a waiting room. You will be brought back into the courtroom after we go back into a public session.

I need the questioning counsel for each party to view the list of participants on the Zoom screen and verify that there are no participants in the courtroom who should not be there.  If there is anyone who is not authorized, you are to instruct that person to use the raise hand function on the Zoom screen.  Open Exchange will then move that person into the waiting room.

Go ahead and let me know when you're finished.

JADA:  Your Honor, everyone who raised their hand has been moved, as well as the public line.

MS. SULLIVAN:  Your Honor, I don't see anybody who shouldn't be here.

MR. MOHR:  Your Honor, I don't see anyone who shouldn't be here either.

JUDGE CHAPPELL:  All right.  Scott, are you good to go?

SCOTT:  Yes, Your Honor.

JUDGE CHAPPELL:  The public is muted?

SCOTT:  Yes, sir.

JUDGE CHAPPELL:  Okay.  We are in in camera session.

Exhibit 39, page 212

1434

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

(Whereupon, the proceedings were held in
in camera session.)

-    -    -    -    -

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 213

1435

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

(The following proceedings were held in

in camera session.)

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 214

1436

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 215

1437

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 216

1438

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 217

1439

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

Exhibit 39, page 218

1440

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXX

XX   XXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 219

1441

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1442

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 221

1443

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1444

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 223

1445

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXX
XX      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXX
XX      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXX
XX      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXX
XX      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXX
XX   XXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 224

1446

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX
XX   XXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 225

1447

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
XX    XXXXXXXXXXXXXXX
XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXX
XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 226

1448

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1449

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                            8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX
   XX   XXXXXXXXXXXXXXX
   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
   XX   XXXXXXXXXXXXXXX
   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXX
   XX   XXXXXX
   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
   XX   XXXXXX
   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXX
   XX   XXXXXXXXXXXXXXX
   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
   XX   XXXXXX
   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 228

1450

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 229

1451

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                                8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1452

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1453

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1454

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

Exhibit 39, page 233

1455

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 234

1456

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

     XX   XXXXXX

     XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

     XX   XXXXXXXXXXXXXXXXXX

     XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

     XX   XXXXXXX

     XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

          XXXXXXXXXXXXXXXXXX

     XX   XXXXXXX

     XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

     XX   XXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 235

1457

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                   8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX
XX   XXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX
XX   XXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXX
XX   XXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 236

1458

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
XX   XXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXX
XX   XXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXX
XXXXXXXXXXXXXXXXX
XX   XXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXX
XX   XXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 237

1459

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 238

1460

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 239

1461

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                   8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1462

Trial - Public Record

Illumina, Inc. and Grail, Inc.                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 241

1463

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1464

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX  XXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX  XXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1465

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 244

1466

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXX
        XXXXXXXXXXXXXXXXXX
    XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
    XX   XXXXXXX
    XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
    XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
    XX   XXXXXXXXXXXXXX
    XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXX
    XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXX
    XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX

Exhibit 39, page 245

1467

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                   8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX  XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 246

1468

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XX   XXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 247

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1470

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 249

1471

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 250

1472

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 251

1473

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX  XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 252

1474

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 253

1475

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 254

1476

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1477

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 256

1478

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 257

1479

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 258

1480

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

   XX   XXXXXXXXXXXXX

   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

   XX   XXXXXXXXXXXXXXXXXX

   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

   XX   XXXXXX

   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

     XXXXXXXXXXXXXXXXXX

   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

   XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

Exhibit 39, page 259

1481

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 260

1482

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 261

1483

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 262

1484

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 263

1485

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 264

1486

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 265

1487

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                                8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1488

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

XXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XX    XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1489

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 268

1490

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

     XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

          XXXXXXXXXXXXXXXXXX

     XX   XXXXXX

     XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

     XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1491

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

1492

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXX

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1493

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 272

1494

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 273

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXX

        XXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXX

        XXXXXXXXXXXXXXXXX

    XX    XXXXXXX

    XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1496

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

Exhibit 39, page 275

1497

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 276

1498

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 277

1499

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                  8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 278

1500

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

Exhibit 39, page 279

1501

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 280

1502

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1503

Trial - Public Record

Illumina, Inc. and Grail, Inc.                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXX

XX    XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XX    XXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 282

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 283

1505

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 284

1506

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                        8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 285

1507

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                                8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

   XX    XXXXXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXX

   XX    XXXXXXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

   XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

   XX    XXXXXXX

          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 286

1508

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                          8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Exhibit 39, page 287

1509

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XX   XXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 288

1510

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXX

XX   XXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXX

Exhibit 39, page 289

1511

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXX

XX    XXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXX

XX    XXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 290

1512

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1513

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                      8/31/2021

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 292

1514

Trial - Public Record
Illumina, Inc. and Grail, Inc.                                    8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXX

XX  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Exhibit 39, page 293

1515

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                         8/31/2021

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

XX   XXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXX

XX   XXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

(End of in camera session.)

