COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

BRIAN M. FRENCH (*pro hac vice*)
(bfrench@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: +1 212 479 6000
Facsimile: +1 212 479 6275

Attorneys for Defendants Illumina, Inc.,
Francis A. deSouza, Alexander M. Aravanis,
Phillip G. Febbo, Sam A. Samad, and John W.
Thompson

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION | Case No. 3:23-cv-02082-LL-DTF |
| | CLASS ACTION |
| | **DECLARATION OF HEATHER SPEERS IN SUPPORT OF REPLY IN SUPPORT OF ILLUMINA DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| | Courtroom: 5D |
| | Judge: Hon. Linda Lopez |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

I, Heather Speers, declare as follows:

1.    I am an attorney licensed to practice law in the State of California. I am a partner at Cooley LLP, counsel for Defendants Illumina Inc., Francis A. deSouza, Alexander M. Aravanis, Phillip G. Febbo, Sam A. Samad, and John W. Thompson (collectively "Illumina Defendants"). I submit this declaration in support of the Reply in Support of Illumina Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities Laws. I have personal knowledge of the following and, if called as a witness, could and would testify completely thereto.

2.    Attached as **Exhibit 43** is a true and correct highlighted copy of the public (redacted) version of the Verified Derivative and Class Action Complaint in the matter captioned *Icahn Partners LP v. deSouza*, C.A. No. 2023-1045-PAF (Del. Ch.), filed on October 20, 2023.

3.    Attached as **Exhibit 44** is a true and correct excerpted and highlighted copy of Illumina's Schedule DEF 14A, filed with the U.S. Securities and Exchange Commission on April 16, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 3, 2025, in San Diego, California.

*/s/ Heather Speers*
Heather Speers

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**SPEERS DECL. ISO MTD REPLY**
**CASE NO. 3:23-CV-02082-LL-DTF**