# Table of Contents

**Index to the Exhibits Attached to the Declaration of Heather Speers in Support of Illumina Defendants' Reply in Support of Illumina Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws**

| Description | Pages |
|---|---|
| Declaration of Heather Speers in Support of Reply in Support of Illumina Defendants' Motion to Dismiss the Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws | 1-2 |
| Table of Contents | 3 |
| **Exhibits** | |
| 43. Copy of the public version of the Verified Derivative and Class Action Complaint in the matter captioned *Icahn Partners LP v. deSouza*, C.A. No. 2023-1045-PAF (Del. Ch.), filed on October 20, 2023 | 4-60 |
| 44. Excerpted copy of Illumina's Schedule DEF 14A, filed with the SEC on April 16, 2021 | 61-68 |