# Exhibit 44

Exhibit 44
Page 61

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# SCHEDULE 14A

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐     Preliminary Proxy Statement
☐     Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))
☒     Definitive Proxy Statement
☐     Definitive Additional Materials
☐     Soliciting Material Under Rule 14a-12

# Illumina, Inc.

#### (Name of Registrant as Specified In Its Charter)
#### (Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.
☐     Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)   Title of each class of securities to which transaction applies:

    (2)   Aggregate number of securities to which transaction applies:

    (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11
         (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)   Proposed maximum aggregate value of transaction:

    (5)   Total fee paid:

☐     Fee paid previously with preliminary materials.
☐     Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)   Amount Previously Paid:

    (2)   Form, Schedule or Registration Statement No.:

    (3)   Filing Party:

    (4)   Date Filed:

**Exhibit 44**
**Page 62**

# Table of Contents

| | |
|---|---|
| ILLUMINA: OUR STORY | 1 |
| PROXY STATEMENT SUMMARY | 2 |
| WHO WE ARE | 3 |
|     Information about the Board | 3 |
|     Director Biographies | 4 |
| HOW WE ARE SELECTED AND EVALUATED | 14 |
|     Criteria for Board Membership | 14 |
|     Process for Identifying and Evaluating Nominees | 14 |
|     Stockholder Nominees | 15 |
|     Proxy Access | 15 |
| HOW WE ARE ORGANIZED | 16 |
|     Board of Directors | 16 |
|     Corporate Governance | 16 |
|     Term Limits | 17 |
|     Board Leadership Structure | 17 |
|     Committees of the Board of Directors | 17 |
|     Compensation Committee Interlocks and Insider Participation | 20 |
|     Code of Conduct | 20 |
|     Corporate Social Responsibility | 21 |
|     Political Contributions Policy | 21 |
| HOW WE OPERATE | 21 |
|     Attendance at Meetings | 21 |
|     The Board's Role in Risk Oversight | 21 |
|     Compensation Programs | 22 |
|     Certain Relationships and Related Party Transactions | 23 |
| HOW TO COMMUNICATE WITH US | 23 |
| HOW WE ARE PAID | 23 |
|     Director and Officer Stock Ownership Policy | 23 |
|     Director Compensation Overview | 24 |
|     2020 Compensation Review | 24 |
|     Use of Market Data | 25 |
|     Cash Compensation | 26 |
|     Equity Compensation | 27 |
|     Additional Benefits | 28 |
|     Director Compensation | 28 |
| VOTE FOR US | 30 |
|     Proposal 1: Election of Directors | 30 |
| OUR LEADERSHIP | 32 |
|     Executive Officers | 32 |
| OUR AUDITORS | 33 |
|     Proposal 2: Ratification of the Appointment of Our Independent Registered Public Accounting Firm | 33 |
| AUDIT COMMITTEE REPORT | 35 |

Exhibit 44
Page 63

**Table of Contents**

| | |
|---|---|
| OUR PAY | 37 |
|     Compensation Discussion & Analysis | 37 |
|         2020 Illumina Highlights | 37 |
|         Compensation Philosophy and Objectives | 40 |
|         Compensation Practices and Governance | 41 |
|         2020 "Say-on-Pay" Vote | 42 |
|         Use of Market Data and Peer Group | 42 |
|         Fiscal 2020 Compensation Peer Group | 44 |
|         Role of the Compensation Committee | 44 |
|         Components and Analysis of Fiscal 2020 Executive Compensation | 45 |
|         Clawback Policy | 56 |
|         No Hedging or Pledging of Company Stock | 57 |
|         Tax and Accounting Considerations | 57 |
| COMPENSATION COMMITTEE REPORT | 58 |
| EXECUTIVE COMPENSATION | 59 |
|     Summary Compensation Table | 59 |
|     Grants of Plan-Based Awards During Fiscal 2020 | 60 |
|     Outstanding Equity Awards at Fiscal 2020 Year-End | 61 |
|     Option Exercises and Stock Vested | 61 |
|     Nonqualified Deferred Compensation | 62 |
|     CEO Pay Ratio | 62 |
| VOTE ON COMPENSATION | 63 |
|     Proposal 3: Advisory Vote to Approve the Compensation of Our Named Executive Officers | 63 |
| OUR STOCKHOLDERS | 64 |
|     Stock Ownership | 64 |
|     Delinquent Section 16(a) Reports | 65 |
| USERS' GUIDE | 66 |
|     General Information | 66 |
|     Stockholder Proposals for Our 2022 Annual Meeting | 75 |
|     Other Matters | 75 |
|     Householding | 75 |
|     Where You Can Find More Information | 76 |

