COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

Attorneys for Defendants Illumina Inc., Francis A. deSouza, Alexander M. Aravanis, Phillip G. Febbo, Sam A. Samad, and John W. Thompson

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION, | Case No. 3:23-cv-02082-LL-BJW<br><br>CLASS ACTION<br><br>**JOINT MOTION TO SET DEADLINES AND EXTEND PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**<br><br>Courtroom: 5D<br>Judge: Hon. Linda Lopez |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

JOINT MOTION TO SET DEADLINES AND
EXTEND PAGE LIMITS
CASE NO. 3:23-CV-02082-LL-BJW

Defendants Illumina, Inc., Francis A. deSouza, Alexander M. Aravanis, Phillip G. Febbo, Sam A. Samad, and John W. Thompson (collectively, "Illumina Defendants"); defendants GRAIL, LLC (n/k/a GRAIL, Inc.), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner (collectively "GRAIL Defendants," and with Illumina Defendants, "Defendants"); and Lead Plaintiffs Universal-Investment-Gesellschaft mbH, UI BVK Kapitalverwaltungsgesellschaft mbH (collectively "Universal"), and ACATIS Investment Kapitalverwaltungsgesellschaft mbH ("ACATIS" and, with Universal, "Lead Plaintiffs," and with Defendants, the "Parties") jointly move for an order from the Court setting deadlines and extending page limits for the Parties' anticipated motions to dismiss briefing.

WHEREAS, on August 5, 2024, the Court granted the Parties' joint motion to set deadlines for Lead Plaintiffs' Second Amended Consolidated Class Action Complaint ("SAC") and the briefing schedule for Defendants' response thereto (ECF No. 51);

WHEREAS, on September 13, 2024, Lead Plaintiffs filed the Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("SAC," ECF No. 54);

WHEREAS, on October 25, 2024, the Court granted the Parties' joint motion to extend page limits on the briefing for Defendants' Motions to Dismiss the SAC (ECF No. 58);

WHEREAS, on November 12, 2024, Illumina Defendants and GRAIL Defendants each filed a Motion to Dismiss the SAC (ECF Nos. 62, 68);

WHEREAS, on September 26, 2025, the Court granted Defendants' Motions to Dismiss for failure to state a claim, but with leave to amend (ECF No. 78);

WHEREAS, Lead Plaintiffs' deadline to file an amended complaint is October 27, 2025;

WHEREAS, the Parties have met and conferred in good faith and agreed, subject to the Court's approval, that a briefing schedule and page extensions similar

to those granted for the prior round of briefing are appropriate here;

NOW THEREFORE, the Parties, by and through their undersigned counsel, agree and stipulate to the following, subject to the Court's approval:

1. Defendants shall file their motion(s) to dismiss by December 11, 2025. Defendants are permitted a total of 60 pages for their opening brief(s) in support of their motion(s) to dismiss. If multiple opening briefs are filed, the pages may be allocated among their briefs as Defendants see fit so long as the total number of pages for the briefs does not exceed 60.

2. Lead Plaintiffs shall file their opposition(s) to Defendants' motion(s) to dismiss by February 4, 2026. Lead Plaintiffs are permitted a total of 65 pages for their opposition brief(s) to Defendants' opening brief(s). If multiple opposition briefs are filed, the pages may be allocated among their briefs as Lead Plaintiffs see fit so long as the total number of pages for the briefs does not exceed 65.

3. Defendants shall file their reply brief(s) in support of their motion(s) to dismiss by March 6, 2026. Defendants are permitted a total of 30 pages for their reply brief(s) in further support of their motion(s) to dismiss. If multiple reply briefs are filed, the pages may be allocated among their briefs as Defendants see fit so long as the total number of pages for the briefs does not exceed 30.

| | | |
|---|---|---|
| 1 | Dated: October 27, 2025 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Koji F. Fukumura* |
| 4 | | Koji F. Fukumura |
| 5 | | *Attorneys for Defendant Illumina Inc., Francis A. deSouza, Alexander M. Aravanis, Phillip G. Febbo, Sam A. Samad, and John W. Thompson* |
| 6 | | |
| 7 | | |
| 8 | Dated: October 27, 2025 | LATHAM & WATKINS LLP |
| 9 | | |
| 10 | | By: */s/ Collen C. Smith* |
| | | Colleen C. Smith |
| 11 | | Colleen C. Smith (231216) |
| 12 | | (colleen.smith@lw.com) |
| | | 12670 High Bluff Drive |
| 13 | | San Diego, CA 92130 |
| | | Telephone: +1 858 523 3985 |
| 14 | | *Attorneys for Defendant GRAIL, LLC (n/k/a GRAIL, Inc.), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner* |

| | |
|---|---|
| Dated: October 27, 2025 | BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br><br>By: */s/ Jonathan D. Uslaner*<br>    Jonathan D. Uslaner<br><br>Jonathan D. Uslaner (256898)<br>(jonathanu@blbglaw.com)<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>Telephone: +1 310 819 3470<br><br>*-and-*<br><br>John Rizio-Hamilton (*pro hac vice*)<br>(johnr@blbglaw.com)<br>Michael D. Blatchley (*pro hac vice*)<br>(michaelb@blbglaw.com)<br>Alec T. Coquin (*pro hac vice*)<br>(alec.coquin@blbglaw.com)<br>Michael Mathai (*pro hac vice*)<br>(michael.mathai@blbglaw.com)<br>Emily A. Tu (*pro hac vice*)<br>(emily.tu@blbglaw.com)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: +1 212 554 1400<br><br>*Attorneys for Lead Plaintiffs Universal and ACATIS, and Lead Counsel for the Class* |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable, and I have obtained authorization of all signatories to affix the above electronic signatures.

Dated: October 27, 2025          */s/ Koji F. Fukumura*
                                 Koji F. Fukumura