UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ILLUMINA, INC. SECURITIES LITIGATION, | Case No.: 23cv2082-LL-BJC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**<br><br>**[ECF No. 80]** |

On October 27, 2025, the parties filed a Joint Motion to Extend Deadlines and Page Limits for Motion to Dismiss Briefing. ECF No. 80. Good cause appearing, the Court **GRANTS** the Joint Motion, and sets the following limits for the motion to dismiss briefing:

1. By **December 11, 2025**, Defendants shall file their motion(s) to dismiss. Defendants are permitted a total of 60 pages for their opening brief(s) in support of their motion(s) to dismiss. If multiple opening briefs are filed, the pages may be allocated among their briefs as Defendants see fit so long as the total number of pages for the briefs does not exceed 60.

2. By **February 4, 2026**, Lead Plaintiffs shall file their opposition(s) to Defendants' motion(s) to dismiss. Lead Plaintiffs are permitted a total of 65 pages for their opposition brief(s) to Defendants' opening brief(s). If multiple opposition briefs are filed, the pages

1  may be allocated among their briefs as Lead Plaintiffs see fit so long as the total number
2  of pages for the briefs does not exceed 65.
3    3. By **March 6, 2026**, Defendants shall file their reply brief(s) in support of their
4  motion(s) to dismiss. Defendants are permitted a total of 30 pages for their reply brief(s)
5  in further support of their motion(s) to dismiss. If multiple reply briefs are filed, the pages
6  may be allocated among their briefs as Defendants see fit so long as the total number of
7  pages for the briefs does not exceed 30.
8    **IT IS SO ORDERED.**
9  Dated:  October 28, 2025

Honorable Linda Lopez
United States District Judge