LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1 858 523 3985
Facsimile: +1. 858.523.5450

Alexander C.K. Wyman (Bar No. 295339)
  alex.wyman@lw.com
355 S. Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Meryn Grant (Bar No. 291315)
  meryn.grant@lw.com
10250 Constellation Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

*Attorneys for Defendants GRAIL, LLC (n/k/a GRAIL, Inc.), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Illumina, Inc. Securities Litigation* | Case No. 3:23-cv-02082-LL-BJW<br><br>**NOTICE OF APPEARANCE OF MERYN GRANT**<br><br>Hon. Linda Lopez |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Meryn Grant of Latham & Watkins LLP hereby enters her appearance in the above-captioned matter as counsel of record for Defendants GRAIL, LLC (n/k/a GRAIL, Inc.) ("GRAIL"), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner (collectively the "Grail Defendants") and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this matter be served upon her, at the following address:

Meryn Grant
LATHAM & WATKINS LLP
*meryn.grant@lw.com*
10250 Constellation Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

Dated: December 9, 2025         Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Meryn Grant*
    Meryn Grant
    *meryn.grant@lw.com*

*Attorneys for Defendants GRAIL, LLC (n/k/a GRAIL, Inc.), Hans Bishop, Joshua J. Ofman, and Richard D. Klausner*