**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3481

*Counsel for Lead Plaintiffs
Universal and ACATIS, and
Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Illumina, Inc. Securities Litigation* | Case No. 3:23-cv-02082-LL-BJW<br><br>CLASS ACTION<br><br>**DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Courtroom:  6D<br>Judge:        Hon. Linda Lopez |

I, John Rizio-Hamilton, declare as follows:

1.      I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Court-appointed Lead Plaintiffs Universal-Investment-Gesellschaft mbH, UI BVK Kapitalverwaltungsgesellschaft mbH, and ACATIS Investment  Kapitalverwaltungsgesellschaft mbH (together, "Plaintiffs") in the above-captioned matter.  I submit this declaration in support of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss the Third Amended Consolidated Class Action Complaint.

2.      Attached as **Exhibit 1** is a true and correct copy of the Order on Illumina's Defendants' Demurrer to Plaintiffs' Consolidated Complaint, *In re Illumina, Inc. Shareholder Litigation*, No. 24-CIV-00585 (Cal. Sup. Ct. Cnty of San Mateo Sept. 16, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2026 in New York, New York.


*/s/ John Rizio-Hamilton*
John Rizio-Hamilton