1  **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2  Jonathan D. Uslaner (Bar No. 256898)
   (jonathanu@blbglaw.com)
3  2121 Avenue of the Stars, Suite 2575
   Los Angeles, CA 90067
4  Telephone: (310) 819-3481

5  *Counsel for Lead Plaintiffs Universal and ACATIS, and*
6  *Lead Counsel for the Class*

7  [Additional counsel appear on signature page.]

8  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Illumina, Inc. Securities Litigation* | Case No. 3:23-cv-02082-LL-BJW <br><br> <u>CLASS ACTION</u> <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Courtroom: 6D <br> Judge:   Hon. Linda Lopez |

Pursuant to Federal Rule of Evidence 201, Lead Plaintiffs respectfully request that the Court consider and take judicial notice of Exhibit A attached to the Declaration of John Rizio-Hamilton contemporaneously filed herewith in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss.  Exhibit A is submitted in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss:

> **Exhibit A**   Order on Illumina Defendants' Demurrer to Plaintiffs' Consolidated Complaint, *In re Illumina, Inc. Shareholder Litigation*, No. 24-CIV-00585 (Cal. Sup. Ct. Cnty of San Mateo Sept. 16, 2025)

Exhibit A is a court order in the related state court proceeding, *In re Illumina, Inc. Shareholder Litigation*, No. 24-CIV-00585 (Cal. Sup. Ct. Cnty of San Mateo). Exhibit A is a proper subject of judicial notice because it is "not subject to reasonable dispute" and "from [a] source[] whose accuracy cannot reasonably be questioned." See Fed. R. Evid. 201(b)(2).  Indeed, it is well established that federal courts may take judicial notice of related state court orders and proceedings. *See, e.g.*, *Dawson v. Mahoney*, 451 F.3d 550, 551 (9th Cir. 2006) (taking judicial notice of state court orders and proceedings); *Xtermite, Inc. v. XT Termite Control Corp.*, 2025 WL 2557215, at *1 n.2 (S.D. Cal. Apr. 29, 2025) (Lopez, J.) ("a court may take judicial notice of court filings and other matters of public record") (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006)).

Accordingly, Plaintiffs respectfully request that the Court take judicial notice of Exhibit A submitted herewith in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss.

| | |
|---|---|
| Dated: February 4, 2026 | Respectfully submitted,<br><br>**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br><br>*/s/ John Rizio-Hamilton*<br>John Rizio-Hamilton (*pro hac vice*)<br>(johnr@blbglaw.com)<br>Michael D. Blatchley (*pro hac vice*)<br>(michaelb@blbglaw.com)<br>Alec Coquin (*pro hac vice*)<br>(alec.coquin@blbglaw.com)<br>Michael Mathai (*pro hac vice*)<br>(michael.mathai@blbglaw.com<br>Emily A. Tu (*pro hac vice*)<br>(emily.tu@blbglaw.com)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444<br><br>-and-<br><br>Jonathan D. Uslaner (Bar No. 256898)<br>(jonathanu@blbglaw.com)<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>Tel: (310) 819-3481<br><br>*Counsel for Lead Plaintiffs Universal and ACATIS, and Lead Counsel for the Class* |