      -    -    -    -    -    -

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1516

Trial - Public Record

Illumina, Inc. and Grail, Inc.                    8/31/2021

(The following proceedings continued in public session.)

-    -    -    -    -

JUDGE CHAPPELL:  All right.  Thank you, sir. You're excused.  You may stand down.

THE WITNESS:  Thank you, Your Honor.

JUDGE CHAPPELL:  Anything further from the attorneys before we recess?

MS. MUSSER:  Yes, Your Honor.  From -- Complaint Counsel is hoping that you would be able to accommodate a witness who has a medical issue on Thursday and have a late start at 10:30, if that's doable for Your Honor.

JUDGE CHAPPELL:  Let me look at the official calendar here.  That would be 2 September?

MS. MUSSER:  That would be this Thursday, which is the 2nd of September.  Sorry, Your Honor.  I was looking for a calendar.

JUDGE CHAPPELL:  Start at 10:30?  Yes, we can do that.

MS. MUSSER:  Thank you.

JUDGE CHAPPELL:  I'm assuming there is no objection, right, Mr. Marriott?

MR. MARRIOTT:  There is no objection, Your Honor.

Exhibit 39, page 295

1517

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                8/31/2021

MS. MUSSER: Thank you, Mr. Marriott.

JUDGE CHAPPELL: Okay. Anything else?

MS. MUSSER: Not from Complaint Counsel.

MR. MARRIOTT: Nothing here, Your Honor. Thank you.

JUDGE CHAPPELL: Have you been able to plug in any witnesses for September 14 or 15?

MS. MUSSER: We're still working on that. We believe that if we're still going at that time, we will be able to present witnesses on that date. So Complaint Counsel should be able to, at least the 14-15, and we will coordinate with Respondents' counsel in the event we need to fill the time.

JUDGE CHAPPELL: You said something that got my attention. Did you say "if we're still going at that time"?

MS. MUSSER: If Complaint Counsel hasn't rested their case. We're just waiting to see how long we'll take. So I don't want to give anyone any false hope.

JUDGE CHAPPELL: Your case, okay.

MS. MUSSER: Just my case. I won't speak to --

JUDGE CHAPPELL: The rest of us would just go on without you. Is that what you're saying?

MS. MUSSER: You don't want to go on without me.

Exhibit 39, page 296

1518
Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

JUDGE CHAPPELL:  Now, I told you I would let you know about the 29th or 30th, because those are two days I had blocked out.  It's looking like right now it will be the 29th.  I'm not 100 percent sure, but that will make the 30th available if we're still going.

MR. MARRIOTT:  Very good.

JUDGE CHAPPELL:  Okay.  All right, so tomorrow, usual time.  Thursday, 10:30.  Friday --

MR. MARRIOTT:  No, Your Honor.  I understood we were off tomorrow, Your Honor.

JUDGE CHAPPELL:  You are correct.  This is Tuesday.  You see, that mistake is understandable because this is a September calendar, so -- all right, so we will reconvene Thursday, 10:30 a.m.  We're in recess.

MS. MUSSER:  Thank you, Your Honor.

MR. MARRIOTT:  Thank you.

MS. SULLIVAN:  Thank you, Your Honor.

MR. MARRIOTT:  Good night, everybody.

(Whereupon, at 5:47 p.m., the hearing was adjourned.)

Exhibit 39, page 297

1519

Trial - Public Record

Illumina, Inc. and Grail, Inc.                                    8/31/2021

                         CERTIFICATE OF REPORTER


          We, Susanne Bergling and Josett Whalen, do hereby certify that the foregoing proceedings were recorded by us via stenotype and reduced to typewriting under our supervision; that we are neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were transcribed; and further, that we are not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

*Josett F. Whalen*

JOSETT WHALEN, Court Reporter

*Susanne Bergling*

SUSANNE BERGLING, Court Reporter

Exhibit 39, page 298