**Exhibit 44**
**Page 64**

Table of Contents

# Executive Compensation

## Summary Compensation Table

The following table provides information concerning the compensation of our NEOs for fiscal 2020 and, for those executive officers who were NEOs in both the 2020 and 2019 proxy statements, for fiscal 2019 and 2018, as applicable.

| Name and Principal Position | Year | Salary ($) | Bonus ($)(1) | Stock Awards ($)(2)(3) | Non-Equity Incentive Plan Compensation ($)(4) | All Other Compensation ($)(5) | Total ($) |
|---|---|---|---|---|---|---|---|
| Francis A. deSouza | 2020 | 1,090,385 | — | 10,000,153 | 630,000 | 13,055 | 11,733,593 |
| *Chief Executive Officer; Director* | 2019 | 1,028,462 | — | — | 403,200 | 90,287 | 1,521,949 |
| | 2018 | 937,692 | — | 8,500,092 | 1,455,000 | 174,782 | 11,067,566 |
| Sam A. Samad | 2020 | 545,192 | — | 1,750,140 | 157,500 | 13,344 | 2,466,176 |
| *Chief Financial Officer* | 2019 | 507,500 | — | — | 100,800 | 18,403 | 626,703 |
| | 2018 | 457,308 | — | 2,000,370 | 379,500 | 60,019 | 2,897,197 |
| Mark Van Oene(6) | 2020 | 575,177 | — | 2,500,113 | 157,500 | 12,843 | 3,245,633 |
| *Former Chief Commercial Officer* | | | | | | | |
| Susan Tousi(6) | 2020 | 493,269 | — | 2,500,113 | 142,500 | 19,540 | 3,155,422 |
| *Chief Product Officer* | | | | | | | |
| Alex Aravanis(6) | 2020 | 288,462 | 100,000 | 5,000,360 | 23,077 | 4,945 | 5,416,844 |
| *Chief Technology Officer* | | | | | | | |

(1) Represents a sign-on bonus.

(2) This reflects the grant date fair value of awards granted and is computed in accordance with FASB ASC Topic 718, based on the closing stock price on the grant date.

(3) In fiscal 2019, the Compensation Committee made the determination to move the annual equity grants for executive officers to the first quarter of 2020.

(4) Reflects performance-based cash incentives earned during fiscal 2020, 2019 and 2018 under Illumina's executive officer cash incentive program, which were paid in the third fiscal quarter of 2020 and the first fiscal quarters of 2020 and 2019, respectively. The cash incentive program is described in the Compensation Discussion and Analysis under the caption "Performance-Based Cash Compensation."

(5) These amounts represent Company contributions to 401(k) plans, Company-paid physical exams, compensation paid in lieu of paid time-off, long-term disability premiums and, in some cases, relocation expenses. These amounts include $70,546 and $43,861 in costs covered by the Company for Mr. deSouza in connection with his participation in a sales incentive trip in 2019 and 2018, respectively. The amounts for fiscal 2018 include the payout of accrued paid time off of $111,923 and $16,845 for Mr. deSouza and Mr. Samad, respectively.

(6) Mr. Van Oene, Ms. Tousi, and Dr. Aravanis became named executive officers in fiscal 2020.

Exhibit 44
Page 65

Table of Contents

## Grants of Plan-Based Awards During Fiscal 2020

| Name | Award | Grant Date | Estimated Future Payouts Under Non-Equity Incentive Plan Awards (Annual Cash Incentive) ($ in thousands) | | | Estimated Future Payouts Under Equity Incentive Plan Awards (PSUs): Number of Shares(1) | | | All Other Stock Awards: Number of Shares or Stock or Units (#)(2) | Grant Date Fair Value of Stock and Option Awards ($)(3) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Threshold | Target | Maximum | At Threshold | Target | Maximum | | |
| Francis A. deSouza | Cash | — | 630 | 1,260 | 1,890 | — | — | — | — | — |
| | PSU(1) | Feb. 5, 2020 | — | — | — | 12,486 | 24,971 | 31,214 | — | 7,500,040 |
| | RSU(2) | Feb. 5, 2020 | — | — | — | — | — | — | 8,324 | 2,500,113 |
| Sam A. Samad | Cash | — | 158 | 315 | 473 | — | — | — | — | — |
| | PSU(1) | Feb. 5, 2020 | — | — | — | 2,185 | 4,370 | 5,463 | — | 1,312,530 |
| | RSU(2) | Feb. 5, 2020 | — | — | — | — | — | — | 1,457 | 437,610 |
| Mark Van Oene | Cash | — | 158 | 315 | 473 | — | — | — | — | — |
| | PSU(1) | Feb. 5, 2020 | — | — | — | 3,122 | 6,243 | 7,804 | — | 1,875,085 |
| | RSU(2) | Feb. 5, 2020 | — | — | — | — | — | — | 2,081 | 625,028 |
| Susan Tousi | Cash | — | 143 | 285 | 428 | — | — | — | — | — |
| | PSU(1) | Feb. 5, 2020 | — | — | — | 3,122 | 6,243 | 7,804 | — | 1,875,085 |
| | RSU(2) | Feb. 5, 2020 | — | — | — | — | — | — | 2,081 | 625,028 |
| Alex Aravanis | Cash | — | 150 | 300 | 450 | — | — | — | — | — |
| | PSU(1) | July 6, 2020 | — | — | — | 4,943 | 9,885 | 12,356 | — | 3,750,270 |
| | RSU(2) | July 6, 2020 | — | — | — | — | — | — | 3,295 | 1.250,090 |

(1) Performance share units (PSUs) will vest in their entirety on January 1, 2023, based on the achievement of pre-determined earnings per share targets for the fiscal year ending January 1, 2023.

(2) Stock awards consist of RSUs that vest in four 25% increments on each anniversary of the grant date over four years. Vesting is subject to the individual's continued service through each vesting date.

(3) This reflects the grant date fair value of awards granted during fiscal 2020 and is computed in accordance with FASB ASC Topic 718, based on the closing stock price on the grant date.

Exhibit 44
Page 66

Table of Contents

## Outstanding Equity Awards at Fiscal 2020 Year-End

| Name | Option Awards | | | Stock Awards | | | |
|---|---|---|---|---|---|---|---|
| | Number of Securities Underlying Unexercised Options (#) Exercisable | Option Exercise Price ($) | Option Expiration Date | Number of Shares or Units of Stock That Have Not Vested (#) | Market Value of Shares or Units of Stock That Have Not Vested ($)(1) | Number of Unearned Shares, Units or Other Rights That Have Not Vested (#) | Market Payout Value of Unearned Shares, Units or Other Rights That Have Not Vested ($)(1) |
| Francis A. deSouza | — | — | — | — | — | 19,383(2) | 7,171,710 |
| | — | — | — | — | — | 24,971(3) | 9,239,270 |
| | — | — | — | 11,516 (5) | 4,260,920 | — | — |
| Sam A. Samad | — | — | — | — | — | 4,561(2) | 1,687,570 |
| | — | — | — | — | — | 4,370(3) | 1,616,900 |
| | — | — | — | 552 (4) | 204,240 | — | — |
| | — | — | — | 2,217 (5) | 820,290 | — | — |
| Mark Van Oene | — | — | — | — | — | 5,131(2) | 1,898,470 |
| | — | — | — | — | — | 6,243(3) | 2,309,910 |
| | — | — | — | 2,940 (5) | 1,087,800 | — | — |
| Susan Tousi | — | — | — | — | — | 4,561(2) | 1,687,570 |
| | — | — | — | — | — | 6,243(3) | 2,309,910 |
| | — | — | — | 2,845 (5) | 1,052,650 | — | — |
| Alex Aravanis | — | — | — | — | — | 9,885(3) | 3,657,450 |
| | — | — | — | 3,295 (4) | 1,219,150 | — | — |

(1) Market value of stock awards was determined by multiplying the number of unvested shares by $370.00, which was the closing market price of our common stock on The Nasdaq Global Select Market on December 31, 2020, the last trading day of fiscal 2020.

(2) Stock awards consist of performance share units (PSUs). PSUs vest at the end of a three-year performance period on January 2, 2022, and the number of shares issuable will range from 0% to 100% of the nominal shares approved in the award based on the Company's performance relative to specified earnings per share targets at the end of the three-year performance period. Outstanding at fiscal 2020 year-end assumes a 100% issuance.

(3) Stock awards consist of PSUs. PSUs vest at the end of a three-year performance period on January 1, 2023, and the number of shares issuable will range from 0% to 125% of the nominal shares approved in the award based on the Company's performance relative to specified earnings per share targets at the end of the three-year performance period. Outstanding at fiscal 2020 year-end assumes a 100% issuance.

(4) Stock awards consist of RSUs that vest in four 25% increments on each anniversary of the grant date over four years.

(5) Stock awards consist of RSUs that vest in four 25% increments on November 5th over four years.

## Option Exercises and Stock Vested

| Name | Option Awards | | Stock Awards | |
|---|---|---|---|---|
| | Number of Shares Acquired on Exercise (#) | Value Realized on Exercise ($)(1) | Number of Shares Acquired on Vesting (#) | Value Realized on Vesting ($) |
| Francis A. deSouza | — | — | 36,567 | 16,412,490 |
| Sam A. Samad | — | — | 6,523 | 2,928,202 |
| Mark Van Oene | — | — | 9,158 | 4,132,372 |
| Susan Tousi | — | — | 9,256 | 4,162,920 |
| Alex Aravanis | — | — | — | — |

(1) Value realized on exercise of option awards is computed by determining the difference between the closing market price of our common stock on The Nasdaq Global Select Market on the dates of exercise and the exercise price per share exercised.

Exhibit 44
Page 67

Table of Contents

## Nonqualified Deferred Compensation

| Name | Executive Contributions in Last Fiscal Year ($)(1) | Illumina Contributions in Last Fiscal Year ($) | Aggregate Earnings in Last Fiscal Year ($)(2) | Aggregate Withdrawals / Distributions ($) | Aggregate Balance at Last Fiscal Year-End ($) |
|---|---|---|---|---|---|
| Francis A. deSouza | — | — | 162,672 | — | 1,204,332 |
| Sam A. Samad | 54,519 | — | 53,622 | — | 278,014 |
| Mark Van Oene | — | — | — | — | — |
| Susan Tousi | — | — | — | — | — |
| Alex Aravanis | — | — | — | — | — |

(1)    Amounts included in the Summary Compensation Table in the "Salary" and "Non-Equity Incentive Plan Compensation" columns.

(2)    These amounts are not included in the Summary Compensation Table because plan earnings were not preferential or above market.

## CEO Pay Ratio

As required by Section 953(b) of the Dodd-Frank Wall Street Reform and Consumer Protection Act and Item 402(u) of Regulation S-K, we are disclosing the ratio of our principal executive officer's annual total compensation to the annual total compensation of our median employee. The pay ratio disclosed below is a reasonable estimate calculated in a manner consistent with Item 402(u) of Regulation S-K.

During fiscal 2020, the principal executive officer of Illumina was our Chief Executive Officer, Francis deSouza. For fiscal 2020, the annual total compensation for Mr. deSouza was $11,733,593, and for our median employee was $122,635, resulting in an estimated pay ratio of 96:1.

In accordance with Item 402(u) of Regulation S-K, we identified the median employee by (i) aggregating for each applicable employee (A) annual base salary for permanent salaried employees, or hourly rate multiplied by expected annual work schedule, for hourly employees, as of December 31, 2020 (the median employee determination date), (B) the target bonus, commission, or incentive compensation for 2020, and (C) accounting value for all equity awards granted in 2020, and (ii) ranking this compensation measure for our employees from lowest to highest. This calculation was performed for all employees, excluding Mr. deSouza, whether employed on a full-time, part-time, or seasonal basis.

Exhibit 44
Page 68